**ORIGINAL**

7777-6
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

JAMES T. ESTES, JR. 2000-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE CO.

LODGED  JAN 0 3 2006
DEC 2 1 2005 at 10 o'clock and 16 min A M
SUE BEITIA, CLERK
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>Defendants. | CIVIL NO. CV03-00034 BMK (Other Non-Vehicle Tort)<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL and ORDER |

| | |
|---|---|
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>        Defendant and<br>        Third-Party<br>        Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>        Third-Party<br>        Defendant. | |
| JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>        Defendant and<br>        Fourth-Party<br>        Plaintiff,<br><br>vs.<br><br>A & B ELECTRIC CO., INC., a Hawaii Corporation,<br><br>        Fourth-Party<br>        Defendant. | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

        Paul T. Yamamura and the law firm of Yamamura & Shimazu hereby withdraw as counsel for Defendant, Third-Party Defendant and Fourth-Party Plaintiff James Cash Machine Co., and James T. Estes, Jr.

and the law firm of Burke McPheeters Bordner & Estes hereby enter their appearance as counsel for Defendant, Third-Party Defendant and Fourth-Party Plaintiff James Cash Machine Co. in the above-entitled matter.

The withdrawal and substitution is made pursuant to Rule 83.6(b) of the Rules of the District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, DEC 2 1 2005              .

_____
PAUL T. YAMAMURA
WESLEY D. SHIMAZU
YAMAMURA & SHIMAZU

_____
JAMES T. ESTES, JR.
BURKE McPHEETERS BORDNER
& ESTES

APPROVED AND SO ORDERED

_____
JUDGE OF THE ABOVE-ENTITLED COURT

In the United States District Court for the District of Hawaii; Civil No. CV03-00034; Denise Gendrow, et al. v. Simon Mattress Manufacturing Company, et al.; Withdrawal and Substitution of Counsel and Order