2179-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

JAMES T. ESTES, JR. 2000-0
DAVID Y. SUZUKI 6761-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Facsimile (808) 528-1656
jestes@bmbe-law.com
dsuzuki@bmbe-law.com

JOHN L. TATE
SARAH G. CRONAN
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky  40202-3352
Telephone No. (502) 681-0543
Facsimile (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>Plaintiffs,<br>vs. | CIVIL NO. CV03-00034 BMK (Other Non-Vehicle Tort)<br><br>DEFENDANT, THIRD PARTY DEFENDANT AND FOURTH PARTY PLAINTIFF JAMES CASH MACHINE COMPANY, INC.'S EXPERT DISCLOSURE IN |

| | |
|---|---|
| SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO., <br><br>         Defendants. | REBUTTAL TO SIMON MATTRESS MANUFACTURING COMPANY'S EXPERT DISCLOSURE; CERTIFICATE OF SERVICE <br><br> Judge:  Mag. Barry M. Kurren <br> Trial:   May 16, 2006 |
| SIMON MATTRESS MANUFACTURING COMPANY, <br><br>         Defendant and Third-Party Plaintiff, <br>   vs. <br><br> JAMES CASH MACHINE CO., a Kentucky Corporation, <br><br>         Third-Party Defendant. | |
| JAMES CASH MACHINE CO., a Kentucky Corporation, <br><br>         Defendant and Fourth-Party Plaintiff, <br>   vs. <br><br> A & B ELECTRIC CO., INC., a Hawaii Corporation, <br><br>         Fourth-Party Defendant. | |

2

DEFENDANT, THIRD PARTY DEFENDANT AND
FOURTH PARTY PLAINTIFF JAMES CASH MACHINE
COMPANY, INC.'S EXPERT DISCLOSURE IN REBUTTAL TO SIMON
MATTRESS MANUFACTURING COMPANY'S EXPERT DISCLOSURE

Defendant, Third Party Defendant and Fourth Party Plaintiff, James Cash Machine Company, Inc. ("JCM"), by counsel, STITES & HARBISON and BURKE McPHEETERS BORDNER & ESTES, adopts and incorporates the opinions contained in the reports of Richard T. Gill, Ph.D., CHFP, CXLT, and Peter J. Schwalje, P.E., filed with JCM's expert disclosure on December 14, 2005, in rebuttal to the expert disclosure of Raymond Merala, M.S., P.E. of Piziali & Associates filed by Simon Mattress Manufacturing Company ("Simon Mattress") on December 14, 2005.  JCM reserves the right to amend and/or supplement this disclosure if additional opinions are offered by the parties and/or new information become available.

DATED:  Honolulu, Hawaii, January 13, 2006.

/s/ David Y. Suzuki
JAMES T. ESTES, JR.
DAVID Y. SUZUKI
JOHN L. TATE
SARAH G. CRONAN
Attorneys for Defendant, Third-Party Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>        Plaintiffs,<br><br>  vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>        Defendants. | CIVIL NO. CV03-00034 BMK (Other Non-Vehicle Tort)<br><br><br>CERTIFICATE OF SERVICE |
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>        Defendant and Third-Party Plaintiff,<br><br>  vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>        Third-Party Defendant. | |
| JAMES CASH MACHINE CO., a Kentucky Corporation, | |

|   |   |
|---|---|
| vs.<br><br>A & B ELECTRIC CO., INC., a Hawaii Corporation, | Defendant and Fourth-Party Plaintiff,<br><br>Fourth-Party Defendant. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2006 and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name | E-mail address |
|---|---|
| Christopher S. Bouslog, Esq. | cbouslog@iav.com |
| Stephen B. MacDonald, Esq. | sbmacdonald@hawaii.rr.com |
| Ralph J. O'Neill, Esq. | ralphoneill@hawaii.rr.com |
| Phillip A. Li, Esq. | pal@torkildson.com |

DATED: Honolulu, Hawaii, January 13, 2006.

/s/ David Y. Suzuki
JAMES T. ESTES, JR.
DAVID Y. SUZUKI
JOHN L. TATE
SARAH G. CRONAN
Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE CO.