IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>                Plaintiffs,<br><br>  vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>                Defendants.<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>                Defendant and Third-Party Plaintiff,<br><br>  vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>                Third-Party Defendant. | CIVIL NO. CV03 00034 BMK (Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

-2-

| | |
|---|---|
| JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>　　　　　　Defendant and Fourth-Party Plaintiff,<br><br>　vs.<br><br>A & B ELECTRIC CO., INC., a Hawaii Corporation,<br><br>　　　　　　Fourth-Party Defendant. | |

## **CERTIFICATE OF SERVICE**

　　　　　I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

Served by Hand Delivery:

CHRISTOPHER S. BOUSLOG, ESQ.　　　　　　　　　　January 20, 2006
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

-2-

-3-

STEPHEN B. MacDONALD, ESQ.  January 20, 2006
RALPH J. O'NEILL, ESQ.
JULIA H. PARK, ESQ.
ASB Tower, Suite 2650
1001 Bishop Street
Honolulu, Hawaii 96813

DAVID M. LOUIE, ESQ.  January 20, 2006
Roeca Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813

      DATED:  Honolulu, Hawaii, January 20, 2006.

                               /s/ David Y. Suzuki
                  WILLIAM A. BORDNER
                  JAMES T. ESTES, JR.
                  DAVID Y. SUZUKI
                  JOHN L. TATE
                  SARAH G. CRONAN
                  Attorneys for Defendant, Third-Party
                  Defendant and Fourth-Party Plaintiff
                  JAMES CASH MACHINE COMPANY, INC.