2179-1

BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
JAMES T. ESTES, JR. 2000-0
DAVID Y. SUZUKI 6761-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656
bborder@bmbe-law.com
jestes@bmbe-law.com
dsuzuki@bmbe-law.com

STITES & HARBISON, PLLC

JOHN L. TATE
SARAH G. CRONAN
400 West Market Street, Suite 1800
Louisville, Kentucky  40202-3352
Telephone No. (502) 681-0543
Fax No. (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant,
Third-Party Defendant and
Fourth-Party Plaintiff
JAMES CASH MACHINE CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE | CIVIL NO.  CV03 00034 BMK (Other Non-Vehicle Tort) |

GENDROW, JR.; CHARLES E.
GENDROW, III,

          Plaintiffs,

   vs.

SIMON MATTRESS
MANUFACTURING COMPANY dba
SERTA MATTRESS COMPANY dba
COYNE MATTRESS
MANUFACTURING COMPANY;
JAMES CASH MACHINE CO.,

          Defendants.

---

SIMON MATTRESS
MANUFACTURING COMPANY,

          Defendant and
          Third-Party
          Plaintiff,

   vs.

JAMES CASH MACHINE CO., a
Kentucky Corporation,

          Third-Party
          Defendant.

---

JAMES CASH MACHINE CO., a
Kentucky Corporation,

          Defendant and
          Fourth-Party
          Plaintiff,

ERRATA TO DEFENDANT,
THIRD-PARTY DEFENDANT and
FOURTH PARTY PLAINTIFF
JAMES CASH MACHINE CO.'S
MOTION FOR SUMMARY
JUDGMENT FILED DECEMBER 14,
2005; EXHIBIT A; CERTIFICATE OF
SERVICE

Hearing:
Date:  February 8, 2006
Time:  10:00 a.m.
Judge:  Mag. Barry M. Kurren

**Trial:  May 16, 2006**

vs.

A & B ELECTRIC CO., INC., a Hawaii
Corporation,

                    Fourth-Party
                    Defendant.

**ERRATA TO DEFENDANT, THIRD-PARTY DEFENDANT
AND FOURTH PARTY PLAINTIFF JAMES CASH MACHINE CO.'S
<u>MOTION FOR SUMMARY JUDGMENT FILED DECEMBER 14, 2005</u>**

        Comes now Defendant, Third-Party Defendant and Fourth-Party

Plaintiff JAMES CASH MACHINE CO., by and through its undersigned counsel,

and hereby supplements its Motion for Summary Judgment filed on December 14,

2005, with the corrections noted on the errata sheet attached hereto as Exhibit "A".

        DATED:  Honolulu, Hawaii, January 20, 2006.


                                   /s/ David Y. Suzuki
                    WILLIAM A. BORDNER
                    JAMES T. ESTES, JR.
                    DAVID Y. SUZUKI
                    JOHN L. TATE
                    SARAH G. CRONAN
                    Attorneys for Defendant, Third-Party
                    Defendant and Fourth-Party Plaintiff
                    JAMES CASH MACHINE COMPANY, INC.