# ERRATA SHEET

| LOCATION OF CHANGED ITEM | FROM | TO |
|---|---|---|
| Page 3 Footnote 1 lines 2-3 | JCM shipped the tilt table to Coyne Mattress through an agent Van Waters & Rogers. *Id.* at 37-38. | JCM sales representatives/sales agents Van, Waters, & Rogers placed an order for the tilt table in question to JCM.  DRC then shipped the tilt table through JCM to Coyne Mattress (with the shipping manifest indicting "to Coyne Mattress from James Cash Machine"). *Id.* at 37-39. |
| Page 4 Line 5 | *See* Exhibit B; Schwalje Report, Ex. D, at 3. | *See* Exhibit B. |
| Page 4 line 15 | *Id.* | *Id.* at 3. |
| Page 8 line 20 | Ex. D, pp. 37 and 40 | Ex. D, p. 37. |
| Page 9 line 2 | *Id.* | *Id.* at 37. |
| Page 10 line 3 | Ex. D, | Ex. E, |
| Page 10 line 7 | and 24. | and 23-24. |
| Page 12 line 5-6 | Buffington Report, p.14 | Buffington Report, Ex. F, at 14 |
| Page 12 line 19 and Page 13 line 1 | Buffington Report, *supra* | Buffington Report, Ex. F, *supra* |
| Page 13 line 17-18 | *See* Lee dep. at 100. | *See* Lee Deposition, Ex. E, at 100. |
| Page 16 line 10 | Lee Deposition, Ex. E, at 20-22. | Lee Deposition, Ex. E, at 20-23. |
| Page 17 line 12 | Buffington Report at 15, | Buffington Report, Ex. F, at 15, |
| Page 20 line 7 | Buffington Report at 9, | Buffington Report, Ex. F, at 9, |

# EXHIBIT "A"