IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>    Plaintiffs,<br><br> vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>    Defendants. | CIVIL NO.  CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>    Defendant and Third-Party Plaintiff,<br><br> vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>    Third-Party Defendant. | |

| | |
|---|---|
| JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>　　　　　　Defendant and Fourth-Party Plaintiff,<br><br>　vs.<br><br>A & B ELECTRIC CO., INC., a Hawaii Corporation,<br><br>　　　　　　Fourth-Party Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by hand delivery:

| | |
|---|---|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>Four Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 9a6813 | January 20, 2006 |
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>JULIA H. PARK, ESQ.<br>ASB Tower, Suite 2650<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | January 20, 2006 |

DAVID M. LOUIE, ESQ.                                           January 20, 2006
Roeca Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813


      DATED:  Honolulu, Hawaii, January 20, 2006.


                                       /s/ David Y. Suzuki
                        WILLIAM A. BORDNER
                        JAMES T. ESTES, JR.
                        DAVID Y. SUZUKI
                        JOHN L. TATE
                        SARAH G. CRONAN
                        Attorneys for Defendant, Third-Party
                        Defendant and Fourth-Party Plaintiff
                        JAMES CASH MACHINE COMPANY, INC.