ORIGINAL

2179-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

JAMES T. ESTES, JR. 2000-0
DAVID Y. SUZUKI 6761-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Facsimile (808) 528-1656
jestes@bmbe-law.com
dsuzuki@bmbe-law.com

JOHN L. TATE
SARAH G. CRONAN
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky  40202-3352
Telephone No. (502) 681-0543
Facsimile (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE CO.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006
at 3 o'clock and 40 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>                    Plaintiffs,<br>     vs. | CIVIL NO. CV03-00034 BMK<br>(Other Non-Vehicle Tort)<br><br><br>AMENDED CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT, THIRD PARTY |

| | |
|---|---|
| SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>　　　　Defendants.<br><br>―――――――――――――<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>　　　　Defendant and<br>　　　　Third-Party<br>　　　　Plaintiff,<br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>　　　　Third-Party<br>　　　　Defendant.<br><br>―――――――――――――<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>　　　　Defendant and<br>　　　　Fourth-Party<br>　　　　Plaintiff,<br>vs.<br><br>A & B ELECTRIC CO., INC., a Hawaii Corporation,<br><br>　　　　Fourth-Party<br>　　　　Defendant. | DEFENDANT AND FOURTH PARTY PLAINTIFF JAMES CASH MACHINE COMPANY, INC.'S EXPERT DISCLOSURE IN REBUTTAL TO SIMON MATTRESS MANUFACTURING COMPANY'S EXPERT DISCLOSURE)<br><br>Judge:　Mag. Barry M. Kurren<br>Trial:　May 16, 2006 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of *Defendant, Third Party Defendant and Fourth Party Plaintiff James Cash Machine Company, Inc.'s Expert Disclosure in Rebuttal to Simon Mattress Manufacturing Company's Expert Disclosure* dated January 13, 2006, was duly served on the following parties in the manner specified below, on January 13, 2006, addressed as follows:

|  | U.S. Mail | Delivery |
|---|---|---|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>Law Offices of Chris Bouslog<br>Four Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813-4908<br><br>    Attorney for Plaintiffs | ( X ) | ( ) |
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>JULIA H. PARK, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>2650 Pacific Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>    Attorneys for Defendant and Third-Party Plaintiff<br>    SIMON MATRESS MANUFACTURING COMPANY | ( X ) | ( ) |

DATED: Honolulu, Hawaii, January 18, 2006.

_Colette Honda_
for
JAMES T. ESTES, JR.
DAVID Y. SUZUKI
JOHN L. TATE
SARAH G. CRONAN
Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE CO.

---

<u>DENISE GENDROW, individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR., et al. vs. SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY, et al.</u>
Civil No. CV03 00034 BMK
In the United States District Court for the District of Hawaii

AMENDED CERTIFICATE OF SERVICE (RE: DEFENDANT, THIRD PARTY DEFENDANT AND FOURTH PARTY PLAINTIFF JAMES CASH MACHINE COMPANY, INC.'S EXPERT DISCLOSURE IN REBUTTAL TO SIMON MATTRESS MANUFACTURING COMPANY'S EXPERT DISCLOSURE