IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>     Plaintiffs,<br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>     Defendants. | CIVIL NO. CV03-00034 BMK<br>(Other Non-Vehicle Tort)<br><br>AFFIDAVIT OF DAVID Y. SUZUKI |
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>     Defendant and Third-Party Plaintiff,<br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>     Third-Party Defendant. | Judge: Mag. Barry M. Kurren<br>Trial:  May 16, 2006 |
| JAMES CASH MACHINE CO., a Kentucky Corporation, | |

13

|                                    |
|------------------------------------|
| Defendant and Fourth-Party Plaintiff, |

vs.

A & B ELECTRIC CO., INC., a Hawaii Corporation,

Fourth-Party Defendant.

## AFFIDAVIT OF DAVID Y. SUZUKI

STATE OF HAWAII           )
                          ) SS.
CITY AND COUNTY OF HONOLULU  )

DAVID Y. SUZUKI, (hereinafter referred to as "Affiant"), being first duly sworn upon oath, deposes and says that:

1. Affiant is an attorney licensed to practice law in the State of Hawaii and is one of the attorneys representing Defendant JAMES CASH MACHINE, CO. in the above-entitled matter.

2. Unless otherwise stated, Affiant makes these representations based upon personal knowledge or a review of the records and files in this matter.

3. Attached hereto as Exhibit "A" is a true and correct copy of the State of Hawaii, Department of Health, Office of Health Status Monitoring Certificate of Death of Charles Eugene Gendrow, Jr., dated

January 19, 2001, produced by the Custodian of Records of the Honolulu Police Department pursuant to the Notice of Taking Deposition Upon Written Interrogatories; Interrogatories; Certificate of Service, dated April 2, 2003.

4. Attached hereto as Exhibit "B" are true and correct copies of selected photographs of the subject machine taken by Peter J. Schwalje, P.E. on April 4, 2005 and referenced in Mr. Schwalje's report of December 14, 2005, attached hereto as Exhibit "G" and received by Affiant through Affiant's predecessor counsel.

5. Attached hereto as Exhibit "C" is a true and correct copy of excerpts of the deposition transcript of David R. Cash, taken January 11, 2005; and a) the Cutting Table shipping order, b) Cutting Table shipping memorandum, c) Cutting Table invoice, d) Cutting Table Order Transmittal Memorandum, e) correspondence dated April 1, 1968 from James Cash Machine to Coyne Mattress Company, f) correspondence dated April 1, 1968 from Van, Waters & Rogers to James Cash Machine; and f) correspondence dated April 3, 1968 from Coyne Mattress to James Cash Machine, attached as Exhibits 5A, and 5C - 5H, respectively, to that deposition.

6. Attached hereto as Exhibit "D" is a true and correct copy

of excerpts of the Deposition of Malcolm L. Barcase, taken on May 3, 2005.

7. Attached hereto as Exhibit "E" is a true and correct copy of the excerpts of the Deposition of Donald Erwin Lee, taken on May 25, 2005.

8. Attached hereto as Exhibit "F" is a true and correct copy of the report of Gary L. Buffington, dated November 14, 2005, and the curriculum vitae of Gary L. Buffington, List of Depositions/Trials, and Publications Authored, attached as Exhibits 1, 2, and 3, respectively to that report, and filed herein in the instant case by Plaintiff's counsel in *Plaintiffs Denise Gendrow, Individually and as Personal Representative of the Estate of Charles Eugene Gendrow Jr. and Charles E. Gendrow III's Disclosure of Expert Witness; Exhibits "A" & "B"; Certificate of Service*, filed on November 14, 2005.

9. Attached hereto as Exhibit "G" is a true and correct copy of the report dated December 4, 2005 from Peter J. Schwalje, P.E., and the curriculum vitae of Peter J. Schwalje, and Fee Schedule for Professional Services and Prior Experience, attached to that report, and received by Affiant through Affiant's predecessor counsel.

10. Attached hereto as Exhibit "H" is a true and correct copy of the report dated December 13, 2005 report of Richard T. Gill, Ph.D., and

curriculum vitae of Richard T. Gill, Ph.D., attached to that report, and received by Affiant through Affiant's predecessor counsel.

11. Attached hereto as Exhibit "I" is a true and correct copy of the State of Hawaii, Department of Labor & Industrial Relations, Hawaii Occupational Health and Safety Division Citation and Notification of Penalty to A&B Electric Co., Inc., March 2, 2001, and produced by the Custodian of Records of the Department of Labor & Industrial Relations, Occupational Safety & Health Administration Division pursuant to a Deposition Upon Written Interrogatories taken on August 10, 2005.

12. Attached hereto as Exhibit "J" (erroneously omitted from the original filing) is a true and correct copy of the State of Hawaii Department of Labor & Industrial Relations, Hawaii Occupational Safety and Health Division's Citation and Notification of Penalty to Coyne Mattress, Co., Ltd., dated February 28, 2001, and produced by the Custodian of Records of the Department of Labor & Industrial Relations, Hawaii Occupational Safety and Health Division pursuant to a written request for records from Affiant's co-counsel Stites & Harbison, PLLC,

dated October 20, 2005 and attached to the Citation and Notification of Penalty.

Further Affiant sayeth naught.

_____
DAVID Y. SUZUKI

Subscribed and sworn to before me
this __20th__ day of __January__, 2006.

_Cynthia Y. Arashiro_
Notary Public, State of Hawaii

Printed Name of Notary: Cynthia Y. Arashiro

My commission expires: 7/20/07

18