<u>PERMISSION TO COPY DENIED, HRS 606.13, etc.</u>

1            IN THE UNITED STATES DISTRICT COURT     **ORIGINAL**

2              FOR THE DISTRICT OF HAWAII

3   DENISE GENDROW, individually      )    Civil No. CV03-00034 (DAE/BMK)
    and as Personal Representative of    )

4   THE ESTATE OF CHARLES         )    DEPOSITION UPON
    EUGENE GENDROW, JR.;          )    WRITTEN INTERROGATORIES

5   CHARLES E. GENDROW, III; and      )

6   JEANNE SMITH,                  )
                                )

7         Plaintiffs,            )
                                )

8       vs.                    )    Custodian of Records:
                                )    **Honolulu Police Department**

9   COYNE MATTRESS              )
    MANUFACTURING COMPANY;        )

10   SERTA MATTRESS CORPORATION;     )
     JOHN DOES 1-10; DOE           )

11   CORPORATIONS 1-10; DOE        )
     GOVERNMENTAL ENTITIES 1-10;     )

12   DOE UNINCORPORATED          )
     ASSOCIATIONS 1-10,           )

13                                )

14         Defendants.          )
                                )

15      and                     )
                                )

16   SIMMONS MATTRESS            )
    MANUFACTURING COMPANY,        )

17                                )

18        Third-Party Plaintiff,    )
                                )

19       vs.                    )
                                )

20   DRC CORPORATION,            )
                                )

21        Third-Party Defendant.   )
                                )

22

23              DEPOSITION OF LISA BRANCO

24   RECORDS OF:      Custodian of Records
                 **HONOLULU POLICE DEPARTMENT**

25                  801 S. Beretania Street
                 Honolulu, Hawaii 96813



EXHIBIT _____ **A** _____

MAY 0 2 2003



PERMISSION TO COPY DENIED, HRS 606.13, etc.

taken upon written interrogatories on behalf of Third-Party Defendant, DRC CORPORATION, on **April 24, 2003**, commencing at 2:23 p.m., at the offices of **HONOLULU POLICE DEPARTMENT**, pursuant to Rule 31, <u>Hawaii Rules of Civil Procedure</u>.

BEFORE:    DALE ANCHETA
           Notary Public, State of Hawaii

                          oOo



PERMISSION TO COPY DENIED, HRS 606.13, etc.

<u>LISA BRANCO</u>

called upon written interrogatories by and on behalf of Third-Party Defendant, DRC

CORPORATION, having been first sworn to tell the truth in her interrogatories propounded

to her by the Notary Public made the following:

1.    Q  Please state your name.

      A  Lisa Branco.

2.    Q  What is your residence address?

      A  c/o 801 S. Beretania Street, Honolulu, Hawaii  96813.

3.    Q  Are you employed?

      A  Yes.

4.    Q  What is your employer's name?

      A  Honolulu Police Department.

5.    Q  What is your employer's address?

      A  801 S. Beretania Street, Honolulu, Hawaii  96813.

6.    Q  What is your job or position with your employer?

      A  Custodian of Records, Honolulu Police Department Records Division.

7.    Q  In that position, do you have under your care, custody and control, any and all

records kept by your employer or any of its employees?

      A  Yes.

8.    Q  Among your records under your care, custody and control, are there records

pertaining to **CHARLES EUGENE GENDROW, JR., DATE OF BIRTH: March 29, 1939,**

**SOCIAL SECURITY NUMBER: 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** (hereinafter referred to as "above-named

person")?

---

PERMISSION TO COPY DENIED, HRS 606.13, etc.

1        A Yes.

2    9.    Q Were you served with a subpoena requiring your appearance before the notary

3    public for the purpose of answering these questions and requiring you to bring with you

4    any and all of your employer's records pertaining to the above-mentioned documents?

5        A Honolulu Police Department Records Division was served.

6    10.    Q Do you have all of those records with you?

7        A Yes.

8    11.    Q Are those records complete?

