

EXHIBIT "B"









