Gary L. Buffington, CSP, CRSP, CSHM, PI

EXHIBIT 1

## CURRICULUM VITAE

------EDUCATION------

| Date | School Attended | Degree Received | Remarks |
|---|---|---|---|
| 1967 - 1971 | Black Hills State University Spearfish, South Dakota | BS Business Education | |
| 1972 | University of South Dakota Vermillion, South Dakota | AA Criminal Justice | Graduate Criminal Justice Program |
| 1973 | South Dakota Division of Criminal Investigation Academy Pierre, South Dakota | | State Law Enforcement Officer Certification |
| 1972 - 1974 | University of South Dakota Vermillion, South Dakota * Need to complete orals | MS 42 Hours | Graduate Criminal Justice Program |
| 1974 | University of Minnesota St. Paul, Minnesota | 12 Hours | Graduate Criminal Justice, Sociology, Government |
| 1977 | Reid College Chicago, Illinois | 5 Hours | Graduate Behavioral Science, Law |
| 1977 - 1978 | National Mine Safety & Health Academy Beckley, West Virginia | | Auth. Rep. Sec. Labor |

------PROFESSIONAL MEMBERSHIPS------

| | |
|---|---|
| National Safety Council | Member |
| American Society of Safety Engineers | Professional Member |
| Association for Canadian Registered Safety Professionals | Professional Member |
| American National Standards Institute A-10 Committee | Member |
| Voluntary Protection Participants Association | Member |
| World Safety Organization | Professional Member |
| Institute of Safety & Health Management | Professional Member |

Gary L. Buffington, CSP, CRSP, CSHM, PI

EXHIBIT 1

## CURRICULUM VITAE

---------- REGISTRATION/CERTIFICATION ----------

| | | | |
|---|---|---|---|
| Board of Certified Safety Professionals | CSP | No. 10791 | National |
| Canadian Reg. Safety Professionals | CRSP | No. 92-766 | Canada |
| World Safety Organization | | | |
|    Certified Safety Executive | WSO-CSE | No. 607 | World |
|    Certified Safety Manager | WSO-CSM | No. 694 | World |
|    Certified Safety Specialist | WSO-CSS | No. 566 | World |
| Certified Industrial Hygienist | US DOL - MSHA | | National |
| Certified Emergency Medical Technician | | | National |
| Licensed Private Investigator | | | Florida |
| Certified Law Enforcement Officer | | | South Dakota |
| US DOL-MSHA Certified Instructor | | | National |
| US DOL-OSHA Certified Instructor | | | National |

---------- PROFESSIONAL AWARDS ----------

| | |
|---|---|
| Police Officer of the Year (1975-1976) | Sundown Optimist Club |
| Meritorious Achievement Award (1979) | US Dept. of Labor - MSHA |
| **Motor Vehicle Operator Safe Driving Award (1980)** | US Dept. Of Labor - MSHA |
| Special Achievement Monetary Award (1980) | US Dept. of Labor - MSHA |
| Monetary Award (1982) | US Dept. of Labor -MSHA |
| Who's Who in the World (1992-2005) | Marquis |
| Who's Who in the East (1991-1992); (1992-1993) | Marquis |
| Who's Who of Emerging Leaders in America (1992-2005) | Marquis |
| Who's Who in Finance and Industry (1992-2005) | Marquis |
| Who's Who in Science and Engineering (1992-2005) | Marquis |
| Who's Who in the Safety Profession (1990-2005) | The Center for Safety Education<br>National Security Institute |

