**Applied Cognitive Sciences**
Human Factors
Engineering

A CONSULTING GROUP

## Sworn Testimony for Richard Gill, Ph.D., CHFP, CXLT
### As of December 10, 2005

**2005:**

Trials:
1. Juarez vs. Frias; San Francisco, California via Preservation Deposition (State)
2. State of Idaho vs. Marek; Sandpoint, Idaho (State)
3. Dubac-Tyler vs. Hyatt Corp; Kaanapali, Maui (State)
4. Rukavina, et al. vs. Crane Plumbing, et al; Challis, Idaho (State)
5. Rabissa vs. Costco; Kona, Hawaii (State)
6. Haggard vs. Parma Furniture; Nampa, Idaho (State)

Depositions:
1. Kim vs. Savard, et al.; St. Johnsbury, Vermont (Volume 1)
2. Cormier vs. Gold's Gym, et al., Boise, Idaho
3. Cross vs. Takenaka Landscaping, et al.; Makakilo, Oahu
4. Li and Wang vs. Sea Life Park; Honolulu, Hawaii
5. Rabissa vs. Costco; Kona, Hawaii (Volume II)
6. Erickson vs. Badger Building Center; Bonners Ferry, Idaho
7. Kim vs. Savard, et al.; St. Johnsbury, Vermont (Volume II)
8. Harris vs. Union Pacific Railroad; Seattle, Washington
9. Juarez vs. Frias; San Francisco, California
10. Horsley vs. Hilton Hotel Corp; Seattle, Washington
11. Dubac-Tyler vs. Hyatt Corp; Kaanapali, Maui
12. Bacani vs. State of Hawaii, et al.; Honolulu, Hawaii
13. Kanei vs. Daiei; Honolulu, Hawaii
14. Stevens vs. Robert Bosch Tool Corporation; Twin Falls, Idaho
15. Young vs. Holiday Inn; Hagåtña, Guam
16. Anthony vs. Alexander & Baldwin, Inc., et al; Kahalui, Maui (Records)
17. Anthony vs. Alexander & Baldwin, Inc., et al; Kahalui, Maui
18. Baker vs. Flying J; Casper, Wyoming
19. Abiley vs. State of Hawaii; (Arbitration); Honolulu, Hawaii
20. Sales vs. Self-Help Housing; Honolulu, Hawaii
21. Rukavina, et al. vs. Crane Plumbing, et al; Challis, Idaho
22. Hart vs. Hoist, et al.; Bonners Ferry, Idaho
23. LeMaster vs. BNSF; Billings, Montana
24. Dunivent vs. UPRR; Cheyenne, Wyoming
25. Glaberson vs. A & B Properties; Kahalui, Hawaii (Records Depo)
26. Newman vs. Milacron, et al; Bozeman, Montana (Volumes 1 and 2)

27. Glaberson vs. A & B Properties; Kahalui, Hawaii
28. McKay vs. Smith; Spokane, Washington; (Arbitration)
29. Schultz vs. Ellensburg Cement Products, et al.; Seattle, Washington
30. Scholz vs. Zip Truck Lines, et al.; Spokane, Washington
31. Nyquist vs. Farmers et al.; Great Falls, Montana (Arbitration)
32. Hernadez vs. Lematic; Honolulu, Hawaii
33. Abiley vs. State of Hawaii; Honolulu, Hawaii
34. Dison vs. Vaagen Brothers Lumber; Colville, Washington
35. Harvey vs. Payne Properties; Spokane, Washington
36. Mallot vs. Marriott; Ko'Olina, Oahu (Records Deposition)
37. Stewart vs. Violich et al.; Kailua, Hawaii

