

PERMISSION TO COPY DENIED, HRS 606.13, etc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**ORIGINAL**

| | |
|---|---|
| DENISE GENDROW, individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III; and JEANNE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>COYNE MATTRESS MANUFACTURING COMPANY; SERTA MATTRESS CORPORATION; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10; DOE UNINCORPORATED ASSOCIATIONS 1-10,<br><br>Defendants.<br><br>and<br><br>SIMMONS MATTRESS MANUFACTURING COMPANY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>DRC CORPORATION,<br><br>Third-Party Defendant. | Civil No. CV03-00034 (DAE/BMK)<br><br>DEPOSITION UPON WRITTEN INTERROGATORIES<br><br><br>Custodian of Records:<br>**Department of Labor & Industrial Relations**<br>**Occupational Safety & Health Administration Division (OSHA)** |

DEPOSITION OF CERONDA ENOCENCIO

RECORDS OF:   Custodian of Records
**DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS**
**OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION DIVISION**
830 Punchbowl Street, Room 425
Honolulu, Hawaii 96813

POWERS & ASSOCIATES
(808) 536-2001

AUG 1 8 2005

PERMISSION TO COPY DENIED, HRS 606.13, etc.

1  taken upon written interrogatories on behalf of Third-Party Defendant, DRC CORPORATION,
2  on **August 10, 2005**, commencing at 8:56 a.m., at the offices of **OSHA**, pursuant to Rule 31,
3  Hawaii Rules of Civil Procedure.
4
5  BEFORE:    DALE ANCHETA
            Notary Public, State of Hawaii
6
7                                oOo

PERMISSION TO COPY DENIED, HRS 606.13, etc.

CERONDA ENOCENCIO

called upon written interrogatories by and on behalf of Third-Party Defendant, DRC CORPORATION, having been first sworn to tell the truth in her interrogatories propounded to her by the Notary Public made the following:

1. Q  Please state your name.

A  Ceronda Enocencio.

2. Q  What is your residence address?

A  c/o 830 Punchbowl Street, Room 425, Honolulu, Hawaii 96813.

3. Q  Are you employed?

A  Yes.

4. Q  What is your employer's name?

A  OSHA, State of Hawaii, Department of Labor & Industrial Relations.

5. Q  What is your employer's address?

A  830 Punchbowl Street, Room 425, Honolulu, Hawaii 96813.

6. Q  What is your job or position with your employer?

A  Program specialist.

7. Q  In that position, do you have under your care, custody and control, any and all records kept by your employer or any of its employees?

A  No, only what was provided to me to hand over.

8. Q  Among your records under your care, custody and control, are there records pertaining to **CHARLES EUGENE GENDROW, JR., DATE OF BIRTH: March 29, 1939, SOCIAL SECURITY NUMBER: 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** (hereinafter referred to as "above-named person")?

A  Yes.

9. Q  Were you served with a subpoena requiring your appearance before the notary public for the purpose of answering these questions and requiring you to bring with you any and all of your employer's records pertaining to the above-mentioned documents?

A  The department was served.

PERMISSION TO COPY DENIED, HRS 606.13, etc.

10.  Q  Do you have all of those records with you?

A  Yes.

11.  Q  Are those records complete?

A  No, but what was handed over was complete in its nature.

12.  Q  Has any portion of those records ever been removed from your care, custody and control prior to this time?

A  No, not that I recall..

13.  Q  If so, when and by whom?

A  Not applicable.

14.  Q  Has any portion of those records ever been altered prior to this time?

A  Not that I know of.

15.  Q  If so, when and by whom?

A  Not applicable.

16.  Q  What identifies those records as pertaining to the above-named person?

A  By employer name and inspection number.

17.  Q  Would you please turn over to the Notary Public at this time the originals or complete and legible copies of any and all of your employer's records pertaining to the above-named person which you have brought with you pursuant to the requirements of the Subpoena Duces Tecum with which you were served?

A  (Witness Complies.)

18.  Q  Please describe briefly but completely so that they may be readily identified the records which you have turned over to the Notary Public.

A  Citation and notification of penalty and abatement certification.

19.  Q  Please describe briefly but completely so that they may be readily identified any of your employer's records pertaining to the above-named person which you have not turned over to the Notary Public, including both those records which you have brought with you and those records which you have not brought with you.

A  The rest of the case file.

 

PERMISSION TO COPY DENIED, HRS 606.13, etc.

1  20.  Q  Are you willing to waive the reading and signing of this deposition?
2      A  Yes.
3
4
5           (WHEREUPON THE DEPOSITION WAS CONCLUDED)
6                              oOo
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PERMISSION TO COPY DENIED, HRS 606.13, etc.

1  STATE OF HAWAII         )
                           ) SS:
2  CITY & COUNTY OF HONOLULU)

3       I, DALE ANCHETA, a Notary Public in and for the State

4  of Hawaii, do hereby certify:

5       That on the 10th day of August, 2005,

6  Ceronda Enocencio, the witness whose deposition is

7  contained herein testified, and that prior to being examined,

8  the individual was duly sworn to tell the truth, the whole

9  truth, and nothing but the truth, in their said deposition; that

10 the deposition was upon written interrogatories, a copy of which

11 was served upon opposing counsel; that the deposition was taken

12 pursuant to the Rules of Civil Procedure; that the

13 interrogatories were propounded to the witness as hereinbefore

14 noted; and the witness made the answers as contained herein;

15 that the reading and signing of the deposition by the witness

16 (was)/was not waived.

17      I further certify that I am not an attorney for any of

18 the parties hereto, and that I am in no way interested in the

19 events of said action.

20      DATED: Honolulu, Hawaii, August 10, 2005

21

22                              _____
                                Dale Ancheta
23                              Notary Public, State of Hawaii
                                My Comission Expires: 10/24/07
24

25

POWERS & ASSOCIATES
(808) 532-1921

**State of Hawaii**
Department of Labor and Industrial Relations
Hawaii Occupational Safety And Health Division

Inspection Number: 302958475
Inspection Dates: 01/15/2001 - 02/26/2001
Issuance Date:    03/02/2001



830 Punchbowl Street, Room 423
Honolulu, HI 96813

## Citation and Notification of Penalty

**Company Name:** A&B Electric Co Inc
**Inspection Site:** 91-607 Malakole St, Kaploei, HI 96707

---

Citation 1 Item 2 Type of Violation: **Serious**

29 CFR 1910.147(f)(2)(i) [Refer to chapter 12-101.1, HAR]    When outside servicing personnel were engaged in activities in a facility, the onsite employer and the outside employer did not inform each other of their respective lockout or tagout procedures effecting the repair work on the DRC Corp tilt top cutting table, serial number 479.

Location: North wall of cutting room at the Coyne Mattress Co Ltd

Date By Which Violation Must be Abated:          04/04/2001
Proposed Penalty:                              $    750.00

_____
FOR JENNIFER SHISHIDO
Administrator

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty          Page 7 of 7          OSHA-2 (Rev. 9/93)