# STITES & HARBISON PLLC

### A T T O R N E Y S

400 West Market Street
Suite 1800
Louisville, KY 40202-3352
[502] 587-3400
[502] 587-6391 Fax
www.stites.com

October 20, 2005

Rodney D. Glover
(502) 681-0416
(502) 560-5368 FAX
rglover@stites.com

HIOSH
Princess Keelikolani Building
830 Punchbowl Street #425
Honolulu, HI 96813

> RE: **Open Records Request**
> **Re: Coyne Mattress Company**

To Whom It May Concern:

I am requesting a copy of the citation(s) issued to Coyne Mattress Co., Inspection No. 302958483, Report ID 0951510. This citation was issued following the fatal accident at Coyne Mattress Co. on January 15, 2001, involving Charles Eugene Gendrow. A&B Electric Co. received a citation from the same accident. The A&B citation had an inspection number of 302958475.

Please send a copy of these citations to me at the address listed above.

Very truly yours,

STITES & HARBISON, PLLC

Rodney D. Glover

RDG:kwh

CA273:00CA1:483627:1:LOUISVILLE

Alexandria, VA     Atlanta, GA     Frankfort, KY     Jeffersonville, IN     Lexington, KY     Louisville, KY     Nashville, TN     Washington, DC

STATE OF HAWAII
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
HAWAII OCCUPATIONAL SAFETY AND HEALTH DIVISION (HIOSH)
830 Punchbowl Street, Room 425
Honolulu, Hawaii 96813

DLIR/HIOSH Webpage:   http://hawaii.gov/labor
OSHA Webpage:   http://www.osha.gov/

Save lives, prevent injuries and illnesses, and protect the health and safety of Hawaii's workers

## FACSIMILE TRANSMITTAL

DATE:                          October 31, 2005
TO:                            Mr. Rodney D. Glover
                               Stites & Harbison PLLC
FAX NUMBER:                    (502) 560-5368
FROM:                          Ceronda
FAX NUMBER:                    (808) 586-9104
TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET IS     3

Hard Copy ☐          No Hard Copy ☐

If you do not receive all pages, or if there are any questions, please call (808)   586-9092

Aloha Mr. Glover:
    Here is the amended request as discussed. The total payment due for all records requested
will be $0.45. If you have any questions, please feel to contact me. Thank you

Warning-Confidential Information: This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential information that is privileged or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. Thank you.

OCT-31-2005 09:38    FROM-SUR DIR~ ~M    8085868104    T-081  P.002/003  F-444

# HAWAII OCCUPATIONAL SAFETY AND HEALTH DIVISION
### 830 Punchbowl Street, Room #425
### Honolulu, Hawaii 96813
### (808) 586-9100

## RESPONSE TO REQUEST FOR ACCESS TO RECORDS

TO: <u>Mr. Rodney D. Glover</u>
　　　Name of Requestor

FROM: <u>Nelson B. Befitel, Director</u>
　　　　Division Contact Person

Date: <u>October 28, 2005</u>

Phone No.: <u>(808)586-8844</u>

RE: Your request for records was received on <u>October 25, 2005 and most</u>
<u>recently clarified through verbal instruction on October 28, 2005</u> for the
following records: "<u>...a copy of the citation(s) issued to Coyne Mattress</u>
<u>Co., Inspection No. 302958483, Report ID 0951510..." & all other public</u>
<u>documents</u>

**UNABLE TO GRANT REQUEST:** We cannot disclose the records you requested
because:

- [ ] We need more information to determine if we have the records you
requested. Please call our Division Contact Person (see above).

- [ ] We do not maintain the records you requested.
  - [ ] We are not aware of any state agency that maintains the
  records you requested.

  - [ ] The records you requested may be maintained by _____ whose
  address is _____.

- [ ] Your request requires a summary or compilation of information
from records that are not readily retrievable.

**PARTIAL GRANT OF REQUEST:** Your request is granted as to [ ] none [X] the
following records:

- [X] Citation.　　　　　　　　　　　　　　　　　　　　[ ] None
- [ ] Settlement Agreement.　　　　　　　　　　　　　[X] None
- [X] Abatement Verification/Certification.　　　　[ ] None
- [ ] Agency Decision.　　　　　　　　　　　　　　　　[X] None
- [ ] Other _____

(07/11/05)

Oct-31-2005 09:38    From-SUR DLIR    H                            8085508104            T-091   P.003/003   F-444

**COPIES:** You may pick up copies of the records to be disclosed five business days after we receive a check for $0.45, payable to the Director of Finance, to process your request. Copies will be available at the following address: Hawaii Occupational Safety & Health Division, 830 Punchbowl Street, Room #425, Honolulu, Hawaii 96813.

