IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>        Plaintiffs,<br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>        Defendants. | CIVIL NO. CV03-00034 BMK<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>        Defendant and Third-Party Plaintiff,<br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>        Third-Party Defendant. | |
| JAMES CASH MACHINE CO., a Kentucky Corporation, | |

|  | Defendant and Fourth-Party Plaintiff, |
|---|---|
| vs. | |
| A & B ELECTRIC CO., INC., a Hawaii Corporation, | |
|  | Fourth-Party Defendant. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following parties in the manner specified below, on January 20, 2006, addressed as follows:

|  | U.S. Mail | Delivery |
|---|---|---|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>Law Offices of Chris Bouslog<br>Four Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813-4908 | ( ) | ( X ) |

Attorney for Plaintiffs

| | | |
|---|---|---|
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>JULIA H. PARK, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>2650 Pacific Tower<br>1001 Bishop Street<br>Honolulu, HI  96813 | ( ) | ( X ) |

Attorneys for Defendant and Third-Party Plaintiff
SIMON MATTRESS MANUFACTURING COMPANY

| | | |
|---|---|---|
| DAVID M. LOUIE, ESQ.<br>Roeca Louie & Hiraoka<br>841 Bishop Street, Suite 900<br>Honolulu, Hawaii  96813 | ( ) | (X) |

DATED:  Honolulu, Hawaii, January 20, 2006.

_____
WILLIAM A BORDNER
JAMES T. ESTES, JR.
DAVID Y. SUZUKI
JOHN L. TATE
SARAH G. CRONAN
Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE CO.