IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, | ) CIVIL NO. CV03 00034 BMK<br>) (Other Non-Vehicle Tort)<br>)<br>) **DECLARATION OF GARY L.**<br>) **BUFFINGTON**<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| SIMON MATTRESS MANUFAC-TURING COMPANY, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Third-Party Defendant. | ) |

JAMES CASH MACHINE CO.,      )
                                )
          Fourth-Party Plaintiff,     )
                                )
     vs.                           )
                                )
A & B ELECTRIC,            )
                                )
          Fourth-Party Defendant. )
_____)

## <u>DECLARATION OF GARY L. BUFFINGTON</u>

STATE OF CALIFORNIA     )
                         ) SS:
CITY OF SANTA CLARITA   )

     1.    I have been retained by Chris Bouslog as an expert witness in the field of industrial safety and health to form opinions relative to the incident which is the subject of this lawsuit.

     2.    Attached as Exhibit "A" is a true and accurate copy of the Report of Gary L. Buffington dated November 14, 2005 which includes the attachments thereto: my Curriculum Vitae consisting of twelve pages, a four page list of past depositions and trials in which I was retained as an expert and a four page list of my publications.

2

3.    Also attached within Exhibit "A" is a true and accurate copy of my supplemental report dated January 20, 2006.

4.    Exhibit "A" is incorporated herein by reference;

5.    I have been previously qualified in both Federal and State Courts to testify as an expert in the field of industrial safety and health.

6.    I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 20, 2006.


_____
GARY L. BUFFINGTON

3.      Also attached within Exhibit "A" is a true and accurate copy of my supplemental report dated January 20, 2006.

4.      Exhibit "A" is incorporated herein by reference;

5.      I have been previously qualified in both Federal and State Courts to testify as an expert in the field of industrial safety and health.

6.      I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 20, 2006.


_____
GARY L. BUFFINGTON

3