PERMISSION TO COPY DENIED, HRS 606.13, etc.

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III; and JEANNE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>COYNE MATTRESS MANUFACTURING COMPANY; SERTA MATTRESS CORPORATION; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10; DOE UNINCORPORATED ASSOCIATIONS 1-10,<br><br>Defendants.<br><br>and<br><br>SIMMONS MATTRESS MANUFACTURING COMPANY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>DRC CORPORATION,<br><br>Third-Party Defendant. | Civil No. CV03-00034 (DAE/BMK)<br><br>DEPOSITION UPON WRITTEN INTERROGATORIES<br><br><br>Custodian of Records:<br>**Department of Labor & Industrial Relations**<br>**Occupational Safety & Health Administration Division (OSHA)** |

### DEPOSITION OF CERONDA ENOCENCIO

RECORDS OF:   Custodian of Records
**DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS**
**OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION DIVISION**
830 Punchbowl Street, Room 425
Honolulu, Hawaii 96813

POWERS & ASSOCIATES
(808) 536-2001

# EXHIBIT "C"

**State of Hawaii**
Department of Labor and Industrial Relations
HAWAII OCCUPATIONAL SAFETY AND HEALTH DIVISION
830 PUNCHBOWL STREET, ROOM 423
HONOLULU, HI 96813
Phone: (808)586-9110    FAX: (808)586-9104



Certified Number:  7000 0520 0021 8907 5761

## Citation and Notification of Penalty

To:
A&B Electric Co Inc
and its successors
91-607 Malakole St
Kapolei, HI 96707

Inspection Site:
91-607 Malakole St
Kaploei, HI 96707

Inspection Number: 302958475
Inspection Date(s): 01/15/2001 - 02/26/2001
Issuance Date: 03/02/2001
OSHCO ID: M0685
Optional Report No.: 01901

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty describes violations of the Hawaii Occupational Safety and Health Law. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 20 calendar days from your receipt of this Citation and Notification of Penalty, you mail a notice of contest to the State of Hawaii Occupational Safety and Health Division (HIOSH) at the address shown above. Issuance of this Citation does not constitute a finding that a violation of the law has occurred unless there is a failure to contest as provided for in the law or, if contested, unless this Citation is affirmed by the Department of Labor and Industrial Relations Appeals Board or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and State holidays), whichever is longer. **The penalty dollar amounts need not be posted and may be marked out or covered up prior to posting.**

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Administrator during the 20 calendar day contest period. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

Citation and Notification of Penalty        Page 1 of 7        HIOSHL-2(Rev. 4/99)



If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Administrator within 20 calendar days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the page 5, Notice to Employees, next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Employers' Right to Contest** - You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Administrator in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 20 calendar days after receipt, the proposed citation(s) and the penalty(ies) will become a final order of the Department of Labor and Industrial Relations and may not be reviewed by any court or agency.</u> Once a letter of contest is received, it becomes the jurisdiction of the Appeals Board.

**Penalty Payment** - Penalties are due within 20 calendar days of receipt of this notification unless contested. Make your check or money order payable to "Director of Budget and Finance." Please indicate the Inspection Number on the remittance.

HIOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Notification of Corrective Action** - For <u>each</u> violations which you do not contest, you are required by Section 12-51-22 to submit an Abatement Certification to HIOSH. The certification <u>must</u> be sent by you within <u>5 calendar days</u> of the abatement date indicated on the citation. For **Willful** and **Repeat** violations, documents (examples: photos, copies of receipts, training records, etc.) demonstrating that abatement is complete must accompany the certification. Where the citation is classified as **Serious** and the citation states that abatement documentation is required, documents such as those described above are required to be submitted along with the abatement certificate. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item.

All abatement verification documents must contain the following information: 1) Your name and address; 2) the inspection number (found on the front page); 3) the citation and citation item number(s) to which the submission relates; 4) a statement that the information is accurate; 5) the signature of the employer or employer's authorized representative; 6) the date the hazard was corrected; 7) a brief statement of how the hazard was corrected; and 8) a statement that affected employees and their representatives have been informed of the abatement.

The law also requires a copy of all abatement verification documents, required by Section 12-55-22 to be sent to HIOSH, also be posted at the location where the violation appeared and the corrective action took place.

**Employer Discrimination Unlawful** - The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been

discriminated against may file a complaint no later than 60 days after the discrimination occurred with the Hawaii Occupational Safety and Health Division at the address shown above.

**Employees' Right to Contest** - The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the Hawaii Occupational Safety and Health Division at the address shown above and postmarked within 20 calendar days of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** - You should be aware that OSHA publishes information on inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to your inspection will be available 30 calendar days after the Citation Issuance Date. You are encouraged to review the information concerning your establishment at WWW.OSHA.GOV. If you have any dispute with the accuracy of the information displayed, please contact this ofice.

