**Gendrow v. Simon Mattress** — Multi-Page™ — **Donald Erwin Lee, May 25, 2005**

### Page 66

1 You can go ahead.
2 A. Yes.
3 Q. BY MR. YAMAMURA: So understanding how --
4 Mr. Gendrow had an understanding as to how the machine
5 operated mechanically and electrically, do you have an
6 understanding as to how Mr. Gendrow could have allowed
7 this accident to happen?
8     MR. BOUSLOG: I'm going to object. Vague
9 and ambiguous, and assumes facts not in evidence, calls
10 for expert opinions.
11     MR. O'NEILL: Let me add speculation,
12 foundation, legal conclusion, improper opinion. He is
13 not an expert.
14     MR. YAMAMURA: That's fine.
15     MR. BOUSLOG: Join.
16 Q. BY MR. YAMAMURA: I guess I'm just wondering
17 -- you are the hands-on guy, you know the machinery,
18 you know how it works and have had history with that
19 since the 1960s, and I am just wondering what you know
20 of Mr. Gendrow's experiences as mechanically and
21 electrically with the machine, why would he have
22 disassembled the motor that moved the leveling table
23 knowing it would make that table freewheeling?
24     MR. O'NEILL: Same objections. Also
25 foundation and misstates testimony about disassembling

### Page 67

1 motor.
2     MR. BOUSLOG: Join.
3 A. I have no knowledge of that.
4 Q. BY MR. YAMAMURA: We got into this area a
5 little bit before, and maybe some overlap, but let me
6 just briefly go over some of these areas.
7     You mentioned a little bit about the fact
8 that the only maintenance on that cutting table was
9 greasing and that type of stuff?
10 A. As far as I know, that's correct.
11 Q. Was there any one person particularly
12 responsible for maintaining that particular cutting
13 table?
14 A. Well, we had a mechanic Lorenzo Valdez.
15 Q. That's my next question. Did you have an
16 in-house mechanical guy that would go around and
17 maintain the machinery?
18 A. Yes.
19 Q. Who is that?
20 A. Lorenzo Valdez.
21 Q. Is he still with the company?
22 A. No.
23 Q. Is he still alive?
24 A. Yes, I believe so.
25 Q. Do you know where he is now currently,

### Page 68

1 generally?
2 A. No idea.
3 Q. Employee records -- would you imagine or
4 would you think that employee records from Simon would
5 have his last known address and that type of stuff?
6 A. I'm sure they do.
7     MR. YAMAMURA: Ralph, I would like that
8 information also, whatever you've got in terms of a
9 contact with Mr. Valdez.
10     MR. O'NEILL: Okay.
11 Q. BY MR. YAMAMURA: So he would be the person
12 that would go around and make sure that machinery was
13 greased, maintained, all that stuff?
14 A. Yeah.
15 Q. So he would be like an in-house mechanic, so
16 to speak?
17 A. He wasn't really a mechanic. Any major
18 things we brought in outside people. He just did the
19 simple, simple things.
20 Q. Like you say, greasing and that kind of
21 stuff?
22 A. Yeah.
23 Q. Maybe loose bolt, just tightened things up?
24 A. Yeah. He wasn't with any stretch of the
25 imagination a mechanic as the common sense of the term

### Page 69

1 would be.
2 Q. When you had to bring a person from outside,
3 contractor from outside for mechanical work, would you
4 use a particular company?
5 A. It would depend on the equipment. A lot of
6 it, we would bring people from the mainland that worked
7 for the company.
8 Q. Did you ever call on James Cash Machine or
9 DRC to come out and look at your equipment?
10 A. Not to my knowledge.
11 Q. Because would it be fair to say by the time
12 that the 1990s rolled around that the equipment you had
13 purchased from them was pretty much obsolete?
14 A. No. I think they are still using some of
15 their equipment.
16 Q. Then would it be fair to say the reason why
17 you didn't call them out was because the equipment was
18 functioning properly?
19 A. The tape edge machine in particular, I think
20 they are still using, and it is basically a machine
21 that goes around the table and it is a Singer head,
22 Singer sewing machine head.
23 Q. So --
24 A. So if we had problems with that, we would
25 have the Singer guy come in and fix it.

### Page 70

1  Q. Was there, aside from -- let me ask you
2  this: In terms of the greasing and maintenance on the
3  subject cutting table, do you know if there were any
4  kind of maintenance logs on the machinery kept; like,
5  for example, grease and oil every six months and
6  checked off, you've done this and done that?
7  A. Not that I know of.
8  Q. How would you keep track on when the table
9  should be maintained or when they should looked at by
10 somebody?
11 A. That, I didn't have anything to do with.
12 Q. Who would have that type of -- that level of
13 the operation; who would probably have knowledge of
14 that?
15 A. Well, over the years, the foreman would.
16 Q. This would have been your son back then?
17 A. Yeah.
18 Q. How about prior to your son; who was the
19 foreman prior to your son?
20 A. Bill Bowman.
21 Q. Where is he now; do you know?
22 A. No.
23 Q. But he was with the company for a while?
24 A. Yes.
25 Q. How long before your son -- how long was

### Page 71

1  your son foreman?
2  A. I don't remember. It wasn't that long.
3  Q. Before him was Bill Bowman?
4  A. Yes.
5  Q. And he has since left the company?
6  A. Yeah. He was discharged. Before him was
7  Harry Calistro.
8  Q. Harry Calistro sounds very familiar. What
9  was his specific position?
10 A. Foreman.
11 Q. And these were all regular full-time
12 employees of Simon?
13 A. Yes.
14     MR. YAMAMURA: Ralph, I would like that
15 information, if you have it. I would like contact
16 information.
17 A. Harry Calistro retired quite some time ago.
18 I don't know if he is still alive.
19     MR. O'NEILL: I'm going to assume for Bowman
20 and Calistro, all we'll have will be fairly
21 out-of-date, last-known addresses.
22     MR. YAMAMURA: I would figure so. At point
23 of discharge or release, there was a last-known
24 address, whatever you've got.
25 Q. BY MR. YAMAMURA: In terms of subject

### Page 72

1  cutting table --
2      MR. BOUSLOG: Copy me on those things.
3      MR. O'NEILL: Sure.
4  Q. BY MR. YAMAMURA: In terms of subject
5  cutting table, then, any kind of periodic maintenance
6  would have been done in-house by your in-house
7  maintenance guy Lorenzo Valdez?
8  A. Any of the simple maintenance, yes.
9  Q. To your knowledge, was there any major
10 mechanical repairs that needed to be done to the
11 subject cutting table before the accident?
12 A. No.
13 Q. To your knowledge -- this may be
14 self-evident from your prior testimony, but I need to
15 ask you this. To your knowledge, were there any
16 modifications made to the subject cutting table?
17 A. Other than the painting, no.
18 Q. In other words, mechanically and
19 operational-wise, the machine was in the same condition
20 it was when it was first purchased back in the 1960s
21 when the accident happened?
22 A. Yes.
23 Q. Except for the painting?
24 A. Except for the paint.
25 Q. Were there any warnings or instructions

### Page 73

1  given to Mr. Gendrow prior to the time of the accident
2  with respect to the cutting table in terms of the
3  operation of the cutting table?
4      MR. O'NEILL: You mean warnings by Mr. Lee's
5  company?
6      MR. YAMAMURA: Yes.
7  A. Not to my knowledge.
8  Q. BY MR. YAMAMURA: In other words, if you are
9  going to work on this thing, you should tie this or do
10 this, anything like that?
11 A. No.
12 Q. Were there any warnings or instructions
13 given to the employees in the operation of the subject
14 cutting table?
15 A. No.
16 Q. How were your employees trained to use the
17 table, or did they need training for that table?
18 A. Really didn't need training. There were two
19 switches. Flip one switch, step would go up. Flip
20 another switch, table would tilt. They had automatic
21 stops on them. They stopped when they were supposed
22 to. So it was really very simple.
23 Q. That's what I was trying to get. Machine
24 and operation was very simple?
25 A. Yes.

### Page 74

1  Q. In terms of instructions or training on the
2  machines, it really wasn't necessary?
3  A. No.
4  Q. Pretty much anybody off the street could go
5  on and say, okay, I need to show them how it works, and
6  they could do the work?
7  A. That's correct.
8  Q. Had there been any other incidents involving
9  the cutting table in terms of personal injury?
10 A. No.
11 Q. In terms of repairs, the only repair that
12 was done that you know of -- only repair done to the
13 table was when the motor had to be replaced?
14 A. Yeah.
15 Q. So, in other words, the subject table
16 operated in a manner in which it did from the 1960s up
17 to 2000 without need of any kind of repair work on the
18 table itself?
19 A. That's correct.
20 Q. My understanding, it was your son who made
21 the call because, I guess, the step motor had failed
22 somehow?
23 A. I believe that to be the case.
24 Q. Were you in the office when he made the call
25 for maintenance?

### Page 75

1  A. I can't remember. I don't know when he made
2  it.
3  Q. In all other respects, though, your son was
4  the foreman for the floor level operation of the
5  factory?
6  A. Yes.
7  Q. And he had been in that position about how
8  long before the accident approximately?
9  A. I don't remember. I really don't.
10 Q. We talked a little bit about the lockdown
11 tag out provisions and talked about stored energy. I
12 guess that's a term of art in terms of the lockdown tag
13 out procedure; is that correct, stored energy?
14 A. I don't understand what you mean by a form
15 of art.
16 Q. It is in the procedure in terms of they
17 mentioned the term "stored energy"; we talked about
18 that?
19 A. Right.
20 Q. In your mind, how do you dissipate stored
21 energy?
22     MR. O'NEILL: Foundation, speculation
23 objection.
24 Q. BY MR. YAMAMURA: If you know. I'm not
25 asking you to guess.

### Page 76

1  A. Harness it, control it.
2  Q. As I advised you earlier in this case, I
3  represent James Cash Machine Company and DRC
4  Corporation in this case. I take it you've never had
5  any direct contact with them, anybody from them, from
6  those companies?
7  A. Not that I remember.
8  Q. And in terms of their involvement in this
9  case, do you in your own mind have any sort of opinion
10 or position with respect to whether they are in any way
11 at fault in this accident?
12     MR. O'NEILL: The same objection as
13 previously stated as to his opinion or conclusion as to
14 whether the machine was defective. Are you asking that
15 same question again, or are you asking something else?
16     MR. YAMAMURA: I'm talking general fault.
17 You can have an objection.
18     MR. O'NEILL: It is beyond objection. I'm
19 going to instruct him not to answer to the extent it
20 addresses whether the machine was defective because
21 we've done that twice.
22     If you have anything else -- I would object
23 on the basis previously stated if you have anything
24 else to say, but we don't want to rehash the topic of
25 whether you have an opinion or conclusion as to whether

### Page 77

1  the machine is defective.
2      MR. YAMAMURA: That's fine, Ralph.
3  Q. BY MR. YAMAMURA: All I'm asking basically
4  is: Based on your operation of the machine, operation,
5  history, in your mind did DRC or James Cash Machine
6  Company do anything wrong in this case?
7      MR. O'NEILL: Same objection and same
8  instruction.
9  A. When the machine came in, I don't believe
10 there was any instructions or any warnings of any type.
11     I've actually just been thinking about this
12 recently, that I would hope that if James Cash, knowing
13 what happened here -- and I assume that's the first
14 time it has ever happened in the company's history.
15 Q. BY MR. YAMAMURA: That's correct.
16 A. So this is the first time it has happened in
17 40 -- 35, 40 years, then I would hope that today they
18 have notified everybody they ever sold one to of this
19 problem, potential problem with a warning letter. I
20 know because I've gotten warning letters from different
21 companies that have had problems like that.
22 Q. Sure.
23 A. Even sent retrofit parts and stuff.
24     I would just hope -- I just hope they have
25 notified everybody.

### Page 78

1    Q. I understand your testimony, but that's
2 talking about something that would occur subsequent to
3 the accident, and I'm just saying prior to the accident
4 --
5       MR. YAMAMURA: Mr. O'Neill, you can have a
6 running objection to this question.
7    Q. BY MR. YAMAMURA: Prior to the accident,
8 given the state of the facts as they were, do you feel
9 or believe James Cash Machine Company or DRC did
10 anything wrong in this case?
11       MR. O'NEILL: Do you have anything else to
12 answer? Because now we're on about the fourth version
13 of this question.
14       MR. YAMAMURA: He talked about subsequent to
15 the accident.
16       MR. O'NEILL: Actually it is not entirely
17 true. He already did make a reference -- not going to
18 try to paraphrase it, but he made a reference to
19 instructions or warnings with the machine, and he also
20 talked earlier about the defective question that you
21 raised.
22       So if you don't have anything else to
23 answer, then I think we're done.
24    A. The machine ran as it was supposed to. As I
25 previously stated.

### Page 79

1    Q. BY MR. YAMAMURA: I think you mentioned this
2 earlier; that is, that in terms of the operation of the
3 machine, how it mechanically operates, the end user
4 being the mattress manufacturer had knowledge of how
5 those machines operate and how they mechanically work,
6 correct?
7       MR. O'NEILL: Objection. Misstates
8 testimony, speculation, foundation.
9    A. It takes flipping two switches to make it
10 work, yeah.
11    Q. BY MR. YAMAMURA: Mechanically speaking, I
12 think you also testified that Mr. Gendrow and people
13 that worked with the machinery pretty much know how the
14 machine works, how to operate it mechanically?
15    A. They knew how it operated, yes.
16    Q. In terms of -- so in terms of instructions
17 on operation, that's something that is sort of
18 self-evident; wouldn't you agree? You said it was
19 pretty easy to figure out how the darn thing operates,
20 so instruction of operation wouldn't be a big issue?
21    A. That's correct.
22    Q. And in terms of knowing that with the chain
23 that raises and lowers the table disconnected that that
24 table is freewheeling, that's pretty self-evident;
25 isn't it?

