

**AEL - No. 11**



**AEL - No. 12**



AEL - No. 13



AEL - No. 14



AEL - No. 15



AEL - No. 16



AEL - No. 17



AEL - No. 18



AEL - No. 19



AEL - No. 20



AEL - No. 21



AEL - No. 22



AEL - No. 23



AEL - No. 24



AEL - No. 25



AEL - No. 26



AEL - No. 27



AEL - No. 28



AEL - No. 29



AEL - No. 30



AEL - No. 31



AEL - No. 32



AEL - No. 33



AEL - No. 34



AEL - No. 35



AEL - No. 36



AEL - No. 37



AEL - No. 38



AEL - No. 39



AEL - No. 40



**AEL - No. 41**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>          Plaintiffs,<br><br>   vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>          Defendants.<br>_____<br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>     Third-Party Plaintiff,<br><br>   vs.<br><br>JAMES CASH MACHINE CO.,<br><br>     Third-Party Defendant.<br>_____ | ) CIVIL NO. CV03 00034 BMK<br>) (Other Non-Vehicle Tort)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |