IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, | ) CIVIL NO. CV03 00034 BMK<br>) (Other Non-Vehicle Tort)<br>)<br>) **CERTIFICATE OF SERVICE**<br>) |
| Plaintiffs, | ) |
| vs. | ) |
| SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| SIMON MATTRESS MANUFACTURING COMPANY, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| JAMES CASH MACHINE CO., | ) |
| Third-Party Defendant. | ) |

| | |
|---|---|
| JAMES CASH MACHINE CO., | ) |
| | ) |
| Fourth-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| A & B ELECTRIC, | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

|  | **Mailed** | **Delivered** |
|---|---|---|
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>ASB Tower, Suite 2650<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | (X) | |

    Attorneys for Defendant and Third-Party Plaintiff
    SIMON MATTRESS MANUFACTURING
    COMPANY

|  | **Mailed** | **Delivered** |
|---|---|---|

JAMES T. ESTES, JR., ESQ.                    (X)
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Mauka Tower, Suite 3100
737 Bishop Street
Honolulu, Hawaii 96813

    Attorney for Defendant,
    Third-Party Defendant and
    Fourth-Party Plaintiff
    JAMES CASH MACHINE CO.


PHILLIP A. LI, ESQ.                          (X)
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Floor
Honolulu, Hawaii 96813

    Attorney for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.


    DATED: Honolulu, Hawaii, January 20, 2006.

                              CHRIS BOUSLOG
                              Attorney for Plaintiffs