IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>Defendants.<br><br>――――――――――――――――――<br>SIMON MATTRESS MANUFAC-TURING COMPANY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO.,<br><br>Third-Party Defendant.<br>―――――――――――――――――― | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**DECLARATION OF COUNSEL, EXHIBITS "A" - "F"** |

| | |
|---|---|
| JAMES CASH MACHINE CO., | ) |
| | ) |
| Fourth-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| A & B ELECTRIC, | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |

## DECLARATION OF CHRIS BOUSLOG

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS: |
| CITY AND COUNTY OF HONOLULU | ) |

1. I am the attorney for Plaintiffs in the above-entitled lawsuit. I make this Declaration based upon my own personal knowledge of and/or belief in the matters herein set forth.

2. Attached as Exhibit "A" is true and accurate copy of the condensed version of the Deposition Transcript of Donald Erwin Lee taken on May 25, 2005.

3. Attached as Exhibit "B" is a true and accurate copy of the Report of Gary L. Buffington dated November 14, 2005, his Supplemental Report dated January 20, 2006 and the respective attachments to these

2

documents.

4. Attached as Exhibit "C" is a true and accurate copy of the condensed version of the Deposition Transcript of David R. Cash taken on January 11, 2005.

5. Attached as Exhibit "D" is a true and accurate copy of Defendant and Third-Party Plaintiff Simon Mattress Manufacturing Company's First Amended Third-Party Complaint; Exhibit "A"; Summons; Certificate of Service filed on April 5, 2005.

6. Attached as Exhibit "E" is a true and accurate copy of the Third Amended Complaint; Summons filed on May 18, 2005.

7. Attached as Exhibit "F" is a true and accurate copy of the Order Denying Third-Party Defendant James Cash Machine Co.'s Motion to Dismiss Third-Amended Complaint filed May 18, 2005, filed on October 17, 2005.

8. I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 20, 2006.

_____
CHRIS BOUSLOG