IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 7 2005

at 2 o'clock and 30 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| DENISE GENDROW, individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III; and JEANNE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>Defendants.<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>Third-Party Defendant. | CIV NO. 03-00034 BMK<br><br>ORDER DENYING THIRD-PARTY DEFENDANT JAMES CASH MACHINE CO.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT FILED MAY 18, 2005 |

# EXHIBIT "F"

ORDER DENYING THIRD-PARTY DEFENDANT JAMES CASH MACHINE CO.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT FILED MAY 18, 2005

Before the Court is Third-Party Defendant James Cash Machine Co's ("JCM") Motion to Dismiss Third Amended Complaint Filed May 18, 2005 ("Motion"). The matter came on for hearing on October 7, 2005. After careful consideration of the Motion, supporting and opposing memoranda, and arguments of counsel, the Court hereby Denies Defendant JCM's Motion.

DISCUSSION

The Court has jurisdiction over the subject matter and parties in this case based on diversity of citizenship. Under the doctrine of Erie Railroad Co. v. Tompkins, 304 U.S. 64 (1938), federal courts sitting in diversity cases must apply state substantive law (decisional and statutory) and federal procedural law. See, e.g., Hanna v. Plumer, 380 U.S. 460 (1965); Guaranty Trust Co. of N.Y. v. York, 326 U.S. 99 (1945). Where a state rule does not conflict with a federal rule, the "outcome determination" test articulated in Guaranty Trust and later modified by Hanna should be utilize to determine whether the rule is substantive. Hum v. Dericks, 162 F.R.D. 628, 635 (D. Haw. 1995). A rule is substantive if it would materially affect the outcome or result of a litigation. Id. (citing Hanna, 380 U.S. at 467). Finally, state procedural rules can amount to substantive law where the rules impact a state right. Slaven v. BP America, Inc., 958 F. Supp. 1472, 1477

2

(C.D. Cal. 1997) (citing Mangold v. Cal. Pub. Util. Comm'n, 67 F.3d 1470, 1479 (9th Cir. 1995)).

Hawaii Revised Statutes ("HRS") § 657.7.5 enables a plaintiff to bring a third party defendant into the lawsuit. Because the Statute materially affects the outcome of the litigation by permitting a plaintiff to assert a claim arising out of the original transaction or occurrence of the lawsuit against a third party defendant within thirty days after the filing date of the third-party defendant's answer, the Court will apply the Statute to the instant case. Haw. Rev. Stat. Ann. § 657-7.5 (West, Westlaw through 2004 Regular Session).

On April 5, 2005, Defendant Simon Manufacturing Company filed a First Amended Third Party Complaint. On July 6, 2005, JCM filed an Answer to the First Amended Third Party Complaint. According to HRS § 657.7.5, Plaintiffs Denise Gendrow, individually and as Personal Representative of The Estate of Charles Eugene Gendrow, Jr., Charles E. Gendrow, III, and Jeanne Smith ("Plaintiffs"), had thirty days from July 6, 2005, or until August 5, 2005, to file a third party claim against JCM. Because Plaintiffs complied with the thirty day statutory period to file a third party claim against JCM by filing their Third Amended Complaint on May 18, 2005, the Court finds that Plaintiffs properly brought JCM into the lawsuit pursuant to Hawaii law.

## CONCLUSION

3

For the foregoing reasons, the Court Denies Defendant James Cash Machine Co.'s Motion to Dismiss Third Amended Complaint Filed 05/18/05.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, October 17, 2005.

Barry M. Kurren
United State Magistrate Judge

Denise Gendrow et al., v. Simon Mattress Manufacturing Company, et al.; CIV NO 03-00034 BMK; ORDER DENYING THIRD-PARTY DEFENDANT JAMES CASH MACHINE CO.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT FILED MAY 18, 2005

4