IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>        Plaintiffs,<br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>        Defendants.<br>_____<br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>        Third-Party Plaintiff,<br>vs.<br><br>JAMES CASH MACHINE CO.,<br><br>        Third-Party Defendant.<br>_____ | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| JAMES CASH MACHINE CO., | ) |
| | ) |
| Fourth-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| A & B ELECTRIC, | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

|  | Mailed | Delivered |
|---|---|---|
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>ASB Tower, Suite 2650<br>1001 Bishop Street<br>Honolulu, Hawaii  96813 | (X) | |

Attorneys for Defendant and Third-Party Plaintiff
SIMON MATTRESS MANUFACTURING
COMPANY

|  | Mailed | Delivered |
|---|---|---|
| JAMES T. ESTES, JR., ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center<br>Mauka Tower, Suite 3100<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant,<br>Third-Party Defendant and<br>Fourth-Party Plaintiff<br>JAMES CASH MACHINE CO. | (X) | |
| PHILLIP A. LI, ESQ.<br>Torkildson Katz Fonseca Moore & Hetherington<br>700 Bishop Street, 15th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Fourth-Party Defendant<br>A & B ELECTRIC CO., INC. | (X) | |

DATED: Honolulu, Hawaii, January 20, 2006.

_____
CHRIS BOUSLOG
Attorney for Plaintiffs