ORIGINAL

CHRISTOPHER S. BOUSLOG  3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii  96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED

JAN 19 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>              Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>              Defendants. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME TO SUBMIT PLAINTIFFS DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III'S EXPERT WITNESS REBUTTAL REPORTS and ORDER**<br><br>**TRIAL WEEK: MAY 16, 2006** |

```
SIMON MATTRESS MANUFAC-        )
TURING COMPANY,                )
                               )
        Third-Party Plaintiff, )
                               )
vs.                            )
                               )
JAMES CASH MACHINE CO.,        )
                               )
        Third-Party Defendant. )
_____)
JAMES CASH MACHINE CO.,        )
                               )
        Fourth-Party Plaintiff,)
                               )
vs.                            )
                               )
A & B ELECTRIC,                )
                               )
        Fourth-Party Defendant.)
_____)
```

**STIPULATION FOR FIRST EXTENSION OF TIME TO SUBMIT
PLAINTIFFS DENISE GENDROW, Individually and as Personal
Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.;
and CHARLES E. GENDROW III'S
<u>EXPERT WITNESS REBUTTAL REPORTS and ORDER</u>**

It is hereby stipulated by and between the parties hereto,

through their respective attorneys undersigned, that Plaintiffs shall have up

to and including five (5) business days from their expert's receipt of his case

file which is to be returned by Defendant JAMES CASH MACHINE CO. through its court reporting company, Powers & Associates, to disclose the expert written rebuttal reports of Gary Buffington under Rules 702, 703, or 705 of the Federal Rules of Evidence.

DATED: Honolulu, Hawaii, _____January 18, 2006_____.

AGREED AND SO STIPULATED:

_____
CHRISTOPHER S. BOUSLOG
Attorney for Plaintiffs

_____
STEPHEN B. MacDONALD
Attorney for Defendant and
Third-Party Plaintiff
SIMON MATTRESS
MANUFACTURING COMPANY

AGREED AND SO STIPULATED:

_____
JAMES T. ESTES, JR.
Attorney for Defendant,
Third-Party Defendant and
Fourth-Party Plaintiff
JAMES CASH MACHINE CO.

_____
PHILLIP A. LI
Attorney for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Civil No. CV 03 00034 BMK; GENDROW, et al. v. SIMON MATTRESS, et al.; "STIPULATION FOR FIRST EXTENSION OF TIME TO SUBMIT PLAINTIFFS' EXPERT WITNESS REBUTTAL REPORTS and ORDER"