ORIGINAL

Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

| | |
|---|---|
| DAVID M. LOUIE | 2162-0 |
| dlouie@rlhlaw.com | |
| JAMES SHIN | 6333-0 |
| jshin@rlhlaw.com | |

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at 9 o'clock and 06 min. A M
SUE BEITIA, CLERK

LODGED
JAN 1 9 2006
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>　　　　Defendants, | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>WITHDRAWAL AND APPEARANCE OF COUNSEL FOR FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC., AND ORDER<br><br><br>Trial Date: May 16, 2006 |

|  |  |
|---|---|
| and | ) |
|  | ) |
| SIMON MATTRESS | ) |
| MANUFACTURING COMPANY, | ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| JAMES CASH MACHINE CO., a | ) |
| Kentucky Corporation, | ) |
|  | ) |
| Third-Party Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| JAMES CASH MACHINE CO., a | ) |
| Kentucky Corporation, | ) |
|  | ) |
| Fourth-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| A & B ELECTRIC CO., INC., a | ) |
| Hawaii Corporation, | ) |
|  | ) |
| Fourth-Party Defendant. | ) |
|  | ) |

1465-356/p.Withdraw.Sub.Counsel.dml.chi.wpd

## WITHDRAWAL AND APPEARANCE OF COUNSEL FOR FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC.

PHILLIP A. LI and TORKILDSON, KATZ, FONSECA MOORE &

HETHERINGTON hereby withdraw and DAVID M. LOUIE, JAMES SHIN and

ROECA, LOUIE & HIRAOKA hereby enter their appearance as counsel for

Fourth-Party Defendant A & B ELECTRIC CO., INC., pursuant to LR 83.6(b) of the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, JAN 1 9 2006

*/s/ Phillip A. Li*
PHILLIP A. LI
TORKILDSON, KATZ, FONSECA
MOORE & HETHERINGTON
Withdrawing Attorneys for Fourth-Party
Defendant A & B ELECTRIC CO., INC.

*/s/ David M. Louie*
DAVID M. LOUIE
JAMES SHIN
Appearing Attorneys for Fourth-Party
Defendant A & B ELECTRIC CO., INC.

APPROVED AS TO FORM AND CONTENT:

A & B ELECTRIC CO., INC.,
Fourth-Party Defendant

By */s/ Malcolm L. Barcone*
Its   President

APPROVED AND SO ORDERED:

*/s/ Judge*
JUDGE OF THE ABOVE-ENTITLED COURT

Civil No. 03-00034 DAE-BMK, U. S. District Court, District of Hawaii
Gendrow, et al. v. Simon Mattress Manufacturing Company, et al.; Simon
Mattress Manufacturing Company v. James Cash Machine Co.; James Cash
Machine Co. v. A & B Electric Co., Inc.