ORIGINAL

2179-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
JAMES T. ESTES, JR. 2000-0
DAVID Y. SUZUKI 6761-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656
bborder@bmbe-law.com
jestes@bmbe-law.com
dsuzuki@bmbe-law.com

STITES & HARBISON, PLLC

JOHN L. TATE
SARAH G. CRONAN
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone No. (502) 681-0543
Fax No. (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE COMPANY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at 3 o'clock and 10 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE | CIVIL NO. CV03 00034 BMK (Other Non-Vehicle Tort) |

| | |
|---|---|
| GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>　　　　　Defendants. | CERTIFICATE OF SERVICE<br><br>(Re: Defendant/Third-Party Defendant and Fourth-Party Plaintiff James Cash Machine Company, Inc.'s First Request for Answers To Interrogatories To Fourth-Party Defendant A & B Electric Co., Inc.) |
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>　　　　　Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>　　　　　Third-Party Defendant. | |
| JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>　　　　　Defendant and Fourth-Party Plaintiff, | JUDGE:<br>Magistrate Judge Barry M. Kurren<br><br>TRIAL DATE:<br>May 16, 2006 |

|  |
|---|
| vs.<br><br>A & B ELECTRIC CO., INC., a Hawaii Corporation,<br><br>              Fourth-Party Defendant. |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of *Defendant/Third-Party Defendant and Fourth-Party Plaintiff James Cash Machine Company, Inc.'s First Request for Answers To Interrogatories To Fourth-Party Defendant A & B Electric Co., Inc.* was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>Four Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 9a6813 | January 23, 2006 |
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>JULIA H. PARK, ESQ.<br>ASB Tower, Suite 2650<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | January 23, 2006 |

DAVID M. LOUIE, ESQ.  
Roeca Louie & Hiraoka  
841 Bishop Street, Suite 900  
Honolulu, Hawaii 96813

January 23, 2006  
(Two copies served.)

    DATED: Honolulu, Hawaii, January 23, 2006.

/s/ James T. Estes
_____
WILLIAM A. BORDNER  
JAMES T. ESTES, JR.  
DAVID Y. SUZUKI  
JOHN L. TATE  
SARAH G. CRONAN  
Attorneys for Defendant, Third-Party  
Defendant and Fourth-Party Plaintiff  
JAMES CASH MACHINE COMPANY, INC.