ORIGINAL

Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE      2162-0
dlouie@rlhlaw.com
JAMES SHIN      6333-0
jshin@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 4 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>    Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>    Defendants, | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE RE WITHDRAWAL AND APPEARANCE OF COUNSEL FOR FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC., AND ORDER (FILED JANUARY 23, 2006)<br><br>Trial Date: May 16, 2006 |

|                                                      |   |
|------------------------------------------------------|---|
| and                                                  | ) |
| SIMON MATTRESS MANUFACTURING COMPANY,                | ) |
| Third-Party Plaintiff,                               | ) |
| vs.                                                  | ) |
| JAMES CASH MACHINE CO., a Kentucky Corporation,      | ) |
| Third-Party Defendant,                               | ) |
| and                                                  | ) |
| JAMES CASH MACHINE CO., a Kentucky Corporation,      | ) |
| Fourth-Party Plaintiff,                              | ) |
| vs.                                                  | ) |
| A & B ELECTRIC CO., INC., a Hawaii Corporation,      | ) |
| Fourth-Party Defendant.                              | ) |

1465-356/p.COS.Withdraw.Sub.Counsel.dml.chi.wpd

CERTIFICATE OF SERVICE RE WITHDRAWAL AND
APPEARANCE OF COUNSEL FOR FOURTH-PARTY DEFENDANT
A & B ELECTRIC CO., INC., AND ORDER (FILED JANUARY 23, 2006)

The undersigned hereby certifies that a filed copy of the document entitled,

"Withdrawal and Appearance of Counsel for Fourth-Party Defendant A & B

Electric Co., Inc., and Order," filed herein on January 23, 2006, was duly served

on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of same on January 24, 2006:

|  | Mail | Hand Delivery |
|---|---|---|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>4 Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, HI  96813-4908<br>    Attorney for Plaintiffs DENISE GENDROW, Individually and as<br>    Personal Representative of THE ESTATE OF CHARLES EUGENE<br>    GENDROW, JR.; and CHARLES E. GENDROW III | ( ) | ( x ) |
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>JULIA H. PARK, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>2650 American Savings Bank Tower<br>1001 Bishop Street<br>Honolulu, HI  96813<br>    Attorneys for Defendant and Third-Party Plaintiff SIMON<br>    MATTRESS MANUFACTURING COMPANY dba SERTA<br>    MATTRESS COMPANY dba COYNE MATTRESS<br>    MANUFACTURING COMPANY | ( ) | ( x ) |
| JAMES T. ESTES, JR., ESQ.<br>Burke McPheeters Bordner & Estes<br>737 Bishop Street, Suite 3100<br>Honolulu, HI  96813<br>    Attorney for Defendant, Third-Party Defendant and Fourth-Party<br>    Plaintiff JAMES CASH MACHINE CO. | ( ) | ( x ) |

|  | Mail | Hand Delivery |
|---|---|---|
| PHILLIP A. LI, ESQ.<br>Torkildson Kataz Fonseca<br>Moore & Hetherington<br>700 Bishop Street, 15th Flr.<br>Honolulu, HI  96813<br>      Withdrawing Attorney for Fourth-Party Defendant A & B<br>      ELECTRIC CO., INC. | ( ) | ( x ) |

DATED:  Honolulu, Hawaii, __JAN 2 4 2006_____.

_____
DAVID M. LOUIE
JAMES SHIN
Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.