ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 24 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

CHRISTOPHER S. BOUSLOG  3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii  96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>　　　　　Defendants. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFFS DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR. and CHARLES E. GENDROW III'S SECOND SUPPLEMENTAL EXHIBIT TO DISCLOSURE OF EXPERT WITNESSES FILED 11/14/05; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br>**TRIAL WEEK: MAY 16, 2006** |

| | |
|---|---|
| SIMON MATTRESS MANUFAC-<br>TURING COMPANY, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Third-Party Defendant. | ) |
| JAMES CASH MACHINE CO., | )<br>) |
| Fourth-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| A & B ELECTRIC, | )<br>) |
| Fourth-Party Defendant. | ) |

**PLAINTIFFS DENISE GENDROW, Individually and as
Personal Representative of THE ESTATE OF
CHARLES EUGENE GENDROW, JR. and CHARLES E. GENDROW III'S
SECOND SUPPLEMENTAL EXHIBIT TO
<u>DISCLOSURE OF EXPERT WITNESSES FILED 11/14/05</u>**

Plaintiffs DENISE GENDROW, Individually and as Personal

Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR. and

CHARLES E. GENDROW III, by and through their attorneys, the Law

2

Offices of Chris Bouslog, pursuant to FRCP 26(a)(2), hereby supplement their exhibits to their Disclosure of Expert Witnesses filed on November 14, 2005.

    1.    GARY L. BUFFINGTON

Attached hereto and made a part hereof as Exhibit "A" is a true and accurate copy of Gary L. Buffington's Supplement to his November 14, 2005 report.

    DATED: Honolulu, Hawaii, January 24, 2006.

                                    CHRIS BOUSLOG
                                    Attorney for Plaintiffs