IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SIMON MATTRESS MANUFACTUR-ING COMPANY dba SERTA MAT-TRESS COMPANY dba COYNE MAT-TRESS MANUFACTURING COM-PANY; JAMES CASH MACHINE CO.;<br><br>　　　　　Defendants. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |
| SIMON MATTRESS MANUFAC-TURING COMPANY,<br><br>　　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>JAMES CASH MACHINE CO.,<br><br>　　　　　Third-Party Defendant. | |

| | |
|---|---|
| JAMES CASH MACHINE CO., | ) |
| | ) |
| Fourth-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| A & B ELECTRIC, | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

|  | **Mailed** | **Delivered** |
|---|---|---|
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>Pacific Tower, Suite 2650<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br><br>   Attorneys for Defendant<br>   and Third-Party Plaintiff<br>   SIMON MATTRESS<br>   MANUFACTURING COMPANY | | (X) |

|  | Mailed | Delivered |
|---|---|---|

JAMES T. ESTES, JR., ESQ.  (X)
DAVID Y. SUZUKI, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Mauka Tower, Suite 3100
737 Bishop Street
Honolulu, Hawaii 96813

    Attorneys for Defendant,
    Third-Party Defendant and
    Fourth-Party Plaintiff
    JAMES CASH MACHINE CO.


DAVID M. LOUIE, ESQ.  (X)
JAMES SHIN, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813-3917

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.


    DATED: Honolulu, Hawaii, January 24, 2006.

                              CHRIS BOUSLOG
                              Attorney for Plaintiffs