ORIGINAL

2179-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
JAMES T. ESTES, JR. 2000-0
DAVID Y. SUZUKI 6761-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656
bborder@bmbe-law.com
jestes@bmbe-law.com
dsuzuki@bmbe-law.com

STITES & HARBISON, PLLC

JOHN L. TATE
SARAH G. CRONAN
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone No. (502) 681-0543
Fax No. (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE COMPANY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 24 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE | CIVIL NO. CV03 00034 BMK (Other Non-Vehicle Tort) |

| | |
|---|---|
| GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>         Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>         Defendants.<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>         Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>         Third-Party Defendant. | CERTIFICATE OF SERVICE RE; DEFENDANT, THIRD-PARTY DEFENDANT AND FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE COMPANY, INC.'S RULE 30(b)(6) NOTICE OF DEPOSITION OF FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC. |

2

| |
|---|
| JAMES CASH MACHINE CO., a Kentucky Corporation, <br><br>         Defendant and Fourth-Party Plaintiff, <br><br> vs. <br><br> A & B ELECTRIC CO., INC., a Hawaii Corporation, <br><br>         Fourth-Party Defendant. |

### CERTIFICATE OF SERVICE RE; DEFENDANT, THIRD-PARTY DEFENDANT AND FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE COMPANY, INC.'S RULE 30(B)(6) NOTICE OF DEPOSITION OF FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC.

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of DEFENDANT, THIRD-PARTY DEFENDANT AND FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE COMPANY, INC.'S RULE 30(b)(6) NOTICE OF DEPOSITION OF FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC. was served on the following at their last known addresses:

Served by hand delivery:

CHRISTOPHER S. BOUSLOG, ESQ.                          January 24, 2006
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

    Attorney for Plaintiffs

3

STEPHEN B. MacDONALD, ESQ.
RALPH J. O'NEILL, ESQ.
JULIA H. PARK, ESQ.
ASB Tower, Suite 2650
1001 Bishop Street
Honolulu, Hawaii 96813

January 24, 2006

    Attorneys for Defendant
    and Third-Party Plaintiff
    SIMON MATTRESS
    MANUFACTURING COMPANY

DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

January 24, 2006

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.

DATED: Honolulu, Hawaii, January 24, 2006.

_____
WILLIAM A. BORDNER
JAMES T. ESTES, JR.
DAVID Y. SUZUKI
JOHN L. TATE
SARAH G. CRONAN
Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE COMPANY, INC.