ORIGINAL

CHRISTOPHER S. BOUSLOG  3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii  96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>　　　　　Defendants. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: "Plaintiff Denise Gendrow, Individually, Response to Defendant and Third-Party Defendant James Cash Machine Co.'s Second Request for Answers to Interrogatories to Plaintiff Denise Gendrow, Individually, dated December 5, 2005"]<br><br>**TRIAL WEEK: MAY 16, 2006** |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

JAN 2 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| | |
|---|---|
| SIMON MATTRESS MANUFAC-<br>TURING COMPANY, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Third-Party Defendant. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Fourth-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| A & B ELECTRIC, | )<br>) |
| Fourth-Party Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the within will be duly served on the following via hand delivery:

      JAMES T. ESTES, JR., ESQ.
      DAVID Y. SUZUKI, ESQ.
      Burke McPheeters Bordner & Estes
      Pacific Guardian Center
      Mauka Tower, Suite 3100
      737 Bishop Street
      Honolulu, Hawaii 96813

            Attorneys for Defendant, Third-Party Defendant and
            Fourth-Party Plaintiff
            JAMES CASH MACHINE CO.

      The undersigned hereby certifies that a copy of the within will be duly served on the following via hand delivery:

      STEPHEN B. MacDONALD, ESQ.
      RALPH J. O'NEILL, ESQ.
      MacDonald Rudy Byrns O'Neill & Yamauchi
      ASB Tower, Suite 2650
      1001 Bishop Street
      Honolulu, Hawaii   96813

            Attorneys for Defendants and Third-Party Plaintiff
            SIMON MATTRESS MANUFACTURING COMPANY
            dba SERTA MATTRESS COMPANY dba
            COYNE MATTRESS MANUFACTURING COMPANY

DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813-3917

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.


DATED: Honolulu, Hawaii, January 25, 2006.

                                               /s/ Chris Bouslog
                                             CHRIS BOUSLOG
                                             Attorney for Plaintiffs