9        A Yes.

10   12.    Q Has any portion of those records ever been removed from your care, custody

11   12   and control prior to this time?

13       A No.

14   13.    Q If so, when and by whom?

15       A Not applicable.

16   14.    Q Has any portion of those records ever been altered prior to this time?

17       A No.

18   15.    Q If so, when and by whom?

19       A Not applicable.

20   16.    Q What identifies those records as pertaining to the above-named person?

21       A Police report numbers.

22   17.    Q Would you please turn over to the Notary Public at this time the originals or

23   24   complete and legible copies of any and all of your employer's records pertaining to the

25   above-named person which you have brought with you pursuant to the requirements of

PERMISSION TO COPY DENIED, HRS 606.13, etc.

1    the Subpoena Duces Tecum with which you were served?

2        A  Complied with copies.

3    18.    Q  Please describe briefly but completely so that they may be **readily identified** the

4    records which you have turned over to the Notary Public.

5        A  Four police reports.

6

7    19.    Q  Please describe briefly but completely so that they may be **readily identified** any

of your employer's records pertaining to the above-named person which you have <u>not</u>

8    turned over to the Notary Public, including both those records which you have **brought**

9    with you and those records which you have <u>not</u> brought with you.

10        A  None.

11

12    20.    Q  Are you willing to waive the reading and signing of this deposition?

13        A  Yes.

14

15

16            (WHEREUPON THE DEPOSITION WAS CONCLUDED)

17                    oOo

18

19

20

21

22

23

24

25

PERMISSION TO COPY DENIED, HRS 606.13, etc.

1   STATE OF HAWAII         )
                         )   SS:

2   CITY & COUNTY OF HONOLULU)

3          I, DALE ANCHETA, a Notary Public in and for the State

4   of Hawaii, do hereby certify:

5         That on the ___24th___ day of ___April___, 2003,

6   _Lisa Branco___, the witness whose deposition is

7   contained herein testified, and that prior to being examined,

8   the individual was duly sworn to tell the truth, the whole

9   truth, and nothing but the truth, in their said deposition; that

10   the deposition was upon written interrogatories, a copy of which

11   was served upon opposing counsel; that the deposition was taken

12   pursuant to the Rules of Civil Procedure; that the

13   interrogatories were propounded to the witness as hereinbefore

14   noted; and the witness made the answers as contained herein;

15   that the reading and signing of the deposition by the witness

16   (was)/was not waived.

17         I further certify that I am not an attorney for any of

18   the parties hereto, and that I am in no way interested in the

19   events of said action.

20         DATED: Honolulu, Hawaii, _April 24th 2003_.

21

22                   _Dale Ancheta_
                  Notary Public, State of Hawaii

23                   My Commission Expires:  10/24/03

24

25

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

**CERTIFICATE OF DEATH**

STATE
FILE NO. 151

| DECEASED – FIRST NAME | MIDDLE NAME | | LAST NAME | | SEX | DATE OF DEATH: MONTH, DAY, YEAR |
|---|---|---|---|---|---|---|
| CHARLES | EUGENE | | GENDROW JR. | | MALE | JANUARY 15, 2001 |

| RACE | | | IS PERSON OF SPANISH ORIGIN | | AGE-LAST BIRTHDAY | | | | DATE OF BIRTH: MONTH, DAY, YEAR | BIRTHPLACE |
|---|---|---|---|---|---|---|---|---|---|---|
| Caucasian | 01 | | NO | | 61 | | | | March 21, 1939 | Honolulu |

| ISLAND OF DEATH | COUNTY | TOWN OR LOCATION OF DEATH | HOSPITAL OR OTHER INSTITUTION NAME | IF HOSP OR INST INDICATE DOA, OP/EMER, INPATIENT |
|---|---|---|---|---|
| Oahu | Waipahu | 94-134 Leowaena Street | | |

| STATE OF BIRTH | CITIZEN OF WHAT COUNTRY | | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) | WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|---|
| Montana | U.S.A. | 58 | Married | Denise Kathleen Bayley | Yes |