Gary L. Buffington, CSP, CRSP, CSHM, EXHIBIT 1

CURRICULUM VITAE

| CRIMINAL JUSTICE TRAINING |||
|---|---|---|
| Date | Course | Course Description |
| 1972 | Criminal Investigation Academy | Criminal Investigations; Firearms Training; Police; Report Writing; Laws of Evidence; Interviewing Interrogation |
| 1973 | Civil Disorder Management | Civil Disorder Management, Response Procedures |
| 1973 | SWAT Training | Special Weapons and Tactics Training |
| 1973 | Police School Liaison Clinic | Police - School Community Relations, Juvenile Justice |
| 1974 | Juvenile Officers Institute | Sociology, Child Psychology, Communications, Juvenile Court, Law |
| 1974 | Drug Enforcement Administration School | DEA Law and Procedures; Surveillance; Drug Identification/Detection. |
| 1975 | Police Community Relations Seminar | Police Community Relations |
| 1975 | North Central/Canadian Crime Commission Conference | International Drug Trafficking; Sale of Stolen Heavy Construction Equipment; Criminal Suspect Behavioral Patterns |
| 1976 | National Homicide Institute | Law of Homicide; Crime Scene Investigation, Toxicology; Forensic Pathology; Autopsy; Trial Preparation/Presentation |
| 1976 | Child Abuse Seminar | Law of Child Abuse; Investigative Procedures; Juvenile Court System; Human Services Responsibilities; Arrest, Search and Seizure; Trial Preparation Presentation |
| 1977 | Behavioral Science Course | History of Interview/Interrogation, Polygraph History and use; Elements of Confessions; Legal Aspects Of Interrogation |
| 1978 | Special Investigations Conference | Federal MSHA Act, Discrimination and Knowing/Willful Violations |
| 1978 | MSHA Criminal Investigation Seminar | Law; Evidence Collection/Preservation; Court Demeanor |



Gary L. Buffington, CSP, CRSP, CSHM, PI     EXHIBIT 1

CURRICULUM VITAE

| TRAINING RECORD | | |
|---|---|---|
| Date | Course | Course Description |
| 1977 1978 1979 1980 1981 1982 1983 | First Aid | First aid procedures for life threatening conditions and treatment of specific injuries |
| | Self Rescuer Devices | Maintenance and use of the device in rich carbon monoxide atmospheres |
| | Mine Rescue | Emergency procedures in underground rescue operations |
| | CPR | Basic life support methods |
| | Mine Ventilation | Principals of ventilating a mine |
| | Mine Gases | Identification of various toxic gases |
| | Mine Radiation | Identification of source and prevention |
| | Defensive Driving | Methods used to drive defensively |
| 1977 to 1978 | Technical Writing<br>Oral Communications<br>Mathematics<br>Accident Investigation<br>Health Inspection Procedures<br>Hoisting<br>Ventilation<br>Ground Control<br>Industrial Hygiene<br>Radiation     -     Dust Sampling<br>Welding Fumes -   Noise Sampling<br>Respirators<br>Accident Prevention<br>Basic Electricity<br>Explosives & Blasting<br>Fire Prevention<br>Load, Haulage & Dumping<br>Safety Lamps<br>Shop Safety<br>Equipment Safety<br>Mine Rescue<br>Inspection Procedures<br>Mine Electricity | Courses required to become **certified as an Authorized Representative of the Secretary of Labor** |

Gary L. Buffington, CSP, CRSP, CSHM, ┬.

**CURRICULUM VITAE**

EXHIBIT 1

| TRAINING RECORD |||
|---|---|---|
| Date | Course | Course Description |
| 1978 | Legal Aspects of the MSHA Act of 1977 | Instruction on civil and criminal legal aspects for government enforcement |
| 1978 | MSHA Act of 1977, Section 105 (c) | Instruction on discrimination section for government enforcement |
| 1978 | University of Alabama Criminal Justice | Investigative procedures and techniques as applicable to government investigators |
| 1979 | EEO Counseling | Basic Training for EEO Counselors |
| 1980 | Communications/Human Relations | Communication skills needed by DOL Supervisors |
| 1981 | EEO Training | EEO Training for managers |
| 1981 | NCFLL Contract Administration | DOL Supervisors and managers training in labor relations |
| 1981 | Human Side of Management | Management techniques for DOL supervisors |
| 1981 | Mine Disaster Preparedness | Procedures to be used following mine emergencies |
| 1981 | DuPont Sodium Cyanide Safety | The correct use and storage of sodium cyanide in milling operations |
| 1981 | Applied Supervision | Training in the basic principals of supervision |
| 1981 | USBM Fire Protection | State of the art fire suppression systems in industrial applications |
| 1981 | Employee Performance Standards | Basic training for supervisors on employee evaluations |
| 1981 | Serious Violation Seminar | The writing and documentation of significant and substantial violations |
| 1981 | Mine Ventilation Surveys | Training on how to conduct ventilation surveys in multilevel underground mines |
| 1982 | Reorganization Transition Training | For supervisors on reorganization of MSHA |
| 1982 | Transition Training of 30 CFR, Part 100 | For supervisors on violation assessment procedures |