**2004:**
Trials:
1. Twenge vs. Fred Meyers, et al.; Portland, Oregon (State)
2. Tyler vs. Petsmart et al.; Spokane, Washington (State)
3. Lewis vs. Tribune Publishing Company, et al.; Colfax Washington **(State)**
4. Fowler vs. Fred Meyers; Portland, Oregon (State)
5. Richardson vs. State of Montana; Butte, Montana (State)
6. Wendt vs. USA; Honolulu, Hawaii (Federal)
7. Parris vs. State of Washington, et al.; Spokane, Washington (State)
8. Miller vs. Ostler; Moses Lake, Washington (State)
9. Kelley vs. County of Maui, et al.; Wailuku, Maui (State)

Depositions:
1. Robinson vs. State of Montana; Butte, Montana
2. Lewis vs. Colfax Masonic Corp.; Colfax, Washington
3. Rabisa vs. Costco; Kona, Hawaii
4. Kitchens vs. Outrigger, et al.; Waikiki, Hawaii
5. Ishii vs. Island Colony Condominiums; Waikiki, Hawaii
6. Cadman vs. City and County of Honolulu; Honolulu, Hawaii
7. Castillo vs. A & A Electric; Honolulu, Hawaii
8. Lyons vs. Smith's Food and Drug; Casper, Wyoming
9. Johnson vs. Manco et al.; Modesto, California
10. Benoy vs. Jacobson; Coeur d'Alene, Idaho
11. Rabisa vs. Costco; Kona, Hawaii (Arbitration)
12. Lawlor vs. Naeole et al.; Honolulu, Hawaii
13. Carter vs. City of Spokane; Spokane, Washington
14. Kahikina vs. Hilo Terrace Apartments AOAO et al.; Hilo, Hawaii
15. Moniz vs. Barland et al.; Honolulu, Hawaii
16. Zelinski vs. BNSF; Portland, Oregon
17. Hopkin vs. BNSF; Greybull, Wyoming
18. Schroder vs. Arby's; Spokane, Washington
19. Vuittonet vs. Hayes Lemmerz International, et al.; Boise, Idaho
20. Gapero vs. Pacific Shores AOAO, et al; Kihe, Maui
21. Ibara vs. Aloha Tower Management Company, et al.; Honolulu, Hawaii
22. Baker vs. Totally Titanium Inc.; Waikiki, Hawaii
23. Jenner vs. Bargain Giant; Spokane, Washington
24. Milward vs. Vandervert; Spokane, Washington

25. Baker vs. Totally Titanium Inc.; Waikiki, Hawaii (Arbitration)
26. Frahm vs. Alamo Rental Car; Las Vegas, Nevada
27. Mathews vs. Harrington; Spokane, Washington
28. Cuthbert vs. JB's Family Restaurant; Coeur d'Alene, Idaho
29. Kelley vs. County of Maui et al.; Wailuku, Maui
30. Kappel vs. Kea Lani et al.; Wailea, Maui
31. Cross vs. Takanaka Landscaping, et al.; Makakilo, Hawaii (Arbitration)
32. Sharp vs. Best; Cheney, Washington
33. Meador vs. Chipman & Taylor, et al.; Pullman, Washington
34. Miyamoto vs. Hawaiian Electric Company, et al; Honolulu, Hawaii (Volumes 1 & 2)
35. Hayes vs. Union Pacific Railroad, et al.; Rupert, Idaho
36. Reaves vs. Rowe; Kennewick, Washington

**2003:**
Trials:
1. George vs. Diamond Parking, Inc., et al.; Honolulu Hawaii (State)
2. Slack vs. Kelleher; Caldwell, Idaho (State)
3. Sinclair vs. BNSF; Great Falls, Montana (State)
4. Barnedo vs. Dominguez; Honolulu, Hawaii (State)
5. Lewis vs. State of Hawaii; Honolulu, Hawaii (State)
6. Gouveia vs. 24 Hour Fitness; Honolulu, Hawaii (State)
7. Fenwick vs. Watabe et al.; Hagåtña, Guam
8. Gipson vs. Yoke's Pac & Save; Spokane, Washington (State)
9. England vs. Swinerton; San Francisco, California (State)