If do not want to pick up the records and would like to receive them in some other manner, please contact the Division Contact Person listed above to make alternative arrangements.

**PARTIAL DENIAL OF REQUEST:** Your request is denied as to the records noted below based on Hawaii Revised Statutes §92F-13(3), §92F-13(4), §396-8(e)(2), §396-8(f), §396-14, and Opinion Letter No. 95-17 by the Office of Information Practices:

1.    The investigative/inspection file covered by your request.

2.    The names and other identifying information of witnesses.

☐    Other: _____

2

(07/11/05)

YAMAMURA & SHIMAZU          85995580          12/08 '05   23 NO.117  02/10

**State of Hawaii**
Department of Labor and Industrial Relations
HAWAII OCCUPATIONAL SAFETY AND HEALTH DIVISION
830 PUNCHBOWL STREET, ROOM 423
HONOLULU, HI 96813
Phone: (808)586-9110     FAX: (808)586-9104



Certified Number:  7000 0520 0021 8907 5815

## Citation and Notification of Penalty

To:
Coyne Mattress Co Ltd
and its successors
94-134 Leowaena St
Waipahu, HI 96797

**Inspection Site:**
94-134 Leowaena St
Waipahu, HI 96797

| | |
|---|---|
| **Inspection Number:** | 302958483 |
| **Inspection Date(s):** | 01/15/2001- 02/26/2001 |
| **Issuance Date:** | 02/28/2001 |
| **OSHCO ID:** | M0685 |
| **Optional Report No.:** | 01801 |

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty describes violations of the Hawaii Occupational Safety and Health Law. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 20 calendar days from your receipt of this Citation and Notification of Penalty, you mail a notice of contest to the State of Hawaii Occupational Safety and Health Division (HIOSH) at the address shown above. Issuance of this Citation does not constitute a finding that a violation of the law has occurred unless there is a failure to contest as provided for in the law or, if contested, unless this Citation is affirmed by the Department of Labor and Industrial Relations Appeals Board or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and State holidays), whichever is longer. **The penalty dollar amounts need not be posted and may be marked out or covered up prior to posting.**

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Administrator during the 20 calendar day contest period. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

DEC - 8 2005

YAMAMURA & SHIMAZU          85995580          12/08 '05   23 NO.717   05/10

If you are considering a request for an informal conference to discuss any issues related to this Citation Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the inform. conference, should you decide to do so.  Please keep in mind that a written letter of intent to contest must be submitted to the Administrator within 20 calendar days of your receipt of this Citation.  The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the page 5, Notice to Employees, next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined.  Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far.  If conditions warrant. we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

## Employers' Right to Contest - You have the right to contest this Citation and Notification of Penalty.  You may contest all citation items or only individual items.  You may also contest proposed penalties and/or abatement dates without contesting the underlying violations.  <u>Unless you inform the Administrator in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 20 calendar days after receipt, the proposed citation(s) and the penalty(ies) will become a final order of the Department of Labor and Industrial Relations and may not be reviewed by any court or agency.</u>  Once a letter of contest is received, it becomes the jurisdiction of the Appeals Board.

## Penalty Payment - Penalties are due within 20 calendar days of receipt of this notification unless contested.  Make your check or money order payable to "Director of Budget and Finance."  Please indicate the Inspection Number on the remittance.

HIOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

## Notification of Corrective Action - For <u>each</u> violations which you do not contest, you are required by Section 12-51-22 to submit an Abatement Certification to HIOSH.  The certification <u>must</u> be sent by you within <u>5 calendar days</u> of the abatement date indicated on the citation.  For Willful and Repeat violations, documents (examples:  photos, copies of receipts, training records, etc.) demonstrating that abatement is complete must accompany the certification.  Where the citation is classified as Serious and the citation states that abatement documentation is required, documents such as those described above are required to be submitted along with the abatement certificate.  If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item.

All abatement verification documents must contain the following information: 1) Your name and address; 2) the inspection number (found on the front page); 3) the citation and citation item number(s) to which the submission relates; 4) a statement that the information is accurate; 5) the signature of the employer or employer's authorized representative; 6) the date the hazard was corrected; 7) a brief statement of how the hazard was corrected; and 8) a statement that affected employees and their representatives have been informed of the abatement.

The law also requires a copy of all abatement verification documents, required by Section 12-55-22 to be sent to HIOSH, also be posted at the location where the violation appeared and the corrective action took place.