## ABATEMENT CERTIFICATION

FOR JENNIFER SHISHIDO, ADMINISTRATOR
DIVISION OF OCCUPATIONAL SAFETY AND HEALTH
830 PUNCHBOWL STREET
HONOLULU, HI 96813

A&B Electric Co Inc
91-607 Malakole St
Kapolei, HI 96707

The hazard referenced in Inspection Number _____ for the violation identified as Citation _____ and Item _____ was corrected on _____.
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as Citation _____ and Item _____ was corrected on _____.
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as Citation _____ and Item _____ was corrected on _____.
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as Citation _____ and Item _____ was corrected on _____.
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as Citation _____ and Item _____ was corrected on _____.
How corrected: _____

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

_____
Signature

_____
Typed or Printed Name

---

Citation and Notification of Penalty          Page 4 of 7                    HIOSHL-2(Rev. 4/99)

**State of Hawaii**
Hawaii Occupational Safety and Health Division



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with HIOSH to discuss the citation(s) issued on 03/02/2001. The conference will be held at the HIOSH office located at 830 PUNCHBOWL STREET, ROOM 423, HONOLULU, HI, 96813 on _____ at _____.

Employees and/or representatives of employees have a right to attend an informal conference.

Citation and Notification of Penalty        Page 5 of 7        HIOSHL-2(Rev. 4/99)

**State of Hawaii**
Department of Labor and Industrial Relations
Hawaii Occupational Safety And Health Division

Inspection Number: 302958475
Inspection Dates: 01/15/2001 - 02/26/2001
Issuance Date:     03/02/2001



830 Punchbowl Street, Room 423
Honolulu, HI 96813

## Citation and Notification of Penalty

Company Name:   A&B Electric Co Inc
Inspection Site:   91-607 Malakole St, Kaploei, HI 96707

---

The alleged violations below (1a & 1b) have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

### Citation 1 Item 1a   Type of Violation: Serious

29 CFR 1910.147(c)(6)(i) [Refer to chapter 12-101.1, HAR]   The employer did not conduct an annual or more frequent inspection of the energy control procedure to ensure that the procedure and requirements of this standard were followed.

Location: Establishment

Date By Which Violation Must be Abated:         04/04/2001
Proposed Penalty:                           $     750.00

### Citation 1 Item 1b   Type of Violation: Serious

29 CFR 1910.147(c)(6)(ii) [Refer to chapter 12-101.1, HAR]   The employer had not certified that periodic inspections of the energy control procedures had been performed.

Location: Establishment

Date By Which Violation Must be Abated:         04/04/2001

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty          Page 6 of 7          OSHA-2 (Rev. 9/93)

6

**State of Hawaii**
Department of Labor and Industrial Relations
Hawaii Occupational Safety And Health Division

Inspection Number: 302958475
Inspection Dates: 01/15/2001 - 02/26/2001
Issuance Date:   03/02/2001



830 Punchbowl Street, Room 423
Honolulu, HI 96813

## Citation and Notification of Penalty

**Company Name:** A&B Electric Co Inc
**Inspection Site:** 91-607 Malakole St, Kaploei, HI 96707

---

### Citation 1 Item 2   Type of Violation: Serious

29 CFR 1910.147(f)(2)(i) [Refer to chapter 12-101.1, HAR]   When outside servicing personnel were engaged in activities in a facility, the onsite employer and the outside employer did not inform each other of their respective lockout or tagout procedures effecting the repair work on the DRC Corp tilt top cutting table, serial number 479.

Location: North wall of cutting room at the Coyne Mattress Co Ltd

Date By Which Violation Must be Abated:    04/04/2001
Proposed Penalty:                           $   750.00

_____
FOR JENNIFER SHISHIDO
Administrator

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty        Page 7 of 7        OSHA-2 (Rev. 9/93)

7

*Hand-delivered*
2001 APR -4 AM 8:44
HIOSH-DLIR

## ABATEMENT CERTIFICATION

FOR JENNIFER SHISHIDO, ADMINISTRATOR
DIVISION OF OCCUPATIONAL SAFETY AND HEALTH
830 PUNCHBOWL STREET
HONOLULU, HI 96813

A&B Electric Co Inc
91-607 Malakole St
Kapolei, HI 96707

The hazard referenced in Inspection Number __302958475__ for the violation identified as Citation __1__ and Item __1a__ was corrected on __April 3,4, 2001__.
How corrected: __Inspection was accomplished, Safety Manual was modified.__

The hazard referenced in Inspection Number __302958475__ for the violation identified as Citation __1__ and Item __1b__ was corrected on __April 3, 2001__.
How corrected: _____

The hazard referenced in Inspection Number __302958475__ for the violation identified as Citation __1__ and Item __2__ was corrected on __April 4, 2001__.
How corrected: __Safety Manual was modified to require (f) (2) (i), meeting was held to inform personnel__

The hazard referenced in Inspection Number _____ for the violation identified as Citation _____ and Item _____ was corrected on _____.
How corrected: _____

The hazard referenced in Inspection Number _____ for the violation identified as Citation _____ and Item _____ was corrected on _____.
How corrected: _____

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.

*Malcolm L. Barcarse*
Signature

Malcolm L. Barcarse
Typed or Printed Name

---

Citation and Notification of Penalty          Page 4 of 7          HIOSHL-2(Rev. 4/99)