### Page 80

1       MR. O'NEILL: Let me object to the extent it
2 calls for speculation, foundation, vague and ambiguous.
3       MR. BOUSLOG: Join in those objections.
4    A. That's the one thing that has bothered me
5 the most is how I would ever figure that out looking at
6 the machine. I couldn't. Even after the fact I looked
7 at it and looked at it and looked at it, and I don't
8 know how I would ever figure that out.
9    Q. BY MR. YAMAMURA: This type of cutting table
10 that we had, was there more than one in the factory or
11 this was the only one there was?
12    A. That's the only one.
13    Q. So from the 1960s up to the present, there
14 was only one cutting table like that?
15    A. Like that one, yes.
16    Q. Do you know of any other companies in Hawaii
17 who had the same type of table?
18    A. No.
19    Q. Any of your competitors that may have had
20 the same type of table?
21    A. They may have. I don't have any knowledge
22 of that.
23    Q. Who else besides Simon/Serta back in the
24 1960s -- besides Coyne in the 1960s was manufacturing
25 mattresses?

### Page 81

1    A. There was Ushijima Couch Factory, Coyne,
2 Simmons, Sealy, Superior Bedding, Pacific Mattress. I
3 think that's all.
4    Q. Back in year 2000, let's talk about, which
5 companies were manufacturing bedding besides Serta?
6    A. Simmons.
7    Q. Anyone else?
8    A. No.
9    Q. Simmons Manufacturing, you are talking about
10 the one down at Industrial Park, Campbell?
11    A. Yes.
12    Q. And so it was only Serta, Waipahu location,
13 and Simmons, the Industrial Park location, that were
14 manufacturing beddings in Hawaii back then?
15    A. That's correct.
16    Q. One of the reasons was it because lot of it
17 was being shipped in from the mainland; is that what it
18 was?
19    A. Sealy went through a transformation where
20 they switched from a licensee organization to a wholly
21 owned organization and they just closed the plant here.
22 They shipped in from Richmond.
23    Q. I also understand one of the reasons why the
24 downturn in the mattress industry is because of the
25 lack of -- the depletion of military personnel here

**Page 82**

1 through the wars, various wars; is that a fair
2 statement?
3    A. I don't think that's quite correct.
4    Q. What's your --
5    A. Actually they are doing three times the
6 volume now that they did when I retired.
7    Q. When you say -- did you retire or --
8    A. I was downsized. They eventually downsized
9 everybody from the different licensees, anybody in
10 management.
11       MR. YAMAMURA: I have no further questions
12 at this time. Mr. Bouslog may have some questions.
13       MR. BOUSLOG: I do. It might go a lot
14 smoother if we take a break.
15       MR. O'NEILL: Sure. Why don't we take a
16 five-minute break.
17       (Recess from 11:17 a.m. to 12:25 p.m.)
18       MR. YAMAMURA: Just a couple more questions.
19    Q. Mr. Lee, when the motor for the step failed
20 -- and that's what did fail in terms of the repair
21 asked for by A&B?
22    A. That's correct.
23    Q. Did anyone from your company attempt to
24 contact James Cash Machine or DRC about what to do in
25 replacing the motor?

**Page 83**

1    A. Not that I know of.
2    Q. As I understand it, specifically what Mr.
3 Gendrow did was look at the motor, get the serial
4 number and model number, and then go order it?
5    A. That's what I believe happened, yes.
6    Q. And then the motor came directly to your
7 premises, and then he came down to replace it?
8    A. That's correct.
9       MR. YAMAMURA: Thank you.
10          EXAMINATION
11 BY MR. BOUSLOG:
12    Q. Mr. Lee, as you are aware from prior
13 introductions, I represent the plaintiffs in this case,
14 and I'll try to avoid skipping around, but forgive me
15 if I do a little bit.
16       You had earlier today during the morning
17 session discussed the various evolutions of the
18 mattress manufacturing company throughout its history,
19 and I think what I would like to do is kind of come at
20 that from a different angle and just have you tell me
21 what your work and educational history was after high
22 school.
23    A. I went to UH for, I think, about a year and
24 a half, and I was involved in a surfing accident and
25 had to drop out. I intended to go back, but I went to

**Page 84**

1 work, and I was learning more working and enjoying it a
2 lot more. So I just never went back.
3    Q. So you went to work for your family's
4 company?
5    A. Yes, I did.
6    Q. What was your initial position when you
7 started work there?
8    A. I went to sales first. I was in sales for
9 probably about four years, five years. Then I got
10 involved in purchasing, inventory control, that aspect
11 of it.
12       My father was still working then, and he
13 became ill. He had -- what's that smoking disease?
14    Q. Emphysema?
15    A. Emphysema. So he became unable to work that
16 much anymore.
17    Q. About how old were you when that happened?
18    A. This would have been in the early 1980s.
19    Q. How long were you involved in purchasing and
20 inventory control?
21    A. I did most of the purchasing up until the
22 end. I handled inventory. I did most of the
23 scheduling.
24    Q. When you say "scheduling" --
25    A. Scheduling production, scheduling

**Page 85**

1 deliveries.
2    Q. Did you have a title when you were doing
3 these things?
4    A. Well, I did it as president. We had kind of
5 a -- the company consisted of myself, I have two other
6 brothers and Herbert Lee, who is Chinese. We used to
7 confuse the heck out of people.
8       Actually my brother Allen left the company
9 in the early 1990s. David and Herbert and I ran it in
10 a team fashion. Herbert handled the financial end.
11    Q. When did you become president, just roughly?
12    A. Around 1980.
13    Q. About the time your father became ill?
14    A. Right.
15    Q. At any time during your association with the
16 company, did you ever engage in any aspect of the
17 actual manufacturing of the mattresses?
18    A. I had done that when I was -- actually
19 before I started working full time, as a summer
20 employee.
21    Q. When you were in high school?
22    A. Yeah.
23    Q. Did you ever personally use the mattress
24 cutting table before?
25    A. No.

### Page 86

1  Q. You mentioned the competitors of your
2  company throughout kind of long-term history and also
3  on the date of the incident. Given that your
4  estimation was that Mr. Gendrow was coming in and out
5  of your facility to work on your machines for about
6  eight or nine years prior to his death --
7  A. Uh-huh.
8  Q. -- do you know who the competitors for
9  mattress manufacturing were in Honolulu during that
10 eight or nine-year period?
11 A. Primarily Simmons. Sealy may have still
12 been -- I don't remember what year they closed up.
13 They had a factory at Halawa, but they were fairly
14 small at that point.
15 Q. This might be one of those questions where
16 you want to pay particular attention to the instruction
17 if you don't know the answer, you know, you can just
18 say you don't know.
19      Do you know whether A&B Electric or Mr.
20 Gendrow serviced any of the competitors during the
21 eight or nine years you knew him?
22 A. I don't know, but I would doubt it.
23 Q. What leads you to say you would doubt it?
24 A. I think -- like I said, I used to talk to
25 him all the time. I would imagine he would have

### Page 87

1  mentioned it.
2  Q. In reference to your -- this is sort of
3  skipping around, and I apologize.
4      In reference to your speaking to him,
5  basically other than your description of him as an
6  excellent electrician and able to figure problems out,
7  what other kind of attributes did you feel he had?
8  A. Well, he was a very friendly person. I
9  really enjoyed conversations I did have with him.
10 Q. Had he had any -- before this incident for
11 which we're here today, had he had any prior accidents
12 or incidents within your factory?
13 A. No.
14 Q. So you had no reason to believe that he was
15 not a safe person?
16 A. I think on the contrary. I think he was a
17 very safe person.
18 Q. And did you feel -- I take it you felt
19 comfortable having him physically in your premises,
20 then?
21 A. Yes.
22 Q. And in terms of the level of trust, did you
23 feel that he was an honest person in terms of your
24 assets and just other than the safety of your machines?
25 A. Yes.

### Page 88

1  Q. I think you mentioned earlier during the
2  morning session of this proceeding that you had
3  received warning letters or communications from the
4  manufacturers of machines that were within your company
5  from other companies prior to Mr. Gendrow's incident?
6  A. Yes, I had.
7  Q. If you recall, what were the nature, just
8  the general nature, of those communications?
9  A. Warning a possible danger or chance of
10 injury. That was primarily it.
11 Q. Approximately how many times -- if you can't
12 come up with a number, if you can come up with a range
13 of numbers -- did you get these kinds of communications
14 for other pieces of equipment?
15 A. Over the years maybe 10, 15 times.
16 Q. In addition to getting notification of
17 problems and warnings, would these companies do
18 anything other than just give you a written
19 notification?
20 A. Sometimes they would send retrofit parts and
21 guards to eliminate the hazard, warning signs, that
22 sort of thing.
23 Q. In reference to this incident, basically it
24 is my understanding from your prior testimony that your
25 son had asked A&B to send Mr. Gendrow out to replace a

### Page 89

1  burned-out motor; is that correct?
2  A. That's correct.
3  Q. You've told us that at the time Mr. Gendrow
4  came to the factory that the table was in the up
5  position; is that correct?
6  A. I believe that's the way it was. That's the
7  way it was normally kept because it took up a lot less
8  space.
9  Q. When it took up less space, did that permit
10 more room for operations in the general vicinity of the
11 machine's location?
12 A. Yeah. We had a lot of carts and racks with
13 finished covers, and like we weren't using the machine
14 all the time, so we could use the space around it, just
15 temporarily store stuff waiting for production and
16 things like that.
17 Q. It is my understanding from your prior
18 testimony that the machine was used perhaps two or
19 three times per week. Would it be fair to say that
20 that was over the several years prior to this accident?
21 A. Yeah, probably. It might have been used a
22 little more than that, you know.
23 Q. Right, we understand that.
24 A. I didn't spend a lot of time down there
25 watching how often it was used, but it wasn't used that

Page 90

1 often.
2 Q. When you say -- when it was used on a given
3 day, would this be normally an eight-hour run through
4 it?
5 A. No. Probably just a couple hours or an
6 hour.
7 Q. So on a per-week basis, it might be 3 to 12
8 hours per week, something like that?
9 A. I would think that would be a fair estimate.
10 Q. And this is somewhat based upon your
11 examination of the machine after this incident. I'm
12 not asking you to try to parse out what you might have
13 known before.
14 Given, as you sit here today, what you know
15 about the machine, do you believe that the motor that
16 was holding up the table top and to which the chain
17 drive was attached could have been switched out if the
18 table were in the down position?
19 A. Yes. That's after the accident.
20 Q. That's knowledge you gained after the
21 accident?
22 A. That's correct.
23 Q. And that motor prior to being switched out
24 was in working condition?
25 A. Yes, it was.

Page 91

1 Q. My understanding of Mr. Gendrow's work with
2 your company was that in reference to this particular
3 machine he helped rewire it on three or four occasions
4 when the machine was moved about the factory?
5 A. That's correct.
6 MR. O'NEILL: Wait until he gets his
7 question out so she can be sure to get you down.
8 THE WITNESS: Sorry. That was a little
9 quick.
10 Q. BY MR. BOUSLOG: Do you know whether -- I
11 take it when he rewired it, he would have occasion to
12 manipulate the position of the stair -- of the step as
13 well as the table to make sure that both motors were
14 working after he had rewired it; would that be fair, or
15 do you know?
16 A. Yes, you would have to do that because you
17 could wire a motor backwards and it would go the wrong
18 direction. So he had to check it to make sure it was
19 running in the forward direction.
20 Q. Did you ever see him checking it, or that's
21 just your knowledge of the way he does his work?
22 A. I just know that was done. I was with him
23 on several occasions after he would finish the job, and
24 he would always check it to make sure it was running in
25 the proper direction.

Page 92

1 Q. I take it this is the first time -- I guess
2 based upon your testimony this morning, this was the
3 first time that Mr. Gendrow had -- this particular
4 problem with this machine was the first time he had
5 ever removed a motor from this machine?
6 A. That's correct.
7 Q. Other than rewiring the machine, did he do
8 any other work on this particular mattress-cutting
9 table machine?
10 A. No. That was really the only electrical
11 parts there were.
12 Q. Really early one of the first things that
13 you were asked about this morning was a prior incident
14 in which someone was injured in the cotton processing
15 machine.
16 A. Yes.
17 Q. Roughly when did that incident occur?
18 A. Early 1980s. I'm just really roughly
19 guessing.
20 Q. Basically what was -- in your estimation
21 what was the cause of the injury?
22 A. The fellow shouldn't have been inside of
23 where he was, inside of the fenced area.
24 Q. I take it from your description that he was
25 hosing the area?

Page 93

1 A. When you process the cotton, a lot of dust
2 built up and he was in there blowing the dust.
3 Q. With air?
4 A. With air, compressed air.
5 Q. Basically this is something he was supposed
6 to do outside of the fenced area?
7 A. It wasn't really a need to do it until the
8 machine was turned off. So during the operation, there
9 was no need to do it.
10 Q. So he was actually doing it when the machine
11 was actually in operation?
12 A. Yes.
13 Q. So I gather -- was he inside the fenced
14 area?
15 A. Yes.
16 Q. I guess there are a couple problems; one,
17 the machine was on?
18 A. He shouldn't have been inside when the
19 machine was on.
20 MR. O'NEILL: Let him get his whole question
21 out. We'll end up going faster.
22 Q. BY MR. BOUSLOG: Was the company --
23 following this incident, was the company supposed to
24 adopt written lockout tag out rules or regulations?
25 MR. O'NEILL: Which incident, cotton

### Page 94

1 machine?
2  Q. BY MR. BOUSLOG: Cotton machine.
3  A. Yes. We had a lot of lockdown tag out
4 regulations.
5  Q. You folks did that?
6  A. Yes.
7  Q. This was for both electrical and stored
8 energy?
9  A. Yes. We had two other pieces of equipment
10 -- three other pieces of equipment that had the stored
11 energy.
12  Q. I take it the mattress-cutting table is one
13 of those pieces of equipment?
14  A. That was not one of them.
15  Q. That wasn't one that the company had
16 identified?
17  A. That's correct.
18  Q. That was sort of getting into my next
19 question. Following this incident, I take it the
20 company made efforts to kind of identify and evaluate
21 the risks posed by the various pieces of equipment in
22 the company's premises?
23  A. That's correct.
24  Q. And a number of machines that had a
25 potential risk of stored energy were identified and put

### Page 95

1 in with the lockout tag out procedures for the company?
2  A. Yes. They weren't actually put in the
3 procedures but they were identified.
4  Q. For whatever reasons, the mattress-cutting
5 table was not amongst those that was identified as
6 posing a risk of stored energy?
7  A. That's correct.
8  Q. Were the lockout tag out procedures that
9 were developed by the company following the cotton
10 processing machine ever provided to Mr. Gendrow?
11  A. He knew of them because he had worked on all
12 the machines that had that.
13  Q. And how did he come to know of it?
14  A. They were verbally told to him.
15  Q. Do you know who communicated those
16 statements?
17  A. Not really, because it would depend on when
18 he was there.
19  Q. Who he was dealing with?
20  A. Who he was dealing with.
21  Q. And the communications were based upon the
22 written guidelines developed by the company?
23  A. Right.
24  Q. On the kind of odd lot jobs that you had
25 following this incident, given that this particular

### Page 96

1 piece of machinery was no longer used, what equipment
2 was used for those jobs, if any?
3  A. You mean after the accident?
4  Q. Yes.
5  A. I think we just used the flat table and
6 worked with it that way.
7  Q. Do you have any knowledge as to whether Mr.
8 Gendrow ordered a motor with the wrong mountings for
9 the stair motor, or it just came with the wrong
10 mountings that didn't fit?
11  A. I have no knowledge of that. I believe what
12 happened was he came out and took the specs off the
13 motor, and went back to his office and ordered it from
14 there.
15  Q. I guess a couple days or week later it came
16 and you guys called him --
17  A. Right.
18  Q. So it came to your company?
19  A. Right.
20  Q. You mentioned earlier for some of the more
21 major mechanical work you would from time to time bring
22 in staff from the mainland to work on your equipment?
23  A. That's right.
24  Q. Would that be from an affiliated mainland
25 company or from the producers of the machines?