| SOCIAL SECURITY NUMBER | USUAL OCCUPATION | | KIND OF BUSINESS OR INDUSTRY | | EDUCATION |
|---|---|---|---|---|---|
| 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 | Field Supervisor | 98 | Electrical Contractor | 060 | Coll-2 |

| RESIDENCE-STATE | COUNTY | CITY, TOWN OR LOCATION | INSIDE CITY LIMITS (SPECIFY YES OR NO) | NUMBER, STREET AND ZIP |
|---|---|---|---|---|
| Hawaii | Honolulu | Waianae | No | 94-707 Kiana Place #105-B, 96792 |

| FATHER – FIRST NAME | MIDDLE NAME | | LAST NAME | | MOTHER – FIRST NAME | | MIDDLE NAME | MAIDEN NAME |
|---|---|---|---|---|---|---|---|---|
| Charles | Eugene | | Gendrow Sr. | | Ruth | | Eileen | Frazier |

| INFORMANT – FIRST NAME | | MAILING ADDRESS: STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP |
|---|---|---|
| Denise Kathleen Gendrow | | 94-707 Kiana Place #105-B, Waianae, Hawaii 96792 |

| BURIAL, CREMATION, REMOVAL (SPECIFY) | CEMETERY OR CREMATORY NAME | | CITY OR TOWN | STATE |
|---|---|---|---|---|
| Cremation | Mililani Memorial Park | | Waipio | Hawaii |

| DATE: MONTH, DAY, YEAR | | FUNERAL HOME NAME | | FUNERAL DIRECTOR SIGNATURE |
|---|---|---|---|---|
| January 19, 2001 | | Mililani Memorial Park & Mortuary | | _Paul Neeva_ |

21a. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (Items 42/b through 47/g where applicable)

(Signature and Title) ▶

| 21b. DATE SIGNED (MO, DAY, YR.) | 21c. TIME OF DEATH |
|---|---|
| | |

22. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT)

21d. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (Items 42/b through 47/g where applicable)

_Mary M. Flynn MD_

| 21e. DATE SIGNED (MO, DAY, YR) | 21f. TIME |
|---|---|
| January 16, 2001 | 2:45 P |

| 21g. PRONOUNCED DEAD (MO, DAY, YR) | 21h. PRONOUNCED DEAD TIME |
|---|---|
| January 15, 2001 | 3:05 P |

23. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (TYPE OR PRINT)

Mary M. Flynn, M.D., 835 Iwilei Road, Honolulu, Hawaii   96817

| 24a. REGISTRAR SIGNATURE | 24b. DATE RECEIVED BY LOCAL REGISTRAR | |
|---|---|---|
| _S. Oshiro_ | JAN 19 2001 | JAN 19 2001 |

| PART I | DEATH WAS CAUSED BY: | ENTER ONLY ONE CAUSE PER LINE FOR (a), (b) AND (c) | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|
| 25 CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST | (a) | Fracture of base of skull, closed with intracranial injury | Immediate |
| | (b) | Blunt head trauma | |

PART II. OTHER SIGNIFICANT CONDITIONS – CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

| 26a. AUTOPSY (YES OR NO) |
|---|
| Yes |

| 26b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? |
|---|
| Yes |

| 27a. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (SPECIFY) | 27b. DATE OF INJURY: MONTH, DAY, YEAR | 27c. TIME OF INJURY | 27d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| Accident | January 15, 2001 | Approx. 2:45 PM | While changing motor on a tilt-top table, table fell from vertical to horizontal position, pinning his head. |

| 27e. INJURY AT WORK (YES OR NO) | 27f. PLACE OF INJURY: AT HOME, FARM, STREET, FACTORY, OFFICE BLDG., ETC. (SPECIFY) | |
|---|---|---|
| Yes | Mattress factory | |

| 27g. LOCATION: STREET OR R.F.D. NO., CITY OR TOWN, STATE |
|---|
| 94-134 Leowaena Street, Waipahu, Hawaii |