Gary L. Buffington, CSP, CRSP, CSHM,

CURRICULUM VITAE

EXHIBIT 1

| TRAINING RECORD | | |
|---|---|---|
| Date | Course | Course Description |
| 1982 | Practice of Management | Course designed to enhance the management skills of supervisors |
| 1982 | Mine Disaster Procedures | Concerned with the procedures to be used following mine emergencies |
| 1982 | Mobile Crane & Rigging Consideration | Study of OSHA/ANSI regulations covering mobile cranes and rigging equipment. Onsite inspection of mobile cranes |
| 1983 | Accident Prevention Techniques | Discusses current principles and techniques of accident prevention |
| 1983 | Respirator Fit Training | Demonstrated the proper fit, use, and maintenance of respiratory protective equipment. |
| 1983 | Permissibility | Provides an understanding of theory and an application of principles of permissible equipment to be used in gassy mines. |
| 1983 | Field Certification Training | Procedures to be followed to certify permissible equipment in the field. |
| 1983 | Radiation Monitoring | Advanced course covering radiation health hazards in mining |
| 1983 | Emergency Medical Technician Training | Preparation for the National Registry of Emergency Medical Technicians Examination |
| 1984 | Fall Protection | Course covering various fall protection methods |
| 1984 | Gas Cutting and Welding | Basic safety during gas cutting and welding operations |
| 1984, 1985 | Radiation Training | Courses covering radiation hazards during power plant construction |
| 1985 | Helicopter Emergency Response Training | Field exercise in the helicopter transporting of injured personnel |
| 1985 | Personal Profile System | Develop interpersonal communication skills |

Gary L. Buffington, CSP, CRSP, CSHM, PI

EXHIBIT 1

CURRICULUM VITAE

| TRAINING RECORD |||
|---|---|---|
| Date | Course | Course Description |
| 1985 | Crane Safety | Field exercise - study and onsite crane and rigging inspections per OSHA Regulations. Also discussed the new OSHA manbasket standard |
| 1985 | Safety Belts and Lanyards | Demonstration of the proper use and maintenance of safety belts/lanyards |
| 1985 | Florida Right-to-Know-Law | Florida requirements concerning hazardous chemicals |
| 1985 | National Safety Council Congress and Exposition | OSHA voluntary Protection Programs. Methods to reduce Workers Compensation Costs |
| 1985 | Elevated Victim Rescue Training | Topics included ropes and knots, rescue, repelling, and use of the stokes basket |
| 1985 1986 | News Media Communication | Demonstrated methods used in interfacing with the news media |
| 1986 | OSHA's Voluntary Protection Program | Discusses various OSHA voluntary protection programs available |
| 1986 | American Occupational Health Conference | Industrial hygiene health problems and methods of compliance |
| 1986 | Fire Fighting Training | Use of fire extinguishers, Scott Air PACs, and fire hydrant-hose work |
| 1986 | Managing Interpersonal Relationships | Enhance interpersonal communication skills |
| 1988 | Communication Seven Basic Habits | Seven basic habits of highly effective people |
| 1990 | ASSE-CSP Workshop | CSP Core Exam Workshop |
| 1990 | Introduction to MS-DOS | Black and Veatch MS-DOS Computer Course |
| 1991 | Mine Rescue Training | Mine emergency training; mine gases; ventilation; use, care, maintenance Dragger BG 174A SCBA |
| 1991 | ASSE-CSP Workshop | CSP Comprehensive Practice and Specialty Workshop |

Gary L. Buffington, CSP, CRSP, CSHM, PI

EXHIBIT 1

CURRICULUM VITAE

| TRAINING RECORD | | |
|---|---|---|
| Date | Course | Course Description |
| 1992 | Construction Excavations/Trenching Course | 29 CFR 1926.650 Course; Excavations, Trenching, and Shoring |
| 1992 | OSHA Construction Course | 10-Hour Construction Safety and Health Course |
| 1993 | OSHA 500 Course | Basic Instructor Course in OSHA Standards for the Construction Industry |

------------TECHNICAL PAPERS, PRESENTATIONS, PUBLICATIONS------------

**Date**

1974 "Police-School Liaison Program"; Rapid City School System; Forty Presentations - Elementary, Junior/Senior High Schools; Rapid City, South Dakota.