Depositions:
1. Vuillemot vs. Wailuna Recreation Association; Honolulu, Hawaii (Arbitration)
2. King vs. Cottrell; Spokane, Washington
3. Lewis vs. State of Hawaii; Honolulu, Hawaii
4. Easterday vs. Leeward Auto Recycling; Honolulu, Hawaii
5. Weathers vs. 24 Hour Fitness; Boise, Idaho
6. Prior vs. Columbus McKinnon Corporation; Lewiston, Idaho
7. Pettit et al. vs. Friendly Ford et al.; Las Vegas, Nevada
8. Sinclair vs. BNSF; Billings, Montana
9. Burkey vs. Premier Chemicals et al; Pocatello, Idaho
10. Figaroa vs. State of Hawaii; Lihue, Hawaii
11. Sherwood et al vs. Williams & Asscociates et al; Honolulu, Hawaii (Volumes 1-2)
12. Borges vs. County of Hawaii; Hilo, Hawaii (Arbitration)
13. Johnson vs. K.C. Charles, et al.; Spokane, Washington (Volume 1-2)
14. Bishop vs. Union Pacific Railroad; Cheyenne, Wyoming (Volume 1-2)
15. Van Dinter vs. Nason; Spokane, Washington
16. Olson vs. Johnson; Post Falls, Idaho
17. Schmit vs. Vandouris; Spokane, Washington
18. Martin vs. State of Hawaii et al; Waimanalo, Hawaii
19. Himmelmann vs. Taroc; Honolulu, Hawaii
20. Olson vs. BNSF; Cheyenne, Wyoming
21. Gomez et al vs. IBM et al; San Jose, California (Volumes 1-6)

3

22. Kubinski vs. UPRR; Salt Lake City, Utah (Volume 1-2)
23. Broadfoot vs. Watco; Colfax, Washington
24. Berry vs. Hotel of Marianas; Hagåtña, Guam 96910
25. Ganley vs. Harbor Square; Honolulu, Hawaii (Deposition)
26. Ganley vs. Harbor Square; Honolulu, Hawaii (Arbitration)
27. Ferger vs. Spokane Valley Four Square Church; Spokane, Washington
28. Tyler vs. Petsmart et al.; Spokane, Washington
29. Paulson vs. Ru-mar Club; Twin Falls, Idaho
30. O'Donnell vs. Taylor Construction; Bozeman, Montana
31. England vs. Swinerton et al.; San Francisco, California
32. Fenwick vs. Watabe et al.; Hagåtña, Guam
33. Pinkley vs. BNSF; Spokane, Washington
34. Harrison vs. Hilton Hawaii Village; Waikiki, Hawaii
35. Clark vs. BNSF; Gillette, Wyoming
36. Zygutis vs. Beech; Waipio Valley, Hawaii
37. Retford vs. Snow King et al.; Jackson Hole, Wyoming
38. Westlake vs. Ryobi et al; Pocatello, Idaho
39. Mecurio vs. Brownlee et al; Missoula, Montana
40. Nordstrom vs. Bodkin Enterprises; Hayden Lake, Idaho
41. Houser vs. Resort Quest et al.; Lahaina, Maui
42. Benson vs. Magic Valley Partners et al; Twin Falls, Idaho

**2002:**
Trials:
1. Wright vs. Chanel; Honolulu, Hawaii (State)
2. Dexheimer vs. Guthrie; Spokane, Washington (State)
3. Becker vs. Oliver Family Limited Partnership; Coeur d'Alene, Idaho (State)
4. Weissinger vs. Lewis & Clark College; Portland, Oregon (State)