## Employer Discrimination Unlawful - The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act.  An employee who believes that he/she has been

YAMAMURA & SHIMAZU        85995580        12/08 '05    24 NO.117  04/10

discriminated against may file a complaint no later than 60 days after the discrimination occurred with the Hawaii Occupational Safety and Health Division at the address shown above.

**Employees' Right to Contest** - The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the Hawaii Occupational Safety and Health Division at the address shown above and postmarked within 20 calendar days of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** - You should be aware that OSHA publishes information on inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to your inspection will be available 30 calendar days after the Citation Issuance Date. You are encouraged to review the information concerning your establishment at WWW.OSHA.GOV. If you have any dispute with the accuracy of the information displayed, please contact this ofice.

YAMAMURA & SHIMAZU    8085995580    12/08 '05 ↑ 24 NO.777  05/70

## ABATEMENT CERTIFICATION

FOR JENNIFER SHISHIDO, ADMINISTRATOR
DIVISION OF OCCUPATIONAL SAFETY AND HEALTH
830 PUNCHBOWL STREET
HONOLULU, HI   96813


Coyne Mattress Co Ltd
94-134 Leowaena St
Waipahu, HI   96797

The hazard referenced in Inspection Number _____ for the violation identified as
Citation _____ and Item _____ was corrected on _____.
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as
Citation _____ and Item _____ was corrected on _____.
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as
Citation _____ and Item _____ was corrected on _____.
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as
Citation _____ and Item _____ was corrected on _____.
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as
Citation _____ and Item _____ was corrected on _____.
How corrected: _____


I attest that the information contained in this document is accurate and that the affected employees and their
representatives have been informed of the abatement activities described in this certification.



_____
Signature


_____
Typed or Printed Name

---

YAMAMURA & SHIMAZU          85995580          12/08 '05    24 NO.717  06/10

**State of Hawaii**
Hawaii Occupational Safety and Health Division



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with HIOSH to discuss the citation(s) issued on

02/28/2001.  The conference will be held at the HIOSH office located at 830 PUNCHBOWL

STREET, ROOM 423, HONOLULU, HI, 96813 on _____ at _____.

Employees and/or representatives of employees have a right to attend an informal conference.

YAMAMURA & SHIMAZU        85995580            12/08 '05    24 NO.717  07/10

**State of Hawaii**
Department of Labor and Industrial Relations
Hawaii Occupational Safety And Health Division

Inspection Number: 302958483
Inspection Dates: 01/15/2001 - 02/26/2001
Issuance Date:      02/28/2001



830 Punchbowl Street, Room 423
Honolulu, HI 96813

## Citation and Notification of Penalty

**Company Name:**    Coyne Mattress Co Ltd
**Inspection Site:**    94-134 Leowaena St, Waipahu, HI 96797

---

The alleged violations below (1a & 1b) have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

### Citation 1 Item 1a  Type of Violation:  **Serious**

29 CFR 1910.147(c)(6)(i) [Refer to chapter 12-101.1, HAR]          The employer did not conduct an annual or more frequent inspection of the energy control procedure to ensure that the procedure and requirements of this standard were followed.

Location:  Establishment

Date By Which Violation Must be Abated:          04/02/2001
Proposed Penalty:                                        $      750.00

### Citation 1 Item 1b  Type of Violation:  **Serious**

29 CFR 1910.147(c)(6)(ii) [Refer to chapter 12-101.1, HAR]      The employer had not certified that periodic inspections of the energy control procedures had been performed.

Location:  Establishment

Date By Which Violation Must be Abated:          04/02/2001

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

YAMAMURA & SHIMAZU          085995580          12/08 '05 1..24 NO.777  08/70

**State of Hawaii**
Department of Labor and Industrial Relations
Hawaii Occupational Safety And Health Division

830 Punchbowl Street, Room 423
Honolulu, HI  96813

Inspection Number:  302958483
Inspection Dates: 01/15/2001 - 02/26/2001
Issuance Date:     02/28/2001



## Citation and Notification of Penalty

Company Name:    Coyne Mattress Co Ltd
Inspection Site:   94-134 Leowaena St, Waipahu, HI  96797

---

Citation 1 Item 2  Type of Violation:  **Serious**

29 CFR 1910.147(f)(2)(i) [Refer to chapter 12-101.1, HAR]          When outside servicing personnel were
engaged in activities in a facility, the onsite employer and the outside employer did not inform each other of their
respective lockout or tagout procedures effecting the repair work on the DRC Corp tilt top cutting table, serial
number 479.