### Page 97

1  A. Usually it was from the producers of the
2 machines.
3  Q. I guess I used a bad word. The
4 manufacturers of the machines?
5  A. Yes. Occasionally we had, like with the
6 cotton processing equipment -- there were people that
7 specialized in refurbishing those. They had to be
8 redone every ten years, roughly, and there were people
9 that weren't connected with the manufacturers that
10 actually did that type of work.
11  Q. And you may have testified to this, and I
12 apologize if you have. I take it at least from the
13 gist of your earlier testimony today, at least while
14 you were affiliated with your former company, the
15 company never received any notification from James Cash
16 Machine Company about the risks of changing out the
17 motor when the table was in the up position?
18  A. No.
19   MR. YAMAMURA: Objection to form.
20  Q. BY MR. BOUSLOG: One of the last questions
21 you answered was -- I think the question was sort of
22 posed as the fact that the table is freewheeling, isn't
23 itself evidence, and I really didn't catch your answer,
24 and I apologize for that. I believe you said: I've
25 looked at it and looked at it, and I didn't --

Gendrow v. Simon Mattress — Multi-Page™ — Donald Erwin Lee, May 25, 2005

### Page 98

1  MR. O'NEILL: Wait. If you are just asking
2  him to try to remember exactly what he said, then I
3  would much rather go back and take a look at the
4  transcript --
5      MR. BOUSLOG: That's fine.
6      MR. O'NEILL: -- than have him try to repeat
7  that whole area, especially because we had quite a bit
8  of objection about that.
9      MR. BOUSLOG: Yeah, that's fine.
10     MR. O'NEILL: But was there a follow-up
11 question you were leading into by asking?
12     MR. BOUSLOG: Possibly, but I don't know
13 what the answer was.
14     MR. O'NEILL: Let's avoid -- I would really
15 like to avoid that, and then I don't have to object and
16 all that.
17     MR. BOUSLOG: Why don't we go off the record
18 and see if we can find it.
19     (^ Check read.
20  Q. BY MR. BOUSLOG: I take it from that answer
21 to you it was not self-evident?
22  A. It was not.
23     MR. BOUSLOG: Thanks. I have no further
24 questions.
25     MR. O'NEILL: I have no questions.

### Page 99

1      FURTHER EXAMINATION
2  BY MR. YAMAMURA:
3   Q. Have you personally ever operated that
4  machine?
5      MR. O'NEILL: Asked and answered, but you
6  can go ahead.
7   A. Have I ever operated it as --
8   Q. BY MR. YAMAMURA: As an operator.
9   A. As an operator, no. I've made it go up and
10 down and made it tilt back and forth, but I never
11 actually ran it as an operator.
12  Q. Just so I have a clear answer to this
13 question, Mr. Gendrow during the time that the machine
14 was moved and rewired, the machine, the cutting table,
15 what did he have to do to rewire it; what was done?
16  A. It was always hardwired. It wasn't a plug
17 you plug into the wall. So he would have to -- in some
18 cases he would have to run new wires from the switch
19 box to the machine.
20  Q. Each time that was done, I think you
21 testified that he had to run the machine to make sure
22 the motors were going the right direction?
23  A. That's correct.
24  Q. So he had actually run the machine himself
25 several times before the accident?

### Page 100

1   A. Yes.
2      MR. YAMAMURA: No further questions.
3      MR. BOUSLOG: Real quickly.
4           FURTHER EXAMINATION
5  BY MR. BOUSLOG:
6   Q. Prior to Mr. Gendrow's accident, when did
7  the company last conduct an evaluation of its energy
8  control procedures, to your knowledge?
9   A. I really don't remember. I really don't
10 remember.
11  Q. Had the company done annual or more frequent
12 inspection of its energy control procedures prior to
13 Mr. Gendrow's injury?
14  A. No. It wasn't done that often.
15     MR. BOUSLOG: Thanks. Nothing further.
16     MR. YAMAMURA: Real quick.
17          FURTHER EXAMINATION
18 BY MR. YAMAMURA:
19  Q. I think you testified, but let me make sure
20 I've got my notes right. The motor that ran the
21 position of the cutting table, that particular motor
22 could have been replaced with the table in the down
23 position; is that correct?
24  A. Yes.
25  Q. Any reason or understanding as to why Mr.

### Page 101

1  Gendrow chose to take that motor off while the table
2  was in the up position?
3      MR. BOUSLOG: Speculation.
4      MR. O'NEILL: Calls for speculation.
5      MR. BOUSLOG: Foundation.
6   A. Yeah, I would only be guessing.
7   Q. BY MR. YAMAMURA: What's your guess?
8      MR. O'NEILL: Same objection, foundation as
9  well.
10  A. One was that it was probably in the upright
11 position when he went to work on it. The other was it
12 was probably more convenient not having to crawl under
13 it.
14     MR. YAMAMURA: Thank you.
15     MR. BOUSLOG: Thank you. Sorry you had to
16 relive this thing.
17     (The deposition adjourned at 12:58 p.m.)

**-1-**
10 [1] 88:15
100 [3] 3:7,8 11:7
1001 [2] 2:4,16
10:40 [1] 63:14
10:52 [1] 63:14
11:17 [1] 82:17
12 [1] 90:7
12:25 [1] 82:17
12:58 [1] 101:17
15 [1] 88:15
1770 [1] 2:21
18 [1] 46:10
182 [1] 2:24
1898 [4] 12:18,20,21 15:15
1930s [1] 23:1
1940 [4] 15:18 16:4 19:10 19:11
1940s [3] 22:12,16 23:3
1942 [1] 8:5
1960 [1] 8:14
1960-what [1] 24:8
1960s [19] 20:2,6,25 25:6 25:10 26:17,22 27:24 28:10 30:5 34:22 37:8 40:3 66:19 72:20 74:16 80:13,24,24
1962 [6] 11:2 12:5,25 19:8,12,16
1970s [2] 11:14 20:25
1973 [6] 11:10 13:5,7 30:19 31:8,16
1980 [1] 85:12
1980s [2] 84:18 92:18
1989 [6] 11:6,8,19,21,23 13:2
1990 [2] 34:9,11
1990s [2] 69:12 85:9
1998 [15] 11:15,23,25 12:20 13:3,4,10 14:6 17:24 18:24 19:8,15,16 30:23 31:13

**-2-**
20,000 [1] 30:19
2000 [5] 14:6 39:12 40:3 74:17 81:4
2001 [11] 9:14,20 10:18 14:11,11 16:20 33:7 38:14 38:19 39:11 41:4
2002 [4] 18:13,17,22,24
2005 [2] 2:3 32:16
2101 [1] 8:18
220 [1] 2:21
25 [1] 2:3
2650 [2] 2:5,16
2nd [2] 8:5 18:19

**-3-**

3 [1] 90:7
35 [1] 77:17
396-14 [2] 54:22 55:19

**-4-**
4 [1] 3:4
40 [2] 77:17,17
45 [1] 51:17
480 [1] 2:11

**-5-**
500 [1] 2:11
523-3080 [1] 2:17
523-6969 [1] 2:22
550-4995 [1] 2:12
56-inches [1] 20:24
59-and-a-half [1] 18:20

**-6-**
68,000 [1] 30:21

**-7-**
716 [2] 11:4 29:19

**-8-**
808 [3] 2:12,17,22
83 [1] 3:5
86-inches [1] 21:3

**-9-**
90 [1] 46:7
94-134 [1] 10:5
96813 [4] 2:5,12,17,22
99 [1] 3:6
9:12 [1] 2:3
9:40 [1] 29:3
9:54 [1] 29:3

**-A-**
A&B [14] 41:10,15 44:1 52:15,23 54:15 56:7 58:1 58:14,19 60:5 82:21 86:19 88:25
A&B's [1] 52:16
A-G-A-R [1] 39:9
a.m [6] 2:3 29:3,3 63:14 63:14 82:17
able [2] 45:5 87:6
Absolutely [1] 27:14
Academy [2] 8:15 29:7
accident [74] 4:15,24,25 6:11,13 9:18,20 14:9,10 18:5 19:22,24 25:10 27:25 28:16,18,19 33:6,6 37:9 38:14 39:11,13,18 40:14 41:4,14,15,16,23 42:12 42:23 43:13,18,23 44:9 45:7,8,9,16,20 47:19 48:4 48:16 50:9,25 51:14 54:8 55:9 58:2 60:6,10 61:10

61:19,20,24 62:9 66:7 72:11,21 73:1 75:8 76:11 78:3,3,7,15 83:24 89:20 90:19,21 96:3 99:25 100:6
accidents [1] 87:11
accounts [1] 52:16
actual [8] 6:16 8:21 9:8,9 16:24 17:16,18 85:17
add [2] 45:24 66:11
addition [1] 88:16
additional [1] 55:17
address [3] 8:17 68:5 71:24
addresses [2] 71:21 76:20
adjourned [1] 101:17
adopt [1] 93:24
advertising [1] 15:9
advise [1] 34:25
advised [1] 76:2
affiliated [2] 96:24 97:14
again [8] 10:18 45:13,19 52:4 54:10 60:13 62:22 76:15
against [2] 63:21 64:17
Agar [1] 38:21
ago [4] 18:8 31:23,23 71:17
agree [2] 55:4 79:18
ahead [7] 22:4,18,19 45:10 64:8 66:1 99:6
Aina [1] 56:1
air [3] 93:3,4,4
Ala [1] 2:11
Alexander [1] 15:24
alive [2] 67:23 71:18
allegedly [1] 4:19
Allen [1] 85:8
allowed [1] 66:6
almost [2] 29:23 48:12
always [5] 44:25 45:5 50:3 91:24 99:16
ambiguous [4] 22:1 24:23 66:9 80:2
ambulance [7] 42:5,8 55:10 56:14,19,20,21
American [1] 2:16
amongst [1] 95:5
amount [2] 15:21 34:1
angle [1] 83:20
annual [1] 100:11
answer [16] 7:5,13 22:4 22:19 54:23 65:6,11,15 76:19 78:12,23 86:17 97:23 98:13,20 99:12
answered [2] 97:21 99:5
answering [1] 55:23
Anyway [1] 23:13
Apartment [1] 8:18
apologize [3] 87:3 97:12 97:24

apparatus [1] 47:24
APPEARANCES [1] 2:7
appreciate [1] 4:10
April [2] 8:5 18:13
area [21] 5:3 25:12 31:4 35:19 43:1,11,11,20 46:25 49:18 55:18 58:15 59:5 63:2,2 67:4 92:23,25 93:6 93:14 98:7
areas [3] 15:2,2 67:6
arrive [1] 58:9
arrived [2] 56:18,19
art [2] 75:12,15
aside [1] 70:1
aspect [2] 84:10 85:16
aspects [2] 17:15 35:7
assemble [3] 24:11,13 24:16
assembled [2] 20:21 29:21
assembling [1] 29:22
assembly [3] 29:24 35:2 36:4
assets [2] 11:17 87:24
assigned [1] 52:17
assist [3] 43:14 49:12 51:24
assistance [1] 51:20
assistant [1] 49:10
Associates [1] 2:4
association [1] 85:15
assume [6] 7:13 12:5 16:16 28:8 71:19 77:13
assumes [1] 66:9
attach [1] 36:20
attached [1] 90:17
attempt [2] 7:10 82:23
attended [1] 8:16
attention [1] 86:16
attorney [2] 5:20,24
attorneys [1] 61:18
attributes [1] 87:7
automatic [1] 73:20
Avenue [1] 8:18
avoid [5] 6:24 9:13 83:14 98:14,15
aware [2] 8:20 83:12
away [6] 16:15 29:10,13 29:14 38:13 42:10

**-B-**
background [3] 8:3 63:25 64:20
backwards [1] 91:17
bad [5] 40:11 46:19 55:9 60:9 97:3
Bank [1] 2:16
bankruptcy [4] 9:7 18:2 18:3,10
Barcarse [1] 60:16

based [7] 54:22 64:3,23 77:4 90:10 92:2 95:21
basic [3] 10:1 20:24 22:15
basis [4] 28:20 55:15 76:23 90:7
became [7] 16:14 21:1 34:14 47:24 84:13,15 85:13
become [1] 85:11
becomes [1] 48:12
becoming [1] 28:10
bed [4] 4:19 5:9 20:25 21:4
bedding [9] 21:19 23:3 25:25 32:12 34:3,4,6 81:2 81:5
beddings [1] 81:14
beds [1] 39:14
bedspread [1] 21:11
bedspreads [1] 27:18
beginning [1] 15:16
behalf [1] 2:1
Benjamin [1] 12:16
best [5] 7:17,22 16:20 17:19 42:15
better [2] 10:22 51:4
between [1] 13:4
beyond [2] 21:15 76:18
big [1] 79:20
Bill [2] 70:20 71:3
binding [1] 60:2
birth [1] 8:4
Bishop [2] 2:4,16
bit [7] 40:17 58:17 67:5,7 75:10 83:15 98:7
blocks [1] 42:9
blood [4] 58:15,17,19,20
blowing [1] 93:2
blue [7] 31:25 32:2,4,9,13 32:17,21
bolt [1] 68:23
border [2] 27:10 36:22
born [1] 8:6
bothered [1] 80:4
bottom [1] 27:9
bought [12] 13:19 16:4 16:14 17:8 26:1,2,6,16,22 26:22 28:5 36:18
Boulevard [1] 2:11
Bouslog [30] 2:10,10 3:5 3:7 24:17 60:16 66:8,15 67:2 72:2 80:3 82:12,13 83:11 91:10 93:22 94:2 97:20 98:5,9,12,17,20,23 100:3,5,15 101:3,5,15
Bowman [3] 70:20 71:3 71:19
box [11] 23:4,9 34:9,12 36:11,24 37:1,4,5 54:6 99:19
boxing [2] 34:10 37:2
brand [3] 15:1,7 24:24