1975 "Police - School Liaison Program"; Pennington County School System; Twenty Presentations Throughout Pennington County, South Dakota.

1975-1976 "Drug Education Program"; Rapid City School System; Thirty Presentations - Elementary, Junior/Senior High Schools; Rapid City, South Dakota.

1976-1977 "Drug Education Program"; Pennington County School System; Twenty Presentations - Elementary, Junior/Senior High Schools; Throughout Pennington County, South Dakota.

1978-1979 "Special Investigator Training"; Mine Safety and Health Administration; Dallas, Texas; Denver, Colorado; Birmingham, Alabama; Beckley, West Virginia; and Duluth, Minnesota.

1979 "Final Report of Mine Explosion Disaster"; Belle Isle Mine; Franklin, Louisiana; U.S. Department of Labor - MSHA; Arlington, Virginia.

1984 "The Stanton Energy Center Labor Management Program"; National Conference, Building and Construction Trades Department AFL-CIO; Hollywood, Florida.

1985 "The Design of a Voluntary Protection Program Application"; Voluntary Protection Participants Associations; Atlanta, Georgia.

1991 "HAZ MAT OPERATIONS"; Eleventh Symposium on the Occupational Health and Hazards of the Fire Service; International Association of Fire Fighters, AFL-CIO, CLC: Las Vegas, Nevada.

Gary L. Buffington, CSP, CRSP, CSHM,

**EXHIBIT 1**

## CURRICULUM VITAE

---------------------------------------------EXPERIENCE RECORD---------------------------------------------

| DATE | COMPANY & JOB TITLE | JOB DESCRIPTION |
|---|---|---|
| 1966-1972 | Homestake Mining Company<br>Lead, South Dakota<br><br>Miner First Class-Shaftman | Worked as a contract miner/leadman. Performed all phases of mining. Inspected/maintained steel and wooden shafts that were one mile deep. **Served as union grievance man.** Largest underground gold mine in the Western Hemisphere, 3500 miners. |
| 1972-1977 | Pennington County Sheriff's Department<br>Rapid City, South Dakota<br><br>Deputy Sheriff - Criminal Investigator | Planned and coordinated multi-law enforcement/complex felony investigations. Gained thorough knowledge of criminal law while working several hundred investigations. Prepared comprehensive, detailed and factual investigation reports used by prosecuting attorneys. Conducted hundreds of interviews and interrogations. Testified at numerous pre-trials, jury trials, and post-trial hearings. Member of the SWAT Team. |
| 1977-1979 | U.S. Department Of Interior<br>Mining Enforcement and Safety Administration<br>Birmingham, Alabama<br><br>Federal Mine Inspector | Conducted Health and Safety inspections of surface/underground mines, mills, quarries, and related facilities. Conducted fatal and non-fatal accident investigations. Evaluated safety and health training plans, and provided mine emergency services. **Served on committee to rewrite MESA/MSHA regulations.** Monitored MESA/MSHA funded grants. |
| 1979-1981 | U.S. Department of Labor<br>Mine Safety and Health Administration<br>Birmingham, Alabama<br><br>Supervisory Special Investigator | Planned, directed, and reviewed the work of a professional staff of 10 investigators. Initiated, planned, and reviewed all investigations to determine the presence of criminal and/or civil violations or acts of discrimination pursuant to the MSHA Act of 1977. Served as an **expert witness** in numerous legal proceedings concerning MSHA health, safety, and special investigations. Participated in joint, investigation by MSHA and the office of the Inspector General concerning the Belle Isle Mine Explosion. Served as a **Grand Jury Agent** working with Regional U.S. Attorney. |