Depositions:
1. Hotel Corporation of the Pacific vs. Group 70; Kauai, Hawaii
2. Eades vs. Lisandra, Inc.; Kihei, Hawaii (Volume 2)
3. Requelman vs. Pacific Transportation Services; Hilo, Hawaii
4. Eades vs. Lisandra, Inc.; Kihei, Hawaii (Arbitration)
5. Parlin vs. Miller; Spokane, Washington
6. Gaspero vs. Pacific Shores; Kihei, Hawaii (Records Deposition)
7. Bowkett vs. Texton; Boise, Idaho
8. Guerrero vs. Cabjaun et al; Honolulu, Hawaii
9. Fenzke vs. Naniloa Hotel; Hilo, Hawaii (Arbitration)
10. Harshmans vs. Jackson Hole Mountain Resort et al.; Jackson, Wyoming
11. Gibson vs. BNSF; Albuquerque, New Mexico
12. Colburn vs. Amtrack; Salt Lake City, Utah
13. Wells vs. Wolf Lodge; Coeur d'Alene, Idaho
14. Ley vs. Stockman Financial Corporation; Billings, Montana
15. Becker vs. Oliver Family Limited Partnership; Coeur d'Alene, Idaho
16. Britton vs. Shearer; Spokane, Washington
17. Keller, et al. vs. Jones, et al.; New Orleans, Louisiana
18. Kinery vs. Mathieu; Jackson Hole, Wyoming
19. Zalopany vs. Keller; Honolulu, Hawaii

20. Williams vs. LRG Real Estate LP et al.; Kona, Hawaii
21. Rehkopf vs. Kahana Falls et al.; Lahaina, Maui
22. Evans vs. England; Springdale, Washington
23. Idaho Department of Labor vs. Sunset Marts et al.; Orofino, Idaho
24. Karlsson et al. vs. Savage et al.; Los Angeles, California
25. O'Neil vs. Ho; Honolulu, Hawaii (Records Deposition)
26. Ng vs. Hwa et al.; San Francisco, California
27. Tracy vs. Bock et al.; Spokane, Washington
28. Hart Machine vs. Clapp; Minneapolis, Minnesota
29. Parrish et al. vs. Minidoka County Highway Department; Pocatello, Idaho
30. Radke vs. Pacific Hawaiian Holidays, et al.; Honolulu, Hawaii (Arbitration)
31. Oie vs. Himuro; Waikiki, Hawaii
32. Kailieha vs. PRN 'Ekolu dba Scoozies'; Waikiki, Hawaii
33. Keating vs. Fox and Hound; Waikiki, Hawaii
34. Hirukawa vs. Structures International; Honolulu, Hawaii
35. Firestone vs. Milford; Spokane, Washington
36. Oschner vs. BNSF; Laramie, Wyoming
37. Hippler vs. Dittman; Elk, Washington
38. Collins vs. Union Pacific Railroad; Laramie, Wyoming
39. Milford vs. Firestone; Spokane, Washington (Mediation)
40. Zygutis vs. Beech; Waipio Valley, Hawaii (Arbitration)
41. Nazar vs. Amsbury; Spokane, Washington (Mediation)
42. Ejercito vs. Baywatch Production, et al.; Honolulu, Hawaii (Arbitration)
43. Jackson vs. Larson; Moscow, Idaho
44. Bumgraber vs. Safeway; Spokane, Washington
45. George vs. Diamond Parking; Waikiki, Hawaii
46. Koenig vs. Riemer et al.; Kihei, Maui
47. Piggee vs. Chrysler et al.; San Francisco, California

**2001:**
Trials:
1. Plain vs. Murphy Family Farms; Oklahoma City, Oklahoma (Federal)
2. Howard vs. State of Hawaii; Honolulu, Hawaii (State)
3. Wright vs. Chanel; Honolulu, Hawaii (State)
4. Tess vs. Roberts; Spokane, Washington (State)
5. Clyne vs. St. Maries Logging; St. Maries, Idaho (State)
6. Burnham vs. Garber; Spokane, Washington (State)
7. Hilbert vs. Sampson et al.; Reno, Nevada (State)
8. Woodington et al. vs. State of Hawaii; Honolulu, Hawaii (State)
9. B & T Mail Services vs. D & D Transport; Gooding, Idaho (State)