Location:  North wall of cutting room

Date By Which Violation Must be Abated:          04/02/2001
Proposed Penalty:                         $      750.00

FOR JENNIFER SHISHIDO
Administrator

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

YAMAMURA & SHIMAZU          Ｊ85995580          12/08 '05  .24 NO.117  09/10

**State of Hawaii**
Department of Labor and Industrial Relations
HAWAII OCCUPATIONAL SAFETY AND HEALTH DIVISION
830 PUNCHBOWL STREET, ROOM 423
HONOLULU, HI 96813

# SUMMARY OF PROPOSED PENALTIES

**Company Name:**    Coyne Mattress Co Ltd
**Inspection Site:**   94-134 Leowaena St, Waipahu, HI 96797
**Issuance Date:**    02/28/2001

Summary of Penalties for Inspection Number 302958483

| | | |
|---|---|---|
| **Citation 1, Serious** | = $ | 1,500.00 |
| **TOTAL PROPOSED PENALTIES** | = $ | 1,500.00 |

Make check or money order payable to the "Director of Budget and Finance." Please indicate the <u>inspection number</u> and dba, if company name is different, on the remittance. A fee of $7.50 will be charged for any returned checks.

If receipt is desired, please indicate with payment; otherwise, <u>your cancelled check will be your receipt.</u>

$1,500.00  4-6-01

**PAID**

Ck # 121773  3-23-01

---

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by (*Please Print Clearly*)   B. Date of Delivery
Lucy L. Lai   2MAC01

C. Signature
X _____   □ Agent   □ Addressee

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:  □ No

1. Article Addressed to:

oyne Mattress Co Ltd
nd its successors
-134 Leowaena Street
aipahu, Hawaii  96797

2958483

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   □ Yes

2. Article Number (*Copy from service label*)    P 7000 0520 0021 8907 5815

Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

YAMAMURA & SHIMAZU        385995580        12/08 '05  25 NO.117 10/10

2001 APR -2 PM 2: 38

HIOSH-DLIR

## ABATEMENT CERTIFICATION

FOR JENNIFER SHISHIDO, ADMINISTRATOR
DIVISION OF OCCUPATIONAL SAFETY AND HEALTH
830 PUNCHBOWL STREET
HONOLULU, HI  96813

Coyne Mattress Co Ltd
94-134 Leowaena St
Waipahu, HI  96797

The hazard referenced in Inspection Number _303758483_ for the violation identified as Citation ___1___ and Item ___1a___ was corrected on ___3/15/01___
How corrected: _Did inspection_

The hazard referenced in Inspection Number _303758483_ for the violation identified as Citation ___1___ and Item ___1b___ was corrected on ___3/15/01___
How corrected: _Inspection of the energy control procedures were performed._

The hazard referenced in Inspection Number _303758483_ for the violation identified as Citation ___1___ and Item ___2___ was corrected on ___on going___
How corrected: _Outside personel will be informed of lockout or tagout procedures_

The hazard referenced in Inspection Number _____ for the violation identified as Citation _____ and Item _____ was corrected on _____
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as Citation _____ and Item _____ was corrected on _____
How corrected: _____

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

_[signature]_
Signature

_Donald E Lee_
Typed or Printed Name

Citation and Notification of Penalty              Page 4 of 7              HIOSHL-2(Rev. 4/99)

|                                           |
|-------------------------------------------|
| Defendant and<br>Fourth-Party<br>Plaintiff, |

vs.

A & B ELECTRIC CO., INC., a Hawaii
Corporation,

Fourth-Party
Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly
served on the following parties in the manner specified below, on January
20, 2006, addressed as follows:

|                                                                                                         | U.S. Mail | Delivery |
|---------------------------------------------------------------------------------------------------------|:---------:|:--------:|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>Law Offices of Chris Bouslog<br>Four Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, HI  96813-4908 |   ( )     |  ( X )   |

Attorney for Plaintiffs

20

STEPHEN B. MacDONALD, ESQ.        ( )     ( X )
RALPH J. O'NEILL, ESQ.
JULIA H. PARK, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
2650 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813


     Attorneys for Defendant and Third-Party Plaintiff
     SIMON MATTRESS MANUFACTURING COMPANY


DAVID M. LOUIE, ESQ.            ( )     (X)
Roeca Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813

     DATED:  Honolulu, Hawaii, January 20, 2006.


WILLIAM A BORDNER
JAMES T. ESTES, JR.
DAVID Y. SUZUKI
JOHN L. TATE
SARAH G. CRONAN
Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE CO.