Gendrow v. Simon Mattress  Multi-Page™  break - doors
Donald Erwin Lee

**break** [5] 29:1 35:25 63:13 82:14,16
**brevity** [1] 19:24
**brief** [1] 9:5
**briefly** [5] 5:15 6:3 8:8 26:25 67:6
**bring** [5] 17:1 46:16 69:2 69:6 96:21
**broad** [2] 23:17 24:5
**brother** [3] 62:17 63:4 85:8
**brothers** [1] 85:6
**brought** [4] 17:9 63:21 64:17 68:18
**building** [1] 59:15
**built** [3] 21:2 32:19 93:2
**bulky** [1] 30:21
**bunch** [1] 13:19
**bunk** [3] 4:19 5:8,9
**burned** [1] 4:21
**burned-out** [1] 89:1
**burning** [1] 5:8
**business** [12] 10:4,6 11:5 11:17,18,19 12:8,12,13 13:1,1,2
**buy** [1] 28:12
**buying** [1] 10:2
**Byrns** [1] 2:15

-C-

**C-O-Y-N-E** [2] 11:1,2
**Calistro** [4] 71:7,8,17,20
**calls** [4] 45:25 66:9 80:2 101:4
**Campbell** [1] 81:10
**capacities** [1] 9:3
**car** [1] 35:12
**care** [2] 52:17 56:25
**carpets** [1] 15:25
**cars** [1] 35:15
**carts** [1] 89:12
**case** [22] 4:14,16,23,24 5:8 6:15,19 19:19,20 53:19,20 63:20 64:1,16 64:21 74:23 76:2,4,9 77:6 78:10 83:13
**cases** [1] 99:18
**Cash** [26] 1:13,20 2:1,18 22:24,25,25 23:2 25:19 26:11,14,16 27:17 34:22 36:15 37:11 62:2 63:22 64:17 69:8 76:3 77:5,12 78:9 82:24 97:15
**catch** [1] 97:23
**caught** [3] 4:21,22 5:6
**Central** [1] 2:21
**certain** [4] 15:2 35:5,6,7
**chain** [8] 47:13,15,23 48:6,10 59:21 79:22 90:16
**chance** [2] 31:22 88:9
**change** [1] 47:8
**changed** [3] 23:6,8 34:8

**changing** [2] 48:8 97:16
**charge** [2] 35:6,18
**Charles** [4] 1:5,6 2:8,8
**check** [3] 91:18,24 98:19
**checked** [1] 70:6
**checking** [1] 91:20
**Chinese** [1] 85:6
**chose** [1] 101:1
**Chris** [1] 2:10
**CHRISTOPHER** [1] 2:10
**circumstance** [1] 4:13
**cited** [1] 54:16
**CIVIL** [1] 1:9
**claim** [2] 63:21 64:17
**claiming** [2] 63:22 64:18
**clarify** [2] 7:10 9:11
**cleaned** [2] 58:18 63:3
**cleanup** [2] 58:15,20
**clear** [3] 7:4 54:25 99:12
**closed** [6] 15:21 16:6 27:22 36:8 81:21 86:12
**closing** [1] 5:4
**cloth** [1] 24:3
**CO** [2] 1:13,20
**Coast** [1] 17:10
**coils** [1] 27:8
**college** [1] 8:10
**color** [3] 30:1 31:25 32:14
**colors** [2] 34:12,16
**comfortable** [1] 87:19
**coming** [1] 86:4
**commencing** [1] 2:3
**common** [1] 68:25
**communicated** [1] 95:15
**communications** [4] 88:3,8,13 95:21
**companies** [8] 10:2 21:20 76:6 77:21 80:16 81:5 88:5,17
**company** [85] 1:11,11 1:12,16 2:2,14,19 5:25 8:21,23 9:3,6 10:25 11:16 12:17,23 13:10,16,17 15:13,14,23 16:11,15 17:15 22:25 25:20 26:14 28:3,4 30:5,12,22 32:13 34:22 35:8 37:10,12 38:11 38:23 39:5 40:18 43:5 44:3 54:19 55:7 62:2,17 62:20 63:6,8,22 64:17 67:21 69:4,7 70:23 71:5 73:5 76:3 77:6 78:9 82:23 83:18 84:4 85:5,8,16 86:2 88:4 91:2 93:22,23 94:15 94:20 95:1,9,22 96:18,25 97:14,15,16 100:7,11
**company's** [2] 77:14 94:22
**competitors** [4] 80:19 86:1,8,20
**complete** [1] 58:2

**complicated** [2] 37:19 45:4
**component** [1] 53:15
**compressed** [1] 93:4
**concerning** [2] 37:12 61:19
**conclusion** [6] 45:25 46:2 64:9 66:12 76:13,25
**condition** [2] 72:19 90:24
**Condolences** [1] 62:12
**conduct** [1] 100:7
**conducted** [1] 54:20
**configuration** [1] 46:24
**confuse** [1] 85:7
**connected** [1] 97:9
**connecting** [1] 50:12
**consider** [1] 22:6
**considered** [1] 23:19
**consisted** [1] 85:5
**constantly** [1] 40:6
**contact** [9] 37:11 38:20 39:2 44:21 62:3 68:9 71:15 76:5 82:24
**contract** [1] 62:18
**contractor** [3] 44:2 63:8 69:3
**contrary** [1] 87:16
**control** [6] 15:10 76:1 84:10,20 100:8,12
**convenient** [1] 101:12
**conversation** [1] 7:2
**conversations** [1] 87:9
**Cooke** [6] 11:4,16 29:18 29:19 30:20 31:3
**Copy** [1] 72:2
**corner** [2] 49:25 58:23
**corporate** [3] 8:21 9:8 31:25
**corporation** [6] 1:13,20 19:5 26:11,11 76:4
**correct** [71] 6:1,2 11:25 13:6,8 14:21 15:8 16:9,23 19:13 20:4,15 21:8,21,24 22:12 24:1 25:11,15 26:15 28:11,24 30:3 31:10,14 31:24 32:5,7 33:4,9 35:22 38:10 39:21 40:2,12,13 41:12,17 44:4 47:16,25 50:14,15 51:12 52:7 58:21 60:21 65:13,21 67:10 74:7 74:19 75:13 77:15 79:6 79:21 81:15 82:3,22 83:8 89:1,2,5 90:22 91:5 92:6 94:17,23 95:7 99:23 100:23
**cotton** [8] 5:1 36:5 92:14 93:1,25 94:2 95:9 97:6
**Couch** [1] 81:1
**country** [2] 13:20,22
**couple** [9] 9:6 11:12 14:5 31:22 55:24 82:18 90:5 93:16 96:15
**course** [2] 8:9 61:21

**court** [4] 1:1 6:8,9,25
**cover** [4] 27:7,16 36:20 37:5
**covered** [1] 55:19
**covers** [5] 20:12 21:12 21:16 37:4 89:13
**Coyne** [29] 1:12 10:24 11:16 12:4,25 13:7 15:14 15:20,22 16:7,9,11,13,14 16:15,16,17 19:7,11,14 19:17 20:1,17 23:14 30:13 32:6 35:3 80:24 81:1
**crate** [1] 29:24
**crawl** [1] 101:12
**CSR** [1] 2:24
**curious** [6] 16:3 40:10 48:22,25 49:22 60:2
**current** [1] 8:17
**custom** [1] 34:3
**cut** [2] 33:20 46:17
**cutter** [1] 33:20
**cutting** [42] 19:21,23,23 20:6,14 22:16 23:13 24:4 25:13,17 28:6,8,13,18 32:3 34:5 35:10,20 37:6 37:10,18 39:20 49:8 54:1 63:23 64:19 67:8,12 70:3 72:1,5,11,16 73:2,3,14 74:9 80:9,14 85:24 99:14 100:21
**Cv03-00034** [1] 1:9

-D-

**D** [1] 3:1
**D-E-R-A-L** [1] 40:21
**dad's** [1] 12:15
**DAE/BMK** [1] 1:9
**daily** [1] 28:1
**danger** [1] 88:9
**darn** [1] 79:19
**date** [5] 8:4 14:8 18:4 28:15 86:3
**dates** [3] 9:15 11:23 12:3
**daughters** [1] 62:24
**David** [3] 26:11 63:5 85:9
**days** [3] 23:7 46:22 96:15
**dba** [3] 1:11,11 8:22
**dealing** [4] 34:15 60:14 95:19,20
**death** [1] 86:6
**December** [1] 18:11
**decided** [1] 47:1
**defective** [11] 63:24 64:6 64:20 65:1,7,8,13 76:14 76:20 77:1 78:20
**Defendant** [6] 1:17,22 2:1,13,13,18
**Defendants** [1] 1:14
**definite** [1] 9:23
**definitely** [1] 50:23
**delivered** [4] 20:17 29:17 34:21 37:7
**deliveries** [1] 85:1

**delivery** [1] 36:5
**demystify** [1] 7:11
**Denise** [2] 1:4 2:8
**department** [1] 42:9
**depend** [2] 69:5 95:17
**depletion** [1] 81:25
**deposition** [12] 1:24 4:9 4:11 5:16 6:4,6,10,14,16 6:18 8:2 101:17
**Deral** [3] 40:21 41:10 46:20
**description** [2] 87:5 92:24
**design** [5] 22:11,15,22 22:23 23:16
**designed** [2] 15:8 28:9
**determined** [1] 57:12
**developed** [3] 16:8 95:9 95:22
**development** [1] 15:10
**Diamond** [2] 59:8,14
**differences** [1] 6:20
**different** [13] 9:3 13:19 23:6,18,20,21 25:25 34:16 34:17 36:4 77:20 82:9 83:20
**differently** [2] 6:19,21
**direct** [1] 76:5
**direction** [4] 91:18,19 91:25 99:22
**directly** [1] 83:6
**disassemble** [1] 51:1
**disassembled** [2] 31:16 66:22
**disassembling** [3] 32:10 48:6 66:25
**discharge** [1] 71:23
**discharged** [1] 71:6
**disconnected** [1] 79:23
**disconnecting** [1] 48:9
**discoverable** [1] 55:4
**discovery** [1] 54:22
**discuss** [1] 62:14
**discussed** [4] 61:21,25 65:16 83:17
**discussion** [4] 41:20 61:1,2 63:12
**discussions** [5] 61:9,12 61:15,19 62:8
**disease** [1] 84:13
**dissipate** [1] 75:20
**distribution** [2] 17:18 31:5
**DISTRICT** [2] 1:1,2
**doesn't** [2] 48:12 53:8
**Donald** [4] 1:24 4:1,8 17:4
**done** [17] 35:3 44:15 52:25 70:6,6 72:6,10 74:12,12 76:21 78:23 85:18 91:22 99:15,20 100:11,14
**doors** [2] 59:10,14

**double** [1] 20:24
**doubt** [3] 52:1 86:22,23
**dove** [2] 43:1,14
**down** [20] 5:4 7:4 15:22 16:6 18:20 35:25 46:16 46:22 47:9 48:13 55:12 55:22 62:24 81:10 83:7 89:24 90:18 91:7 99:10 100:22
**downsized** [3] 18:1 82:8 82:8
**downstairs** [2] 41:25 42:17
**downturn** [1] 81:24
**drab** [1] 30:2
**dramatically** [1] 23:9
**draperies** [1] 15:25
**draw** [1] 18:20
**DRC** [10] 26:11 37:12 62:1 63:22 64:18 69:9 76:3 77:5 78:9 82:24
**drive** [1] 90:17
**drop** [1] 83:25
**duly** [1] 4:2
**dunking** [1] 35:14
**during** [15] 19:15 33:6 39:19 40:6 44:1 50:18 51:1 61:1 83:16 85:15 86:9,20 88:1 93:8 99:13
**dust** [2] 93:1,2
**duties** [1] 41:7

-E-

**E** [3] 1:6 2:8 3:1
**early** [5] 41:18 84:18 85:9 92:12,18
**East** [1] 17:10
**easy** [1] 79:19
**edge** [9] 26:4,18,20,22,24 27:11 36:19,23 69:19
**Education** [1] 8:8
**educational** [1] 83:21
**efficient** [2] 33:21 55:14
**efforts** [1] 94:20
**eight** [5] 40:7 52:14 86:6 86:10,21
**eight-hour** [1] 90:3
**either** [2] 5:10 62:23
**Electric** [1] 86:19
**electrical** [18] 41:11 44:1 44:2,6,18,19 45:4 52:23 52:24 53:7,15 54:2,15 58:14,19 92:10 94:7
**electrically** [3] 65:23 66:5,21
**electricals** [1] 50:12
**electrician** [9] 29:25 45:2,3 46:20 52:13,13,17 54:12 87:6
**electricity** [1] 53:16
**electrics** [1] 50:6
**eliminate** [1] 88:21