Gary L. Buffington, CSP, CRSP, CSHM, PE

**EXHIBIT 1**

CURRICULUM VITAE

---------------------------------------------EXPERIENCE RECORD---------------------------------------------

| DATE | COMPANY & JOB TITLE | JOB DESCRIPTION |
|---|---|---|
| 1981-1983 | U.S. Department of Labor Mine Safety and Health Administration<br>Grand Junction, Colorado<br><br>Supervisory Mine Inspector | Directed staff of 13 professionals to enforce MSHA regulations. Responsible for the **inspection activities** of approximately 150 underground mines and surface mills located in Western Colorado. Responsible for fatal/non-fatal mine accident investigations. Developed and trained inspection personnel to a high proficiency in **Industrial Hygiene Health Inspection and Abatement Techniques.** Supervised complex criminal investigation concerning the sale and distribution of permissible diesel mining equipment to gassy mine operations. Coordinated investigation with Office of the Solicitor, U.S. Department of Justice, Office of the Inspector General, and National MSHA Headquarters Office. |
| 1983-1990 | Black & Veatch Engineers-Architects<br>Orlando, Florida<br>Kansas City, Missouri<br><br>Loss Control Manager | Developed and implemented **Project Safety, Health, and Security Programs** for Rawhide Energy Center, Stanton Energy Center, and Thames Co-generation Power Plant while under construction. Directed staffs of 20 to 40 professionals to maintain safety/security for 800 to 1600 construction personnel. Developed only **OSHA CERTIFIED STAR PROGRAM** completed on a Union/Merit Shop Project. Accident statistics were less than half of the national averages. **No fatalities experienced in over 14 million man-hours worked.** Labor relation's experience in union/merit shop projects. Administered **wrap-up insurance programs.** Served as **expert witness** in legal proceedings concerning risk management. |

Gary L. Buffington, CSP, CRSP, CSHM, PI

**EXHIBIT 1**

CURRICULUM VITAE

----------EXPERIENCE RECORD----------

| DATE | COMPANY & JOB TITLE | JOB DESCRIPTION |
|---|---|---|
| 1990-1992 | Black & Veatch Engineers-Architects<br>Kansas City, Missouri<br><br>Loss Control Manager | Developed and implemented **Project Safety and Health Programs** for J.A. McCullough, Stanley Canyon Tunnel; Kansas City Water and Pollution Control Department. Trans-Missouri River Tunnel **(Gassy)**; and Mobil Refinery, Mobil Lube Blending and Packaging Plant. Projects included tunnel and refinery construction. Experienced in **Labor Relations** involving Union and Merit Shop personnel. Served as an **expert witness** in Mid-Connecticut Resources Boiler Explosion, Hartford, Connecticut; and Ford Motor Company Tunnel Explosion, Detroit, Michigan. Trained 70 Kansas City Fire Department and contractor personnel in Mine Rescue. |
| 1992-1995 | Parsons-Dillingham<br>Metro Rail Construction Manager<br>Los Angeles, California<br><br>Manager, Safety and Security | Develop and implement **Project Safety And Health Programs for the Metro Red Line** Segments 2 and 3. Direct staffs of 10-20 professionals to maintain safety/security programs for 1500 to 2000 construction personnel. Project costs projected at $1.5 to 2 billion annually. Tunnels excavated with state-of-the-art tunnel boring machines in accordance with gassy tunnel regulations. Participates in **wrap-up insurance program**. Analyzes all aspects of risk management, liability and workers' compensation insurance coverage. Reduced project OSHA Recordable, Lost Time, and Lost Work Day Case Rates by over 50 per cent. Safety performance has saved the clients millions of dollars. No fatalities experienced in over 14 million employee hours worked. |