Depositions:
1. Grimes vs. Monterey; Salinas, California
2. Plain vs. Murphy Family Farms; Stillwater, Oklahoma
3. Whittet vs. Four Seasons Resort Hualalai; Kona, Hawaii (Arbitration)
4. Weidler vs. Spring Swing, et al.; Portland, Oregon
5. Champlin vs. Partel; Cody, Wyoming
6. Gardai vs. John Green, et al.; Moscow, Idaho
7. Grant vs. Queen Kapiolani; Waikiki, Hawaii (Arbitration)

5

8. Giesbrecht vs. Double L; American Falls, Idaho
9. Grogen vs. Huggos; Kona, Hawaii
10. Kong vs. Fletcher Pacific Construction; Kona, Hawaii
11. Diego vs. Cumming et al.; Maui, Hawaii
12. Revai vs. Langdon Tool and Bolt; Twin Falls, Idaho
13. Tess vs. Roberts; Spokane, Washington
14. Tivenan vs. Ilikai Hotel; Waikiki, Hawaii (Arbitration)
15. Colin vs. USA; Santa Rosa, California (Volume 1)
16. Bell vs. Ala Moana Shopping Center; Waikiki, Hawaii
17. Slack vs. Kelleher; Caldwell, Idaho
18. Carmona vs. Guillermo; Honolulu, Hawaii
19. Woodington et al. vs. State of Hawaii; Honolulu, Hawaii
20. Diego vs. Cummings et al.; Wailuku, Maui
21. Wolcott vs. Brooks; Spokane, Washington
22. Anderson vs. Borders; Lihue, Hawaii
23. Montero vs. Sam Will, Inc.; Las Vegas, Nevada (Arbitration)
24. Grogen vs. Huggos; Kona, Hawaii (Arbitration)
25. Delys vs. Sears, Roebuck and Company; Spokane, Washington
26. Hilbert vs. Sampson et al.; Reno, Nevada
27. Waterman vs. Singleton; Spokane, Washington (Arbitration)
28. Dawson vs. JRB Incorporated et al; Boise, Idaho
29. Evans vs. Dunkin Donuts et al.; Baltimore, Maryland
30. Edwards vs. Foster Services; St. Louis Missouri
31. Eades vs. Lisandra, Inc.; Kihei, Hawaii
32. Hurley vs. Nationwide Insurance; Denver, Colorado (Mediation)
33. Saltsman vs. City of Metaline Falls; Spokane, Washington

**2000:**
Trials:
1. Green vs. Pacific Whale Foundation; Lanai, Maui, Hawaii
2. Egersdorf vs. Interstate Brand; Twin Falls, Idaho
3. Woodburn vs. Manco Products; Caldwell, Idaho
4. Kelly vs. Tindall Ranches; Murphy, Idaho
5. Humble vs. Rabanaco; Napa, California
6. Johnson vs. UP Railroad, et al.; Omaha, Nebraska
7. State of Washington vs. Watkins; Colfax, Washington

Depositions:
1. Jones vs. Renner; Cody, Wyoming
2. Potter vs. Gannett; Honolulu, Hawaii
3. Carlson vs. Big Island Foods; Kona, Hawaii (Binding Arbitration Testimony)
4. Koki vs. State of Hawaii; Honolulu, Hawaii
5. Woodburn vs. Manco; Boise, Idaho
6. Brown vs. Sauer; Oakland, California
7. Moradi vs. Flame Control; San Francisco, California
8. Egersdorf vs. Interstate Brands; Twin Falls, Idaho
9. Plummer vs. Dempster, Inc.; Anchorage, Alaska

 