**Elizabeth** [1] 38:21
**Emphysema** [2] 84:14 84:15
**employed** [2] 5:25 9:21
**employee** [5] 5:4 42:20 68:3,4 85:20
**employees** [4] 42:17 71:12 73:13,16
**employer** [1] 55:9
**end** [6] 21:24 34:7 79:3 84:22 85:10 93:21
**energy** [15] 53:8,12,14 53:20,22 75:11,13,17,21 94:8,11,25 95:6 100:7,12
**engage** [1] 85:16
**England** [1] 29:8
**enjoyed** [1] 87:9
**enjoying** [1] 84:1
**entangled** [1] 57:5
**entirely** [1] 78:16
**entity** [8] 9:9,9,22 10:7 10:12,20 37:10 56:25
**environmental** [1] 58:14
**environmentally** [1] 58:18
**equipment** [25] 22:8 25:24,25 26:1,2 32:2,12 33:12,13 40:6 45:4 52:3 69:5,9,12,15,17 88:14 94:9,10,13,21 96:1,22 97:6
**Erwin** [3] 1:24 4:1,8
**especially** [1] 98:7
**ESQ** [3] 2:10,15,20
**Estate** [2] 1:5 2:8
**estimate** [4] 7:18,22,24 90:9
**estimation** [2] 86:4 92:20
**EUGENE** [1] 1:6
**eulogy** [1] 62:6
**evaluate** [1] 94:20
**evaluation** [1] 100:7
**events** [1] 42:14
**eventually** [5] 56:22 57:7 58:9,23 82:8
**everybody** [3] 77:18,25 82:9
**everyday** [1] 7:2
**evidence** [4] 6:16 19:21 66:9 97:23
**evolutions** [1] 83:17
**exact** [1] 58:6
**exactly** [1] 98:2
**examination** [7] 3:3 4:5 83:10 90:11 99:1 100:4 100:17
**examined** [1] 4:4
**examiner** [2] 57:10,11
**example** [6] 7:18 35:6 35:12 53:14,21 70:5
**excellent** [2] 45:3 87:6

**except** [3] 65:17 72:23 72:24
**exchange** [2] 5:12,12
**exhibits** [2] 3:12,13
**experience** [1] 23:15
**experienced** [1] 54:12
**experiences** [1] 66:20
**expert** [2] 66:10,13
**expired** [1] 57:12
**explain** [4] 10:22 13:15 30:17 53:4
**explained** [2] 23:1,2
**exposure** [1] 23:15
**extent** [4] 38:2 45:25 76:19 80:1

-F-

**facility** [1] 86:5
**fact** [7] 37:23 49:15 64:6 65:1 67:7 80:6 97:22
**factory** [16] 13:18 14:12 14:20 16:21 17:16 30:20 44:16,24 62:24 75:5 80:10 81:1 86:13 87:12 89:4 91:4
**facts** [2] 66:9 78:8
**fail** [1] 82:20
**failed** [2] 74:21 82:19
**fair** [14] 7:14,15 9:19 15:16 25:4 37:15 48:7 56:24 69:11,16 82:1 89:19 90:9 91:14
**fairly** [3] 44:13 71:20 86:13
**familiar** [6] 25:16,19 45:15 50:4 52:5 71:8
**familiarity** [2] 26:10,13
**family** [5] 11:5 12:8 13:1 29:10 62:16
**family's** [1] 84:3
**far** [4] 29:14 52:5 65:4 67:10
**fashion** [1] 85:10
**faster** [1] 93:21
**father** [4] 16:4,14 84:12 85:13
**fault** [2] 76:11,16
**feet** [1] 30:20
**fell** [1] 48:7
**fellow** [3] 17:4 55:25 92:22
**felt** [1] 87:18
**fence** [1] 5:4
**fenced** [4] 5:2 92:23 93:6 93:13
**few** [1] 46:22
**figure** [6] 45:5 71:22 79:19 80:5,8 87:6
**file** [1] 18:3
**filed** [2] 18:2,10
**financial** [1] 85:10
**fine** [12] 5:22 8:1 24:19

24:20 29:2 40:4 55:5 65:5 66:14 77:2 98:5,9
**finish** [2] 36:25 91:23
**finished** [2] 48:18 89:13
**fire** [9] 4:21,22 42:9 56:20 56:21 58:9 59:23 60:3 61:10
**firemen** [1] 57:21
**first** [17] 4:2 10:17,20 28:9 39:22 43:17 56:13 56:18,19 72:20 77:13,16 84:8 92:1,3,4,12
**fit** [5] 46:25 47:2,11 51:7 96:10
**five** [3] 7:21 33:18 84:9
**five-feet-three** [1] 46:8
**five-minute** [1] 82:16
**fix** [1] 69:25
**flange** [2] 27:7 36:19
**flat** [2] 46:16 96:5
**Flatbed** [1] 31:20
**Flip** [2] 73:19,19
**flipping** [1] 79:9
**floor** [3] 15:24 46:11 75:4
**focus** [2] 10:16 29:16
**folks** [1] 94:5
**folks'** [1] 12:12
**follow-up** [2] 56:19 98:10
**following** [4] 93:23 94:19 95:9,25
**follows** [2] 4:4 64:14
**foreman** [6] 41:5 70:15 70:19 71:1,10 75:4
**forgive** [1] 83:14
**form** [2] 75:14 97:19
**former** [1] 97:14
**formerly** [1] 5:25
**forth** [5] 7:6 33:16 46:13 53:23 99:10
**forward** [1] 91:19
**Found** [1] 22:13
**foundation** [9] 48:2 64:8 66:12,25 75:22 79:8 80:2 101:5,8
**four** [7] 2:11 33:18 34:11 34:16 50:10 84:9 91:3
**fourth** [2] 56:25 78:12
**franchise** [2] 13:24 15:1
**franchisee** [1] 14:1
**franchises** [1] 13:20
**franchisor** [1] 13:21
**Francisco** [5] 14:2,17 14:18 17:6 61:22
**free** [1] 7:24
**freewheeling** [5] 47:24 48:12 66:23 79:24 97:22
**frequent** [1] 100:11
**friend** [1] 44:21
**friendly** [1] 87:8
**full** [3] 4:7 40:7 85:19
**full-time** [1] 71:11

**fully** [1] 8:20
**fun** [1] 29:12
**function** [5] 23:16 24:25 26:24 28:6,23
**functioned** [1] 24:3
**functioning** [1] 69:18
**functions** [1] 36:14
**funeral** [2] 62:4,10
**furniture** [6] 15:22 16:1 16:11,13,15 20:13

-G-

**gained** [1] 90:20
**gal** [1] 35:17
**gamut** [1] 16:1
**garment** [1] 33:14
**gather** [1] 93:13
**Gendrow** [34] 1:4,6,6 2:8 2:8,8 6:11 44:10 45:1 49:7 50:21 51:19,24 52:4,16 54:8 57:5 58:3 60:22 65:18 66:4,6 73:1 79:12 83:3 86:4,20 88:25 89:3 92:3 95:10 96:8 99:13 101:1
**Gendrow's** [5] 66:20 88:5 91:1 100:6,13
**general** [4] 37:3 76:16 88:8 89:10
**generally** [3] 36:14 41:7 68:1
**generic** [4] 24:20,20,23 24:24
**generically** [1] 37:20
**gestures** [1] 7:2
**girl** [1] 42:4
**girls** [2] 43:20 48:21
**gist** [1] 97:13
**given** [7] 73:1,13 78:8 86:3 90:2,14 95:25
**giving** [1] 6:8
**goes** [5] 27:7 33:15 36:22 55:2 69:21
**gone** [1] 9:6
**good** [5] 32:20 35:24 40:11 45:2 54:11
**graduate** [3] 8:13,14 29:6
**graduated** [1] 8:15
**grandfather** [5] 12:19 15:15,19 16:4,14
**grandparents'** [1] 12:14
**grease** [4] 38:2,4,8 70:5
**greased** [1] 68:13
**greasing** [3] 67:9 68:20 70:2
**Great** [1] 15:19
**green** [1] 30:2
**ground** [3] 5:15 6:3 15:23
**guards** [1] 88:21
**guess** [20] 7:16,25 8:25 9:4 10:19 32:20 49:22 51:17 55:24 57:3 62:22

66:16 74:21 75:12,25 92:1 93:16 96:15 97:3 101:7
**guessing** [3] 52:14 92:19 101:6
**guidelines** [1] 95:22
**guy** [4] 66:17 67:16 69:25 72:7
**guys** [7] 37:20,24 52:10 52:18,24 54:1 96:16

-H-

**H.R.S** [1] 54:22
**Haina** [1] 56:2
**Halawa** [1] 86:13
**half** [2] 15:23 83:24
**hand** [2] 5:6,7
**hand-operated** [1] 23:23
**handle** [1] 21:2
**handled** [2] 84:22 85:10
**hands-on** [1] 66:17
**hang** [1] 46:12
**happening** [2] 9:7 43:19
**hardwired** [2] 54:5 99:16
**Harness** [1] 76:1
**Harry** [3] 71:7,8,17
**Hawaii** [12] 1:2 2:5,12 2:17,22,25 8:7 10:13 12:22 14:2 80:16 81:14
**hazard** [1] 88:21
**head** [6] 6:25 26:8 59:8 59:14 69:21,22
**headed** [1] 17:4
**heard** [5] 24:23 26:12 42:6,12 43:24
**hearing** [2] 6:15,19
**hearsay** [3] 46:3 54:10 62:22
**heavily** [1] 40:9
**heck** [1] 85:7
**held** [2] 41:20 63:12
**help** [5] 17:14 24:14 34:23 43:2 52:3
**helped** [7] 24:7,10,11,13 24:16 50:18 91:3
**helping** [1] 51:21
**hem** [1] 37:5
**Herbert** [3] 85:6,9,10
**hi** [1] 44:25
**high** [6] 8:9,11 12:5 46:7 83:21 85:21
**himself** [2] 49:8 99:24
**historical** [1] 23:10
**history** [11] 9:5 12:22 17:14 64:4,24 66:18 77:5 77:14 83:18,21 86:2
**hog-ringed** [1] 27:8
**hold** [2] 48:13,13
**holding** [1] 90:16
**homemade** [1] 20:22
**honest** [1] 87:23

**Honolulu** [9] 2:5,12,17 2:22 8:7 10:13,14 40:23 86:9
**hope** [4] 77:12,17,24,24
**horizontal/vertical** [1] 48:5
**hosing** [1] 92:25
**Hotel** [1] 15:24
**hour** [2] 51:17 90:6
**hours** [3] 55:25 90:5,8
**huge** [1] 5:1
**huh-uhs** [1] 6:24
**hundred** [1] 34:17
**hung** [1] 46:15
**hypothesis** [1] 50:24

-I-

**idea** [8] 17:13 28:15 33:10 37:3 49:2 51:22 59:25 68:2
**identical** [1] 47:10
**IDENTIFICATION** [1] 3:12
**identified** [5] 3:13 94:16 94:25 95:3,5
**identify** [1] 94:20
**III** [2] 1:6 2:8
**ill** [2] 84:13 85:13
**imagination** [1] 68:25
**imagine** [4] 15:13 56:12 68:3 86:25
**imported** [1] 16:1
**impression** [1] 45:1
**improper** [3] 45:12 64:9 66:12
**in-house** [4] 67:16 68:15 72:6,6
**Inc** [2] 15:8,11
**inches** [4] 33:18,18 46:7 46:10
**incident** [15] 54:16 55:7 63:24 64:19 86:3 87:10 88:5,23 90:11 92:13,17 93:23,25 94:19 95:25
**incidents** [2] 74:8 87:12
**Included** [1] 36:16
**individually** [1] 1:4
**Industrial** [2] 81:10,13
**industry** [15] 20:5,9 21:6 21:7,10,11,14 22:11 23:5 25:25 27:12 33:14 34:8 37:17 81:24
**informal** [1] 6:7
**information** [7] 8:3 41:10 63:25 64:20 68:8 71:15,16
**informed** [2] 41:15,23
**ingredients** [1] 27:19
**initial** [2] 56:2 84:6
**injured** [1] 92:14
**injury** [4] 74:9 88:10 92:21 100:13

**inquiry** [2] 37:9,11
**inside** [5] 5:4 92:22,23 93:13,18
**inspection** [1] 100:12
**install** [1] 46:23
**instead** [1] 34:16
**instruct** [2] 54:23 76:19
**instruction** [3] 77:8 79:20 86:16
**instructions** [6] 72:25 73:12 74:1 77:10 78:19 79:16
**intended** [1] 83:25
**interpose** [1] 64:7
**introductions** [1] 83:13
**inventory** [3] 84:10,20 84:22
**investigate** [2] 55:3,6
**investigation** [2] 54:20 56:2
**investigations** [1] 55:4
**investigative** [1] 56:25
**investigator** [1] 61:16
**investors** [1] 13:19
**involved** [21] 4:17 5:13 6:13 9:9 13:25 15:15,17 19:22,24 28:19 29:22 50:12,16,19 63:20,23 64:15,19 83:24 84:10,19
**involvement** [2] 56:4 76:8
**involving** [2] 6:11 74:8
**issue** [2] 5:9 79:20
**items** [2] 34:1,2
**itself** [14] 8:2 17:16 22:10 23:14 27:3,16 28:8 47:24 55:2 59:21 60:20 61:24 74:18 97:23
**Iwilei** [1] 16:6

-J-

**J** [1] 2:15
**James** [21] 1:13,20 2:1 2:18 22:24,25 23:2 25:19 26:14 34:22 37:11 62:2 63:22 64:17 69:8 76:3 77:5,12 78:9 82:24 97:15
**January** [7] 9:14,20 14:11 16:20 33:7 39:11 39:12
**Jeanne** [2] 1:7 2:9
**Jersey** [2] 13:18 29:9
**job** [5] 48:18 52:20 65:5 65:14 91:23
**jobs** [7] 33:23,25 34:6 44:18,19 95:24 96:2
**Join** [3] 66:15 67:2 80:3
**joints** [1] 38:9
**Jr** [1] 2:8
**JR.** [1] 1:6
**judge** [1] 6:17
**jury** [1] 6:17

-K-

**keep** [2] 7:4 70:8
**Kentucky** [2] 1:13,20
**kept** [2] 70:4 89:7
**kind** [30] 4:13 5:19 7:2 9:7 10:2 20:22 21:23 23:3 23:6 26:2 30:25 35:18 38:4 41:17 49:16 52:24 53:15 54:19 60:1,25 68:20 70:4 72:5 74:17 83:19 85:4 86:2 87:7 94:20 95:24
**kinds** [2] 36:3 88:13
**king** [2] 2:21 20:25
**king-sized** [1] 21:4
**knew** [9] 37:20 43:18,21 52:2 54:13 65:20 79:15 86:21 95:11
**knowing** [3] 66:23 77:12 79:22
**knowledge** [28] 17:20 21:22 43:17 44:7 50:20 54:7 56:7 58:7 61:20 64:3 64:23 65:6,12,18,19 67:3 69:10 70:13 72:9,13,15 73:7 79:4 80:21 90:20 91:21 96:7,11 100:8
**knowledgeable** [2] 50:21,21
**known** [2] 68:5 90:13