Gary L. Buffington, CSP, CRSP, CSHM,

EXHIBIT 1

## CURRICULUM VITAE

---------EXPERIENCE RECORD---------

| DATE | COMPANY & JOB TITLE | JOB DESCRIPTION |
|------|---------------------|-----------------|
| 1995-1999 | Los Angeles County Metropolitan Transportation Authority Los Angeles, California<br><br>Assistant Director, Construction Safety | Develop and implement the Project Construction/ Environmental Safety and Health Programs for the Metro Red Line Segments 2 & 3. Direct staff of 22 safety professionals. 1500 to 2000 construction personnel onsite. Assist in review, interpretation, development, and revision of contract specifications and set policies concerning the above disciplines. Provide technical assistance to rail transit systems relative to the above disciplines. Direct safety & health audits, review submittals, prepare position & other reports, and participate in rail transit system meetings with MTA, contractor/subcontractor, insurance, FED/OSHA, CAL/OSHA, county, city, and consultant personnel. Conduct & provide administrative support for accident investigations. Develop & conduct Construction/System / Environmental safety and health training. Serve as an Expert Witness in federal and state court litigation. Working knowledge of Cal-OSHA, OSHA, NFPA, ANSI, NEC, NCR, and MSHA Standards. **Serve on the ANSI A-10 Accredited Construction Standards Committee.** Participate in the current revision of the CAL/OSHA Tunnel Safety Orders. |
| 1998-2003 | | **Serve as Administrator for ASSE Mining Division** |
| 1990-Present | American Safety Consulting Los Angeles, California<br><br>Owner-Expert Witness-Licensed Private Investigator | Provide expert witness, accident investigation, safety audit, safety & mine rescue training services to various clients. Over twenty-five years experience in the industrial, heavy construction, petrochemical, and mining industries. Serve as an expert witness in both government and private sectors. |

Page 12 of 12

EXHIBIT 2

# LIST OF DEPOSITIONS/TRIALS 1995-2005
## Gary L. Buffington, CSP, CRSP, CSHM, PI
### July 7, 2005

1. Mark Mueller
   James G. Ford
   Vs.
   Gilbert Lopez
   D/B/A Lopez Plastering

   Robert E. Knudsen, Esq.
   January 15, 1995--Trial
   Tel.# (909) 482-1086
   Superior Court of California
   County of Los Angeles

2. William Knapp
   Vs.
   State of California Transportation

   Charles Belenky, Esq.
   August 17, 1998—Deposition

3. Appeal of Tutor Suliba Perini
   Vs.
   State of California
   Depart of Industrial Relations

   David Pies, Esq.
   July 20, 1999

4. Tom Logrecco
   Vs.
   Magnum Enterprises

   John Khoukaz, Esq.
   September 6, 2001—Deposition

5. Deborah Rogers, et al
   Vs.
   Taylor Woodrow Homes, Inc., et al

   Don Fisher, Esq.
   January 28, 2002—Deposition

6. Wilma Duncan, et al
   Vs.
   Reynolds Metal Company, et al

   Lanhon Odom, Esq.
   Fred Marsh, Esq.
   February 25, 2002—Deposition

7. Tabitha Carver Roberts, et al
   Vs.
   Performance Site Management, et al
   Hendrix Manufacturing Co., Inc., et al

   Chris Aluotto, Esq.
   October 17, 2002—Deposition
   Tel.# (513) 381-9269

8. Mark Davis, et al
   Vs.
   WACO Scaffolding & Equipment
   RAS Builders, Inc., et al

   R. Q. Shupe, Esq.
   January 6, 2003—Volume I

List of Depositions/Trials 1995-2005  
Gary L. Buffington

 EXHIBIT 2

9. Estate of Daniel A. Dalton  
   Vs.  
   BGS Construction, Inc., et al

   Jeffrey Ray, Esq.  
   January 9, 2003—Volume I  
   Tel.# (304) 594-1000

10. Mark Davis, et al  
    Vs.  
    WACO Scaffolding & Equipment  
    RAS Builders, Inc., et al

    R. Q. Shupe, Esq.  
    February 3, 2003—Volume II

11. Gary Toon  
    Vs.  
    Integrated Building & Design, et al

    Susan Willis, Esq.  
    Lawrence Hanna, Esq.  
    March 6, 2003—Deposition

12. Estate of Daniel A. Dalton  
    Vs.  
    BGS Construction, Inc., et al

    Jeffrey Ray, Esq.  
    June 12, 2003—Volume II

13. Kathleen C. Shea  
    Vs.  
    Cara Necessary, et al

    R. Q. Shupe, Esq.  
    July 31, 2003  
    Superior Court of California  
    County of Orange

14. Rudy Lino  
    Vs.  
    Granite Construction Co., et al

    Rick Hardin, Esq.  
    October 21, 2003--Deposition

15. Alejo Torres  
    Vs.  
    Fullerton Joint Union High  
    School District, et al

    Shari Nokes, Esq.  
    Beau Nokes, Esq.  
    Tel.# 949) 759-4440  
    March 31, 2004--Deposition