10. Walker vs. St. Alphonsus; Boise, Idaho
11. Evinger vs. BNSF, Volume 1; Ponca City, Oklahoma
12. Kelly vs. Tindall; Grasmere, Idaho
13. Evinger vs. BNSF, Volume 2; Ponca City, Oklahoma
14. Shimazu vs. Kyo Ya LTD; Waikiki, Hawaii (Arbitration Testimony)
15. Johnson vs. Union Pacific; Lincoln, Nebraska
16. Rollison vs. WalMart; Honolulu, Hawaii (Arbitration Testimony)
17. Lefors vs. City of Spokane, et al.; Spokane, Washington
18. Sandoval vs. State of California; San Francisco, California
19. Quiocho vs. State of Hawaii, et al., Honolulu, Hawaii (Arbitration Testimony)
20. Wright vs. Chanel; Waikiki, Hawaii
21. Manak vs. Hunt; Santa Cruz, California
22. Sin vs. Tihati Productions; Honolulu, Hawaii
23. Babcock vs. Outrigger Hotels; Honolulu, Hawaii
24. Swift vs. OTS; Honolulu, Hawaii (Arbitration Testimony)
25. Corlin vs. Lum; Honolulu, Hawaii
26. Dzakowic vs. Pohokea Point Apartments; Kaneohe, Hawaii
27. Corlin vs. Lum; Honolulu, Hawaii (Arbitration Testimony)
28. Brown vs. Hyatt; Kauai, Hawaii (Arbitration Testimony)
29. McAdam vs. Weirton Steel; Weirton, West Virginia
30. Nye vs. Hadley Auto Transport; Mountain Home, Idaho
31. Broch vs. Voshall (Volume 1); Spokane, Washington
32. Broch vs. Voshall (Volume 2); Spokane, Washington
33. Dunbar v. Roper Whitney; Spokane, Washington
34. Koch v. Saunders; Honolulu, Hawaii (Arbitration Testimony)
35. Rudd vs. Graber Post & Building; Palestine, Illinois

**1999:**

Trials:
1. Murphy vs. Keller Ladder; Spokane, Washington
2. Chivers vs. Las Vegas Hilton; Las Vegas, Nevada
3. Dexheimer vs. Guthrie; Spokane, Washington
4. Huff vs. Royal Cake; Ellensburg, Washington
5. Garnick vs. Teton County School District; Jackson Hole, Wyoming
6. Engle vs. Clearwater County; Orofino, Idaho

Depositions:
1. Mainprize vs. Hotel Pacific; Kauai, Hawaii
2. Howard vs. State of Hawaii; Kauai, Hawaii
3. Rudolph vs. Silver State Disposal; Las Vegas, Nevada
4. Patrick vs. Emro Marketing; Indianapolis, Indiana
5. Nunez vs. Jaminet; Honolulu, Hawaii
6. Engle vs. Clearwater County, Idaho; Orofino, Idaho
7. Steiner vs. Conrail Volume I; Minneapolis, Minnesota
8. Miller vs. Jackson Hole Ski Corporation; Jackson Hole, Wyoming
9. Steiner vs. Conrail Volume II; Minneapolis, Minnesota
10. Ada County vs. Capps; Boise, Idaho
11. Rivera vs. C & W Railroad; Pueblo, Colorado

12. Lind vs. Queen's Hospital; Honolulu, Hawaii
13. Holland vs. Avilla; (Binding Arbitration Testimony); Honolulu, Hawaii
14. Nanez vs. Jack's & Accessories, et al; San Francisco, California
15. Patres vs. Hatco; San Francisco, California
16. Huff vs. Royal Cake; Spokane, Washington
17. Dexheimer vs. Guthrie; Spokane, Washington
18. Garnick vs. Teton County School District; Jackson, Wyoming
19. Oriold vs. Champion Trailer; Cleveland, Ohio
20. Mongeon vs. Chuck's Steak House; Honolulu, Hawaii
21. Rudd vs. McDonald's; (Binding Arbitration Testimony); Honolulu, Hawaii
22. Luyt vs. Volvo; Honolulu, Hawaii
23. De Clue vs. Redding Trucking, et al; Modesto, California
24. Lynch vs. Thaxton, Inc. et al; Wilmington, Delaware
25. Patterson vs. Albertson's; Spokane, Washington
26. Carr vs. Lipton et al; Santa Cruz, California
27. Carlson vs. McDonalds; Kona, Hawaii
28. Sundh vs. Boise City Canal Company; Boise, Idaho
29. Stacey vs. PTI Inc.; Sacramento, California
30. Murphy vs. SIA Security; Sacramento, California