-L-

**lack** [1] 81:25
**laid** [1] 27:21
**large** [1] 4:25
**larger** [1] 52:16
**last** [5] 9:6 38:13 68:5 97:20 100:7
**last-known** [2] 71:21 71:23
**late** [5] 25:6,10 27:24 30:5 40:3
**Law** [1] 2:10
**laws** [1] 15:21
**lawyer** [2] 63:21 64:16
**lawyers** [1] 65:17
**lay** [1] 46:17
**layer** [1] 27:20
**layers** [2] 27:6 36:21
**laying** [1] 33:23
**layperson's** [1] 36:13
**lays** [1] 33:16
**leading** [1] 98:11
**leads** [1] 86:23
**learning** [1] 84:1
**least** [6] 21:6 22:25 44:16 54:24 97:12,13
**Lee** [13] 1:24 4:1,8,9 5:23 12:16 45:6,14 63:19 64:15 82:19 83:12 85:6
**Lee's** [1] 73:4
**left** [2] 71:5 85:8

**legal** [5] 9:9 45:25 46:2 64:9 66:12
**Leowaena** [1] 10:5
**less** [2] 89:7,9
**letter** [1] 77:19
**letters** [2] 77:20 88:3
**level** [3] 70:12 75:4 87:22
**leveling** [1] 66:22
**liability** [2] 4:14,16
**licensee** [2] 15:12 81:20
**licensees** [3] 15:3,4 82:9
**lift** [3] 43:14 46:8 58:5
**lifted** [3] 31:18 57:19 58:3
**line** [1] 63:17
**LLC** [7] 9:25 11:13 13:13 13:14,17 16:21 17:8
**loading** [2] 59:10,13
**locally** [2] 15:7 17:5
**located** [2] 11:4 16:6
**location** [11] 10:4,8,10 10:11,16,17,21 17:23 81:12,13 89:11
**lockdown** [7] 53:2,25 54:3,9 75:10,12 94:3
**lockout** [3] 93:24 95:1,8
**logs** [1] 70:4
**long-term** [1] 86:2
**longer** [1] 96:1
**look** [6] 31:22 32:20 48:23 69:9 83:3 98:3
**looked** [7] 31:21 70:9 80:6,7,7 97:25,25
**looking** [3] 7:3 18:21 80:5
**looks** [1] 18:21
**loose** [1] 68:23
**Lorenzo** [3] 67:14,20 72:7
**lost** [1] 5:7
**loud** [1] 7:5
**lower** [2] 46:16 47:14
**lowers** [2] 47:23 79:23
**lumber** [1] 36:10

-M-

**MacDonald** [1] 2:15
**machine** [134] 1:13,20 2:2,18 4:25 5:5,6 7:19 19:21 20:1 21:7,15,24 22:25 24:2,7,21 25:19 26:4,6,14,25 27:17,23 29:17,22 30:2,7,10 31:21 31:24 33:7,15,22 34:14 34:22 35:2,8,10,20,23 36:22 37:7,12,13,17,19 37:24 38:15,19,20 39:2 39:13 46:5 48:16,19,23 49:1,17,24 50:2,4,5,22 51:14,25 52:6,8,10 53:6,9 57:5,8,18 58:11 60:22 62:2,25 63:22 64:3,4,17 64:23,24 65:4,12,19 66:4

66:21 69:8,19,20,22 72:19
73:23 76:3,14,20 77:1,4,5
77:9 78:9,19,24 79:3,14
80:6 82:24 89:13,18 90:11
90:15 91:3,4 92:4,5,7,9
92:15 93:8,10,17,19 94:1
94:2 95:10 97:16 99:4,13
99:14,19,21,24
**machine's** [1] 89:11
**machinery** [23] 6:13
17:19 20:5,7 22:10 23:6
26:13 28:5,12,13 31:15
32:17 33:2 34:21 58:15
58:20,22 66:17 67:17
68:12 70:4 79:13 96:1
**machines** [19] 21:18,23
23:15 26:16 27:15 28:22
36:17 50:19,19 74:2 79:5
86:5 87:24 88:4 94:24
95:12 96:25 97:2,4
**main** [3] 41:7 52:21,23
**mainland** [4] 69:6 81:17
96:22,24
**maintain** [1] 67:17
**maintained** [3] 37:24
68:13 70:9
**maintaining** [1] 67:12
**maintenance** [8] 38:1
67:8 70:2,4 72:5,7,8 74:25
**major** [3] 68:17 72:9
96:21
**makai** [1] 59:8
**makes** [2] 36:22 47:8
**Malcom** [1] 60:16
**man** [2] 52:21,23
**management** [1] 82:10
**manager** [9] 17:21,22
18:25 19:1,1,6,17 40:15
44:8
**manipulate** [1] 91:12
**manner** [1] 74:16
**manual** [2] 57:23,24
**manufacture** [1] 25:24
**manufactured** [5] 4:18
4:20 14:24 27:17 28:9
**manufacturer** [3] 5:9
26:14 79:4
**manufacturers** [3] 88:4
97:4,9
**manufactures** [2] 21:19
21:22
**manufacturing** [25]
1:11,12,16 2:14 10:11
11:9 17:16,18 20:8 21:6
27:13 30:25 31:5 32:12
32:23 35:5,13 36:1 80:24
81:5,9,14 83:18 85:17
86:9
**Manufacturing/Serta's**
[2] 63:21 64:16
**Marjann** [1] 2:24
**mark** [1] 33:20
**material** [10] 20:23 21:2
23:4 33:16 34:9,13,17
46:13,15,18

**materials** [2] 20:14 27:4
**math** [1] 18:21
**matter** [3] 5:14 61:25
62:1
**mattress** [60] 1:10,11,12
1:16 2:14 4:18,19 5:10,13
5:25 8:22,22 9:10,21,24
10:11,24 11:9,16 12:4
13:1,16 14:3 15:14 16:5,7
16:15 17:4 19:7,12,14,17
20:1,8,17,23 21:6,16 26:5
27:1,3,5,8,10,11,16 32:7
34:10,13 36:2,4,20,24,25
79:4 81:2,24 83:18 85:23
86:9
**mattress-cutting** [3]
92:8 94:12 95:4
**mattresses** [3] 30:21
80:25 85:17
**may** [14] 2:2 7:18,20
26:12,21 40:7 56:8,17
72:13 80:19,21 82:12
86:11 97:11
**mean** [6] 26:18 35:11
51:15 73:4 75:14 96:3
**meaning** [2] 16:25 37:9
**meant** [1] 7:3
**mechanic** [4] 67:14
68:15,17,25
**mechanical** [5] 23:24
67:16 69:3 72:10 96:21
**mechanically** [9] 65:19
65:21 66:5,20 72:18 79:3
79:5,11,14
**medical** [2] 57:9,11
**Mendoza** [4] 35:17 38:11
38:19 39:3
**mentioned** [11] 13:13
33:5 36:5,18 67:7 75:17
79:1 86:1 87:1 88:1 96:20
**middle** [1] 49:19
**might** [6] 21:10 82:13
86:15 89:21 90:7,12
**military** [1] 81:25
**mind** [6] 45:7,18 65:8
75:20 76:9 77:5
**minutes** [1] 51:18
**missing** [2] 48:24,25
**misstates** [4] 24:9 65:24
66:25 79:7
**misstating** [1] 48:1
**Moana** [1] 2:11
**model** [1] 83:4
**modern** [4] 28:23 32:20
33:11,13
**modifications** [1] 72:16
**Moiliili** [1] 16:17
**month** [2] 31:23 44:17
**months** [4] 17:9 18:1
42:23 70:5
**morning** [4] 83:16 88:2
92:2,13
**most** [5] 17:20 52:22 80:5
84:21,22
**motor** [62] 39:19,22,25

39:25 40:6,7,11,12 41:11
46:6,18,21,21,24 47:1,5,6
47:6,7,11,13,14,15,15,16
47:23,23 48:2,5,9,11 51:2
51:3,4,6,7,8,9,9,10,11 58:4
66:22 67:1 74:13,21 82:19
82:25 83:3,6 89:1 90:15
90:23 91:17 92:5 96:8,9
96:13 97:17 100:20,21
101:1
**motorized** [1] 23:25
**motorized-powered**
[1] 25:13
**motors** [7] 23:23 46:5
47:10 48:24 49:13 91:13
99:22
**mountings** [2] 96:8,10
**move** [3] 13:5 47:5 50:18
**moved** [32] 11:9 13:7
29:10 30:6,9,10,11,12
30:13,19,22,25 31:2,8,15
31:19 32:1 50:2,5,8,9
58:23 59:1,3,5,7,12,17
66:22 91:4 99:14
**moves** [1] 53:23
**moving** [2] 38:9 50:19
**Ms** [2] 38:11,19

-N-

**N** [1] 3:1
**name** [16] 4:7 8:21,23 9:9
12:15 14:13,20,22,23 16:7
24:24 26:10 40:20 60:13
60:18 63:4
**named** [3] 16:17 17:4
35:17
**narrative** [1] 42:11
**national** [3] 15:1,7,9
**nature** [2] 88:7,8
**necessarily** [3] 19:5
32:18 48:8
**necessary** [1] 74:2
**need** [10] 5:20 31:16 52:3
72:14 73:17,18 74:5,17
93:7,9
**needed** [5] 21:1 23:6
37:23 44:6 72:10
**never** [8] 48:16,18,18,19
76:4 84:2 97:15 99:10
**new** [8] 13:18 29:9 30:20
47:6,11,15 51:10 99:18
**next** [5] 32:21 59:2,12
67:15 94:18
**nine** [4] 40:8 52:14 86:6
86:21
**nine-year** [1] 86:10
**Nobody** [1] 59:24
**nods** [1] 6:24
**noise** [1] 43:24
**Non-Vehicle** [1] 1:10
**nonprofit** [2] 15:11,11
**nonskid** [1] 34:13
**normal** [1] 40:5
**normally** [3] 21:18 89:7

90:3
**Notary** [1] 2:25
**note** [3] 45:11 54:21 58:13
**noted** [1] 22:5
**notes** [1] 100:20
**nothing** [5] 4:3 43:3
48:12 63:3 100:15
**Notice** [1] 2:2
**noticed** [2] 31:23 59:20
**notification** [3] 88:16
88:19 97:15
**notified** [2] 77:18,25
**now** [7] 32:16 40:22,24
67:25 70:21 78:12 82:6
**nozzle** [1] 5:5
**number** [5] 44:15 83:4,4
88:12 94:24
**numbers** [1] 88:13
**Nuuanu** [1] 8:18

-O-

**O'Neill** [59] 2:15,15 5:21
8:24 9:2,12,17 11:22
14:22 18:12 21:25 22:4
22:13,17,19 23:17 24:5,9
24:22 26:18 42:14 45:10
45:21,24 48:1 51:15 54:21
55:13,17 63:16 64:7 65:24
66:11,24 68:10 71:19 72:3
73:4 75:22 76:12,18 77:7
78:5,11,16 79:7 80:1
82:15 91:6 93:20,25 98:1
98:6,10,14,25 99:5 101:4
101:8
**oath** [2] 6:7,21
**object** [7] 21:25 48:1
65:24 66:8 76:22 80:1
98:15
**objecting** [1] 9:13
**objection** [20] 22:13,17
45:23 54:21 55:14 61:13
63:16,18 64:7 65:2 75:23
76:12,17,18 77:7 78:6
79:7 97:19 98:8 101:8
**objections** [5] 45:11,21
55:18 66:24 80:3
**obsolete** [2] 28:10 69:13
**occasion** [1] 91:11
**occasionally** [3] 38:22
52:19 97:5
**occasions** [3] 6:22 91:3
91:23
**occur** [2] 78:2 92:17
**October** [8] 18:8,14,15
18:16,17,19,22,24
**odd** [1] 95:24
**odd-sized** [2] 34:4,6
**off** [20] 26:7 41:19,20
42:23 46:10 47:22 48:2,4
48:10,10 49:25 58:3 63:11
63:12 70:6 74:4 93:8
96:12 98:17 101:1
**off-the-side** [1] 49:18
**offer** [1] 51:24

**office** [8] 2:3 6:8 42:2,3
42:12 56:17 74:24 96:13
**offices** [2] 2:10 31:25
**often** [3] 89:25 90:1
100:14
**oil** [4] 38:2,4,8 70:5
**old** [4] 11:7 23:7 47:13
84:17
**olive** [1] 30:2
**once** [5] 44:17 46:15
47:21,22 48:10
**one** [55] 4:14,14 6:10 8:19
10:12 15:23 19:18 22:20
23:1,19,22 26:4 27:19
31:4 33:22 35:13,22 36:9
37:15 42:17,22 45:11 46:5
46:18 47:2 48:24 49:9
50:3 52:11,15 53:19 55:8
56:5 63:19 64:15 65:11
73:19 77:18 80:4,10,11
80:12,14,15 81:10,16,23
86:15 92:12 93:16 94:12
94:14,15 97:20 101:10
**ones** [5] 23:24 26:9 36:4
36:17 54:2
**onsite** [1] 45:16
**operate** [3] 65:20 79:5
79:14
**operated** [14] 13:9,11
14:5,13 16:21 35:11,23
50:22 65:19 66:5 74:16
79:15 99:3,7
**operates** [3] 45:15 79:3
79:19
**operating** [11] 10:7,21
11:18,19 13:2 14:12,20
28:4 30:7 38:15 40:3
**operation** [49] 7:20 16:5
17:10,17,20 19:2,14 22:21
25:7,9 27:24,25 30:4,9,25
31:9,11,12,13 35:7,9,14
36:10,10 37:8,12,16 38:18
39:2 41:6 48:16,20 52:6
64:4,24 65:4,9 70:13 73:3
73:13,24 75:4 77:4,4 79:2
79:17,20 93:8,11
**operational** [2] 17:15
48:19
**operational-wise** [1]
72:19
**operations** [14] 16:24
17:11,21,22 18:25,25 19:1
19:6,17 35:5 40:15 44:8
51:24 89:10
**operator** [4] 35:23 99:8
99:9,11
**opinion** [11] 45:12,19
50:25 64:5,9,25 65:7
66:12 76:9,13,25
**opinions** [1] 66:10
**opposed** [1] 55:3
**order** [1] 83:4
**ordered** [5] 46:21,24 51:7
96:8,13
**orders** [1] 39:14
**organization** [2] 81:20
81:21