16. Fielding, et al  
    Vs.  
    Pacific Gas & Electric Co., et al

    Van Longyear, Esq.  
    Michael Davis, Esq.  
    Tel.# (916) 974-8500  
    April 8, 2004--Deposition  
    Superior Court of California  
    County of Sacramento

17. St. John, et al  
    Vs.  
    City of San Francisco, et al

    Joseph W. Carcione, Esq.  
    Judith A. Graziano, Esq.  
    Tel.# (650) 367-6811  
    June 23, 2004--Deposition  
    Superior Court of California  
    County of San Francisco

List of Depositions/Trials 1995-2005  
Gary L. Buffington

EXHIBIT 2

| | |
|---|---|
| 18. Dane Lorenzen<br>Vs.<br>Occidental of Elk Hills, Inc., et al | Bradley J. Hill, Esq.<br>Kevin S. Nitzel, Esq.<br>Tel.# (805) 481-6989<br>July 8, 2004--Deposition<br>Superior Court of California<br>County of Kern |
| 19. Dzenkowski-Castillo, et al<br>Vs.<br>San Diego Museum of Art, et al | Paul Jackson, Esq.<br>Tel.# (858) 452-9719<br>July 19, 2004—Volume I<br>Superior Court of California<br>County of San Diego |
| 20. Dzenkowski-Castillo, et al<br>Vs.<br>San Diego Museum of Art, et al | Paul Jackson, Esq.<br>Tel.# (858) 452-9719<br>July 20, 2004—Volume II<br>Superior Court of California<br>County of San Diego |
| 21. Robert F. King, et al<br>Vs.<br>Island Creek Coal Co., et al | Annesley DeGaris, Esq.<br>Tel.# (205) 271-7104<br>August 9, 2004--Deposition<br>US District Court<br>Western District of Virginia |
| 22. Francisco Aceves, et al<br>Vs.<br>That Vuong, et al | John D. Freeland, Esq.<br>Tel.# (209) 521-1800<br>September 10, 2004—Deposition<br>Superior Court of California<br>County of Stanislaus |
| 23. Kathleen C. Shea<br>Vs.<br>Cara Necessary, et al | R. Q. Shupe, Esq.<br>November 1, 2004--Trial<br>Superior Court of California<br>County of Orange |
| 24. St. Paul Mercury Ins. Co., et al<br>Vs.<br>Frontier Pacific Ins. Co., et al | Jack Fischer, Esq.<br>Tel.# (559) 433-1300<br>January 18, 2005<br>Superior Court of California<br>County of San Diego |

List of Depositions/Trials 1995-2005  
Gary L. Buffington

EXHIBIT 2

25. St. Paul Mercury Ins. Co., et al  
    Vs.  
    Frontier Pacific Ins. Co., et al

Jack Fischer, Esq.  
Tel.# (559) 433-1300  
Febuary 9, 2005—Trial  
Superior Court of California  
County of San Diego

26. Martinez., et al  
    Vs.  
    Ziniz, Inc, et al

Peter Zell, Esq.  
July 7, 2005--Deposition  
Superior Court of California  
County of Los Angeles

## PUBLICATIONS AUTHORED—1995-2005
### Gary L. Buffington, CSP, CRSP, CSHM, PI

2005   "Best Practices for Air Monitoring Underground Work Places"; ASSE 2005 Professional Development Conference; New Orleans, Louisiana.

2004   "Machine Guarding for Mining—The New MSHA DVD Training Program"; ASSE 2004 Professional Development Conference; Las Vegas, Nevada.

2003   "Post 911 Safety and Security Requirements for Bidding and Construction on Airport or Public Transportation Works"; Co-presenter with Randy McBurnett; ASSE 2003 Professional Development Conference; Denver, Colorado.

2003   "National Underground Science Laboratory at Homestake Mine"; ASSE Mining Practice Specialty Newsletter; Spring 2003.

2003   "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Spring 2003.

2003   "Homestake: End of an Era"; ASSE Mining Practice Specialty Newsletter; Winter 2003.

2003   "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Winter 2003.

2002   "Mining Practice Specialty Strategic Plan 2002 – 2004"; ASSE Mining Practice Specialty; October 25, 2002.

2002   "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Fall 2002.