Orient [1] 16:2
original [5] 15:14 30:1 39:25 40:12 47:12
originally [1] 15:22
OSHA [15] 54:15,19,22 55:2,4,6,10,22 56:4,5,19 57:1,4 58:13 61:16
Otherwise [1] 55:18
out-of-date [1] 71:21
outdated [1] 36:18
outside [6] 63:8,9 68:18 69:2,3 93:6
Overall [1] 41:7
overheard [1] 42:4
overlap [1] 67:5
Overly [2] 23:17 24:5
oversaw [2] 17:11 35:9
oversee [1] 17:10
oversees [1] 35:14
own [4] 17:1 19:8 36:9 76:9
owned [5] 11:12 15:2 31:3 37:10 81:21
owner [1] 60:12
owns [1] 15:12
Oxford [2] 8:15 29:7

-P-

p.m [2] 82:17 101:17
Pacific [2] 2:21 81:2
PAGE [1] 3:3
paid [1] 58:20
paint [3] 32:10,21 72:24
painted [4] 32:2,3,9,13
painting [4] 35:13,14 72:17,23
paraphrase [1] 78:18
parent [1] 13:16
parents' [2] 12:12,14
Park [2] 81:10,13
parse [1] 90:12
part [6] 7:8 16:10 35:21 41:6 55:7 59:3
partial [1] 28:20
particular [13] 17:17 21:2 33:22 54:16 67:12 69:4,19 86:16 91:2 92:3,8 95:25 100:21
particularly [4] 61:11 63:25 64:21 67:11
parts [6] 38:9 48:24 49:1 77:23 88:20 92:11
passed [1] 38:13
pattern [2] 33:19 46:17
patterns [1] 34:17
Pauahi [1] 2:4
PAUL [1] 2:20
pay [3] 15:21 58:14 86:16
pendulum [1] 53:21
people [26] 5:3 16:25 17:1 20:5,12 33:1 35:3,6

49:17,20,21 51:24 55:3 55:22 57:2 59:23 60:3 61:10,21,23 68:18 69:6 79:12 85:7 97:6,8
per [4] 30:7 61:24 89:19 90:8
per-week [1] 90:7
performing [1] 49:7
perhaps [1] 89:18
period [3] 19:15 28:3 86:10
periodic [1] 72:5
permit [1] 89:9
person [12] 17:11,20 43:18 57:4 58:2 67:11 68:11 69:2 87:8,15,17,23
personal [3] 1:5 44:20 74:9
personally [3] 32:8 85:23 99:3
personnel [1] 81:25
perspective [3] 23:11 36:13 45:14
PHA4 [1] 8:18
photographs [2] 31:21 56:3
physically [3] 57:14,17 87:19
piece [2] 40:5 96:1
pieces [5] 88:14 94:9,10 94:13,21
pinning [1] 24:3
pins [2] 46:12,13
place [2] 32:19 61:1
Plaintiff [1] 1:18
plaintiffs [3] 1:8 2:8 83:13
plant [1] 81:21
Plaza [2] 2:11,21
plug [2] 99:16,17
pneumatic-powered [1] 25:16
point [9] 6:20 8:19,24 33:11 34:20 36:19 54:24 71:22 86:14
police [8] 56:10,12,15,16 56:19,21 58:9 61:9
Pomikai [1] 42:24
portions [1] 6:16
posed [2] 94:21 97:22
posing [1] 95:6
position [21] 41:3 46:7 46:10,17 51:8,10,11 53:22 53:22 71:9 75:7 76:10 84:6 89:5 90:18 91:12 97:17 100:21,23 101:2,11
positive [1] 56:12
possible [2] 58:7 88:9
possibly [2] 60:3 98:12
potential [2] 77:19 94:25
power [1] 53:7
Powers [1] 2:4
practical [1] 34:15

premises [5] 20:17 29:17 83:7 87:19 94:22
present [1] 80:13
president [3] 19:4 85:4 85:11
presume [1] 19:2
pretty [16] 20:6 27:12 34:7 36:12 37:6,17 38:6 49:15 52:9 54:11,24 69:13 74:4 79:13,19,24
prevalent [1] 21:1
previously [3] 76:13,23 78:25
primarily [2] 86:11 88:10
problem [4] 55:20 77:19 77:19 92:4
problems [5] 69:24 77:21 87:6 88:17 93:16
procedure [2] 75:13,16
procedures [6] 53:25 95:1,3,8 100:8,12
proceeding [2] 9:7 88:2
process [6] 17:16 36:2 39:19 47:19 48:4 93:1
processed [1] 5:1
processes [1] 36:15
processing [4] 36:6 92:14 95:10 97:6
producers [2] 96:25 97:1
product [5] 4:14,16 14:24 15:6,9
production [2] 84:25 89:15
proper [1] 91:25
properly [1] 69:18
property [1] 31:3
protection [1] 55:5
provided [1] 95:10
provisions [1] 75:11
Public [1] 2:25
pulled [1] 5:6
pulleys [1] 38:9
Punahou [4] 8:12,13,15 8:16
Pune'e [1] 21:12
purchased [10] 5:11 14:14,19 20:1 30:14 65:5 65:10,14 69:13 72:20
purchasing [3] 84:10,19 84:21
purpose [3] 6:10,14,18
purposes [1] 57:1
pursuant [1] 2:2
put [18] 27:1,10,15,19 30:4 31:18 33:19 36:21 37:4 41:8 47:6,14 48:16 48:20 51:9 58:4 94:25 95:2
puts [1] 26:4

-Q-

quality [1] 15:10

queens [1] 20:25
question-and-answer [2] 6:6,23
questions [11] 6:12 63:17 65:3 82:11,12,18 86:15 97:20 98:24,25 100:2
quick [4] 31:22 63:13 91:9 100:16
quickly [1] 100:3
quilting [7] 26:6,19,20 26:21 27:15,17 36:17
quilts [2] 27:15,18
quit [1] 48:21
quite [7] 50:21 55:23 56:13 58:17 71:17 82:3 98:7

-R-

R [1] 26:11
racks [1] 89:12
raise [3] 46:10 47:12,13
raised [1] 78:21
raises [2] 47:23 79:23
Ralph [7] 2:15 5:18 55:2 61:14 68:7 71:14 77:2
ran [4] 78:24 85:9 99:11 100:20
range [1] 88:12
rather [1] 98:3
rattan [1] 20:13
read [5] 6:16 64:10,12,14 98:19
real [3] 37:19 100:3,16
really [22] 9:23 32:1,19 38:1 39:15 52:1,3 68:17 73:18,22 74:2 75:9 87:9 92:10,12,18 93:7 95:17 97:23 98:14 100:9,9
reason [7] 41:9 49:22 51:5 57:25 69:16 87:14 100:25
reasons [6] 37:16 63:20 64:15 81:16,23 95:4
received [2] 88:3 97:15
recently [1] 77:12
Recess [3] 29:3 63:14 82:17
recollect [1] 34:24
recollection [4] 7:17,23 16:20 29:21
record [10] 22:5 29:4 41:19,20,21 63:11,12,15 64:14 98:17
records [3] 58:13 68:3,4
redone [1] 97:8
refer [1] 28:4
reference [6] 78:17,18 87:2,4 88:23 91:2
referring [2] 19:23 23:12
refresh [1] 6:4
refurbishing [1] 97:7
regular [1] 71:11

regulations [2] 93:24 94:4
rehash [1] 76:24
related [1] 21:14
relating [1] 62:1
relatives [1] 44:23
release [1] 71:23
released [6] 57:7,9,14,15 57:17 58:10
releases [1] 53:23
relive [1] 101:16
remained [2] 31:11,12
remember [19] 9:15 18:4 20:20 24:14 41:24 57:2 60:14 61:2,3,8 62:7 71:2 75:1,9 76:7 86:12 98:2 100:9,10
removed [1] 92:5
rented [2] 31:3,7
repair [9] 49:7,13 51:21 51:25 58:2 74:11,12,17 82:20
repaired [1] 49:18
repairs [2] 72:10 74:11
repeat [1] 98:6
replace [3] 51:6 83:7 88:25
replaced [6] 39:23 40:1 40:12 41:11 74:13 100:22
replacement [5] 28:12 46:21 49:13 51:7,10
replacing [2] 39:19 82:25
REPORTED [1] 2:24
reporter [2] 6:25 64:14
reporter's [1] 6:8
represent [3] 22:24 76:3 83:13
Representative [1] 1:5
require [2] 30:21 33:23
required [3] 29:24 38:1 55:8
rescue [1] 58:9
research [1] 15:10
residence [1] 8:17
residue [1] 53:16
respect [2] 73:2 76:10
respects [1] 75:3
responses [2] 7:1,4
responsible [1] 67:12
rest [2] 16:5 34:10
result [1] 55:7
retire [3] 17:25,25 82:7
retired [2] 71:17 82:6
retirement [1] 18:20
retrofit [2] 77:23 88:20
rewire [2] 91:3 99:15
rewired [3] 91:11,14 99:14
rewiring [1] 92:7
Richmond [1] 81:22

rid [1] 17:2
right [34] 5:10 7:22 10:3
  12:3 14:4,15 19:25 20:3
  23:1 32:15,25 33:3 36:7
  37:2,22 38:7 39:10 44:19
  50:7 53:1,13 56:23 59:12
  59:19 60:10 75:19 85:14
  89:23 95:23 96:17,19,23
  99:22 100:20
risk [2] 94:25 95:6
risks [2] 94:21 97:16
Rizilina [1] 39:3
Rod [1] 34:18
rolled [1] 69:12
room [8] 35:18,21,25
  36:14,16 42:18 49:19
  89:10
rope [2] 59:21,22
roughly [4] 85:11 92:17
  92:18 97:8
RPR [1] 2:24
Rudy [1] 2:15
rules [3] 5:16 6:3 93:24
run [6] 19:8 40:7 90:3
  99:18,21,24
running [11] 5:5 35:2
  41:17 45:22 55:14 61:13
  63:16 65:2 78:6 91:19,24
runs [3] 40:6 48:5,11

-S-

S [1] 2:10
safe [2] 87:15,17
safety [1] 87:24
sake [1] 32:14
sales [4] 17:17 63:9 84:8
  84:8
salesman [1] 62:18
San [5] 14:1,17,18 17:6
  61:22
sandwich [1] 27:5
sat [1] 58:22
Saunders [1] 34:18
Savings [1] 2:16
scene [2] 57:11 60:20
scheduling [5] 41:8
  84:23,24,25,25
school [7] 8:9,11 12:6
  29:5,13 83:22 85:21
se [1] 61:24
seal [2] 27:1,11
seals [1] 26:5
Sealy [3] 81:2,19 86:11
Seattle [2] 14:1,16
second [3] 11:22 41:19
  45:11
section [4] 36:4,5 54:22
  59:6
secured [1] 60:1
see [7] 13:9 23:24 47:4
  62:25 63:2 91:20 98:18
seem [1] 17:14

self-evident [4] 72:14
  79:18,24 98:21
sell [1] 11:8
selling [1] 10:2
send [4] 29:14 52:20
  88:20,25
senior [1] 52:17
sense [1] 68:25
sent [5] 29:13,14 58:1,2
  77:23
separate [1] 6:22
serial [1] 83:3
Serta [21] 1:11 5:25 8:23
  9:10 13:16,20,21,24 14:3
  14:20,22,23,23 15:1,8,11
  15:12 62:20,21 81:5,12
Serta's [1] 31:24
service [1] 55:24
serviced [1] 86:20
session [4] 6:7,23 83:17
  88:2
set [11] 15:9 20:17,20 24:7
  24:14,21,21 25:1,4,5 37:8
setup [3] 8:21 35:2,16
several [7] 25:25 48:24
  50:2,8 89:20 91:23 99:25
sewed [1] 27:20
sewing [11] 35:18,18,21
  35:25 36:14,16,19 37:4
  48:21 49:19 69:22
sewn [1] 27:11
share [1] 15:12
shareholder [1] 15:12
Shawler [1] 2:24
Sheldon [3] 42:24 43:4
  43:22
shift [1] 41:18
Shimazu [1] 2:20
shipped [2] 81:17,22
short [2] 11:6 28:25
show [3] 32:19 33:2 74:5
showcase [1] 32:23
showed [1] 63:2
showing [1] 4:10
showroom [1] 15:24
side [3] 16:17 59:8,14
signs [1] 88:21
similar [7] 20:13 22:20
  22:21,22,23 24:6 35:16
Simmons [5] 81:2,6,9
  81:13 86:11
Simon [40] 1:10,16 2:14
  5:10,13,25 8:22 9:10,21
  9:24 11:9,12,19 13:2,10
  13:11,25 14:1,5,12,13,14
  14:19,19,22 15:2 16:21
  16:24 17:3,4 23:14 30:15
  40:15 43:18 49:12 59:24
  63:20 64:16 68:4 71:12
Simon/Serta [1] 80:23
Simons [1] 8:22
simple [6] 18:21 68:19
  68:19 72:8 73:22,24