2002   "Mine Rescue"; ASSE Mining Practice Specialty Newsletter; Fall 2002.

2002   "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Summer 2002.

2002   "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Spring 2002.

2002   "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Winter 2002.

2002   "Alabama Coal Mine Blast Kills 13"; Co-authored with Rennie Heath; ASSE Mining Practice Specialty Newsletter; Winter 2002.

Publications Authored
Gary L. Buffington, CSP, CRSP, CSHM, PI

EXHIBIT 3

2001    "All American Canal Project Report – Response to Dr. Hunter's Comments"; Imperial Irrigation District; Imperial, California.

2001    "All American Canal Lifeline Project Report"; Imperial Irrigation District; Imperial, California.

2001    "Team Safety Management & the Alameda Corridor"; Co-authored with Randy McBurnett; ASSE Mining Practice Specialty Newsletter; Fall 2001.

2001    "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Fall 2001.

2001    "Construction Safety Management for the Alameda Corridor Project"; Co-presenter with Randy McBurnett; ASSE 2001 Professional Development Conference; Anaheim, California.

2001    "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Summer 2001.

2001    "Global Best Practices in Contractor Safety"; IOSH-ASSE Joint Forum; ASSE Professional Safety Publication; London, England.

2001    "Alcohol on the Highway or Job"; ASSE Mining Practice Specialty Newsletter; Spring 2001.

2001    "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Spring 2001.

2000    "International Construction Safety Forum"; ASSE Mining Practice Specialty Newsletter; Winter 2000.

2000    "An Insider's Look on the International Forum"; ASSE Society Update; November 2000 Edition.

2000    "Mining Practice Specialty Activities Update"; ASSE Mining Practice Specialty Newsletter; Winter 2000.

2000    "The Art of Blasting on Surface Mines and Construction Sites"; ASSE 2000 Professional Development Conference; Orlando, Florida.

2000    "Mining Practice Specialty Activities Update"; ASSE Mining Division Newsletter; Summer 2000.

2000    "Mining Division Plan"; ASSE Mining Division Newsletter; Spring 2000.

Publications Authored
Gary L. Buffington, CSP, CRSP, CSHM, PI

EXHIBIT 3

2000  "Mining Practice Specialty Activities Update"; ASSE Mining Division Newsletter; Spring 2000.

1999  "Mining Practice Specialty Activities Update"; ASSE Mining Division Newsletter; Winter 1999.

1999  "Construction Safety & Health Plan"; Newport Chemical Depot; Parsons Constructors, Inc.; Newport, Indiana and Pasadena, California.

1999  "Mining Practice Specialty Activities Update"; ASSE Mining Division Newsletter; Fall 1999.

1999  "Underground Construction – The Los Angeles Subway"; ASSE 1999 Professional Development Conference; Baltimore, Maryland.

1999  "Mining Practice Specialty Activities Update"; ASSE Mining Division Newsletter; Summer 1999.

1999  "Safety on the Job Site"; AEC Systems '99 National Conference; Los Angeles, California; May 25, 1999.

1999  "Safety Aboard the Titanic Filming"; ASSE Mining Division Newsletter; Spring 1999.

1999  "Mining Practice Specialty Activities Update"; ASSE Mining Division Newsletter; Spring 1999.

1998  "Mining Practice Specialty Activities Update"; ASSE Mining Division Newsletter; Winter 1998.

1998  "Safety and Health Program"; ASSE Mining Division Newsletter; Fall 1998.

1998  "Tunnel Gas Testing Requirements"; Co-authored with Randy McBurnett; ASSE Mining Division Newsletter; Fall 1998.

1998  "Mining Practice Specialty Activities Update"; ASSE Mining Division Newsletter; Fall 1998.

1998  "Mask Cleaner Site Installation Report"; Align-Rite Corporation; Burbank, California.

1997  There are a number of safety programs and training modules that I wrote and implemented during this time frame. The documents are in storage and are not
1991  available at this time to be cataloged.

Publications Authored
Gary L. Buffington, CSP, CRSP, CSHM, PI

EXHIBIT 3

1991    HAZ MAT OPERATIONS"; Eleventh Symposium on the Occupational Health and Hazards of the Fire Service; International Symposium of Fire Fighters, AFL-CIO; Las Vegas, Nevada.