Singer [3] 69:21,22,25
sister [1] 39:4
sit [1] 90:14
site [1] 38:5
situation [3] 17:2 49:16
  58:19
six [2] 17:9 70:5
size [3] 5:1 20:25 34:1
skipping [2] 83:14 87:3
Sleepmaster [14] 9:25
  11:13 13:14,16,17 14:11
  14:13,14,19 15:5 16:21
  17:1,3,8
slide [1] 34:14
slip [1] 20:12
slow [1] 28:10
small [1] 86:14
smaller [7] 20:23 23:22
  33:23,25,25 34:6 39:14
Smith [2] 1:7 2:9
smoking [1] 84:13
smoother [1] 82:14
sold [26] 5:12 9:25 11:6,6
  11:13,15,17,18 13:2,10
  13:13 14:4 15:3,3,4 19:3
  19:9,15 21:19 30:9,11,12
  30:23 31:13,13 77:18
solve [1] 63:1
someone [6] 17:9 41:24
  52:20 53:8 56:16 92:14
sometime [1] 25:5
sometimes [2] 7:17
  88:20
somewhat [1] 90:10
son [10] 23:2 40:18 70:16
  70:18,19,25 71:1 74:20
  75:3 88:25
son's [1] 40:20
soon [1] 55:9
sophisticated [3] 21:24
  22:6,9
sophomore [1] 8:16
sorry [6] 19:11 30:13,17
  62:11 91:8 101:15
sort [17] 15:6 24:17 28:13
  28:19 31:24 32:23 35:8
  49:18 52:17 56:14 59:14
  76:9 79:17 87:2 88:22
  94:18 97:21
sounds [4] 7:2 18:12 20:3
  71:8
South [1] 2:21
space [5] 30:22 46:25
  89:8,9,14
speak [4] 29:20 32:24
  35:21 68:16
speaking [2] 79:11 87:4
special [1] 39:14
specialized [1] 97:7
specific [11] 6:12 7:20
  10:7 19:18 20:7 21:7,14
  26:9 29:21 61:15 71:9
specifically [3] 61:8,12

83:2
specifications [1] 15:9
specifics [1] 61:5
specs [1] 96:12
speculate [1] 7:16
speculation [9] 22:14
  45:11 64:8 66:11 75:22
  79:8 80:2 101:3,4
spelling [1] 39:10
spend [1] 89:24
split [2] 30:25 41:18
sporadically [3] 28:21
  33:8 49:24
spreading [1] 24:3
spring [9] 23:9 27:6,21
  34:12 36:9,10,21 37:4,5
springs [2] 23:4 36:11
square [1] 30:20
staff [3] 51:20,23 96:22
stair [3] 47:1 91:12 96:9
stand [1] 46:11
standard [3] 27:12 37:16
  37:17
start [5] 9:13 10:17,20
  53:9 58:4
started [11] 10:24 12:17
  12:18,25 15:13,14 19:8
  19:10 41:18 84:7 85:19
state [5] 2:25 4:7 15:20
  55:18 78:8
statement [2] 48:7 82:2
statements [1] 95:16
STATES [1] 1:1
statute [1] 54:24
stayed [1] 19:14
step [12] 46:9,10,14,16,18
  47:6,12,14 73:19 74:21
  82:19 91:12
step-great [1] 12:18
step-raising [2] 51:6,10
still [25] 5:5 9:21 14:19
  21:14 31:2 32:17 38:11
  38:23,23 39:5 43:4 44:5,6
  44:8 57:5,22 60:22 63:6
  67:21,23 69:14,20 71:18
  84:12 86:11
stop [1] 7:9
stopped [2] 32:22 73:21
stops [1] 73:21
storage [1] 31:6
store [1] 89:15
stored [13] 53:12,14,20
  53:22 59:18 75:11,13,17
  75:20 94:7,10,25 95:6
street [12] 2:4,16,21 10:5
  11:4,16 16:17 29:18,19
  30:20 31:3 74:4
stretch [1] 68:24
strictly [1] 23:23
strike [2] 49:5 50:17
strings [1] 34:9
stuff [12] 10:2 11:17 33:3
  35:15 38:5,6 67:9 68:5,13

68:21 77:23 89:15
stuffed [1] 23:7
subfunctions [1] 36:1
subject [11] 35:24 49:8
  63:23 64:18 70:3 71:25
  72:4,11,16 73:13 74:15
subpoena [1] 5:19
subsequent [3] 58:1
  78:2,14
subsidiary [1] 16:10
substantially [1] 23:20
Suffice [1] 25:13
suggest [2] 9:12 19:21
suggestion [2] 19:20
  58:1
Suite [3] 2:5,11,16
summer [1] 85:19
Superior [1] 81:2
superiors [1] 61:22
supervisor [1] 35:14
supposed [5] 53:7 73:21
  78:24 93:5,23
surfing [2] 29:12 83:24
switch [6] 47:2 53:9 54:6
  73:19,20 99:18
switched [3] 81:20 90:17
  90:23
switches [2] 73:19 79:9
sworn [1] 4:3

-T-

T [1] 2:20
table [99] 19:22,23,24
  20:6,13,16 21:1,2 22:16
  23:13 25:14 28:6,8,14,19
  30:22 32:3 33:13,15,24
  34:5 35:10,11,20 37:10
  37:18 39:20 40:5 43:2,14
  45:15 46:6,9,12,16 47:3,8
  47:14,24,24 48:5,7,11,12
  49:8 54:1,9 57:19 58:3,5
  59:21 63:23,23 64:5,18
  64:19,25 66:22,23 67:8
  67:13 69:21 70:3,8 72:1,5
  72:11,16 73:2,3,14,17,17
  73:20 74:9,13,15,18 79:23
  79:24 80:9,14,17,20 85:24
  89:4 90:16,18 91:13 92:9
  94:12 95:5 96:5 97:17,22
  99:14 100:21,22 101:1
table-raising-and-lowering
  [1] 51:2
table-tilting [4] 51:3,4
  51:9,11
tables [1] 25:17
tag [10] 53:2,7,25 54:3
  75:11,12 93:24 94:3 95:1
  95:8
tagged [2] 54:5,9
takes [2] 7:4 79:9
taking [2] 48:2,4
tape [10] 26:4,5,18,20,22
  26:24 27:1,11 37:4 69:19
tax [1] 15:20

Gendrow v. Simon Mattress     Multi-Page™     taxes - ^
Donald Erwin Lee

taxes [1] 15:21
team [1] 85:10
telling [2] 42:4,22
temporarily [1] 89:15
ten [3] 7:21 32:21 97:8
term [5] 19:23 24:18 68:25 75:12,17
terminated [3] 18:7,13 18:18
terms [40] 9:8 14:10 16:24 17:15 22:10 23:13 23:16 24:2,3 26:13 27:3 28:13 34:1 42:12 45:2 50:24 51:20 55:4 56:4,18 61:5 62:14 68:8 70:2 71:25 72:4 73:2 74:1,9,11 75:12,16 76:8 79:2,16,16 79:22 82:20 87:22,23
terrible [1] 61:7
testified [8] 4:4 6:21 52:4 65:20 79:12 97:11 99:21 100:19
testify [1] 6:19
testimony [12] 6:9 24:9 50:20 65:25 66:25 72:4 78:1 79:8 88:24 89:18 92:2 97:13
Thank [3] 83:9 101:14 101:15
Thanks [2] 98:23 100:15
themselves [2] 21:19,22
thickness [1] 33:17
thinking [3] 9:23 53:17 77:11
Third [1] 6:18
Third-party [5] 1:18,21 2:1,13,18
thought [3] 24:15 31:4 49:25
three [13] 5:2 15:2,3,4 17:11 34:11,16 39:17 50:10 82:5 89:19 91:3 94:10
three-and-a-half [2] 18:8 49:3
through [9] 5:15 8:16 9:6 16:21 31:12 42:13 81:19 82:1 90:3
throughout [2] 83:18 86:2
tie [1] 73:9
tied [1] 59:21
tightened [1] 68:23
tilt [2] 73:20 99:10
tilted [1] 47:2
timeline [1] 56:14
times [12] 36:3 39:17 40:8 50:3,8,8 82:5 88:11,15 89:19 99:25
title [3] 19:6,18 85:2
today [9] 4:10 6:5,20 32:16 77:17 83:16 87:11 90:14 97:13
together [4] 13:19 27:19 27:20 36:21

too [4] 28:10 29:12 34:3 56:8
took [7] 55:23 56:1,2 61:1 89:7,9 96:12
tool [1] 21:7
top [8] 26:8 27:9,21 34:9 34:12 37:5 46:11 90:16
topic [2] 54:25 76:24
Tort [1] 1:10
Tower [2] 2:4,16
track [1] 70:8
trained [1] 73:16
training [3] 73:17,18 74:1
transcript [1] 98:4
transformation [1] 81:19
tried [1] 43:13
trip [1] 12:2
truck [2] 5:1 31:19
true [3] 21:9 35:4 78:17
trust [1] 87:22
truth [3] 4:3,3,4
try [10] 7:5 42:15 43:2,14 43:15 78:18 83:14 90:12 98:2,6
trying [8] 9:12 10:19 17:13 23:10 51:1 57:2 59:7 73:23
turn [2] 53:9,16
turned [2] 43:24 93:8
twice [1] 76:21
two [17] 6:21 11:6,23,24 13:12 18:1 39:17 42:9,23 42:23 45:11 46:5 73:18 79:9 85:5 89:18 94:9
type [23] 20:5,6,7,8,13 21:12 22:10 23:10 27:18 31:5 33:21 34:6 35:15,16 53:10 67:9 68:5 70:12 77:10 80:9,17,20 97:10
types [7] 7:1 17:18 21:18 23:15 25:25 28:5 53:8

-U-

uh-huhs [1] 6:24
unable [1] 84:15
unambiguous [1] 7:5
unavailable [1] 6:15
uncrate [1] 29:25
under [9] 6:7,21 14:13,20 14:22 19:18 43:2,14 101:12
understand [35] 5:18,23 7:3,7,9,10 9:5,20 12:1 13:21 14:25 21:5 22:2,12 22:24 23:5 27:25 29:18 30:1 33:10 40:18 44:1,5 45:14 50:16 52:15 54:10 54:15 55:1 64:1 75:14 78:1 81:23 83:2 89:23
understood [4] 7:14 25:9 47:17 48:22
unemployed [3] 40:25

41:2,3
unfortunately [1] 45:16
unit [4] 27:6,21 35:13 36:21
UNITED [1] 1:1
units [1] 36:9
unplug [1] 54:4
unplugged [1] 53:17
up [55] 4:10 12:2 13:19 20:17,20 24:8,14,21,21 25:1,4,5,10 26:5 27:2,11 27:24 31:12,18 37:8,8 40:3 41:25 42:2 46:10,15 46:22 47:8 48:13 53:9,21 53:22 57:19 58:4,18 59:21 62:10 63:3 68:23 73:19 74:16 80:13 84:21 86:12 88:12,12 89:4,7,9 90:16 93:2,21 97:17 99:9 101:2
upgrade [1] 28:13
upholstery [1] 27:6
upright [3] 46:6,9 101:10
upset [1] 15:20
used [28] 11:24 20:7,13 21:7 24:17 28:19 33:7,12 33:22 34:5,12 36:20 39:13 40:7,9 44:22,23 85:6 86:24 89:18,21,25 90:2 96:1,2,5 97:3
user [2] 21:24 79:3
Ushijima [1] 81:1
using [4] 49:24 69:14,20 89:13
usually [2] 52:19 97:1

-V-

vague [5] 21:25 24:18,22 66:8 80:2
Valdez [4] 67:14,20 68:9 72:7
various [6] 36:3 44:18 44:19 82:1 83:17 94:21
verbal [3] 6:24 7:1,4
verbally [1] 95:14
version [2] 20:23 78:12
vertical/horizontal [1] 48:11
vicinity [1] 89:10
violation [1] 54:16
volume [1] 82:6
vs [2] 1:9,19

-W-

Waipahu [23] 10:5,10,12 10:21 11:10 13:5,7 16:22 28:5 30:6,6,10,11,12,13 30:19,22 31:1,2,8,15 32:1 81:12
Wait [2] 91:6 98:1
waiting [1] 89:15
wall [1] 99:17
war [1] 23:5
warehouse [4] 58:24

59:3,5,8
warning [5] 77:19,20 88:3,9,21
warnings [6] 72:25 73:4 73:12 77:10 78:19 88:17
wars [2] 82:1,1
watching [1] 89:25
Waterfront [1] 2:11
wear [1] 40:9
Wednesday [1] 2:2
week [4] 39:17 89:19 90:8 96:15
weeks [3] 11:6 31:23 42:23
whole [8] 4:3 13:18 16:1 23:5 27:20 55:18 93:20 98:7
wholly [1] 81:20
wide [3] 20:24 21:3,3
wider [1] 21:1
width [1] 20:24
wife [2] 62:8,24
wire [3] 23:7 29:25 91:17
wires [1] 99:18
wiry [1] 23:3
within [4] 21:6 36:1 87:12 88:4
without [2] 5:19 74:17
witness [8] 4:2 9:15 11:25 14:23 29:2 60:17 64:12 91:8
witnessed [1] 43:23
wondering [4] 9:8 43:22 66:16,19
wood [1] 36:11
word [1] 97:3
words [11] 16:25 30:24 43:8 47:21 54:3 58:4 61:6 65:8 72:18 73:8 74:15
worked [12] 16:12 37:21 38:21 40:18 50:22 52:6,9 62:17 69:6 79:13 95:11 96:6
works [5] 27:20 43:4 66:18 74:5 79:14
written [3] 88:18 93:24 95:22
wrong [7] 20:4 31:24 77:6 78:10 91:17 96:8,9

-X-

X [1] 3:1

-Y-

Yamamura [91] 2:20,20 3:4,6,8 4:6 5:18,22,23 8:25 9:4,19 12:1 14:25 18:15 22:2,7,15,18,21 23:21 24:7,11,15,19 25:1 26:20 28:25 29:4,5 41:19 41:21,22 42:16,20 45:13 45:22 46:1,4 48:3 51:16 55:1,6,16,20,21 60:19

61:13,15 63:11,13,15,19 64:10,13 65:2,6 66:3,14 66:16 67:4 68:7,11 71:14 71:22,25 72:4 73:6,8 75:24 76:16 77:2,3,15 78:5,7,14 79:1,11 80:9 82:11,18 83:9 97:19 99:2 99:8 100:2,16,18 101:7 101:14
Yamauchi [1] 2:15
year [12] 8:13,16 11:25 24:8 25:5 32:16 38:13 39:12 43:7 81:4 83:23 86:12
years [22] 7:21,21 9:6 11:7,12 13:11 14:6 18:8 19:20 32:21 44:16 49:3 52:14 70:15 77:17 84:9,9 86:6,21 88:15 89:20 97:8
young [2] 15:24 55:25
yourself [1] 5:10
yourselves [1] 37:25

-Z-

zaps [1] 53:17
Zenaida [2] 35:17 46:7
Zenaida's [1] 39:4

-^-

^ [1] 98:19