ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

CHRISTOPHER S. BOUSLOG  3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii  96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>　　　　　　Defendants. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: "Plaintiff Denise Gendrow, as Personal Representative of the ESTATE OF CHARLES EUGENE GENDROW, JR., Response to Defendant and Third-Party Defendant James Cash Machine Co.'s Second Request for Answers to Interrogatories to Plaintiff Denise Gendrow, as Personal Representative of the ESTATE OF CHARLES EUGENE GENDROW, JR., dated December 5, 2005"]<br><br>**TRIAL WEEK: MAY 16, 2006** |

| | |
|---|---|
| SIMON MATTRESS MANUFAC-<br>TURING COMPANY, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Third-Party Defendant. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Fourth-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| A & B ELECTRIC, | )<br>) |
| Fourth-Party Defendant. | ) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the within will be duly served on the following via hand delivery:

JAMES T. ESTES, JR., ESQ.
DAVID Y. SUZUKI, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Mauka Tower, Suite 3100
737 Bishop Street
Honolulu, Hawaii 96813

    Attorneys for Defendant, Third-Party Defendant and
    Fourth-Party Plaintiff
    JAMES CASH MACHINE CO.

The undersigned hereby certifies that a copy of the within will be duly served on the following via hand delivery:

STEPHEN B. MacDONALD, ESQ.
RALPH J. O'NEILL, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
ASB Tower, Suite 2650
1001 Bishop Street
Honolulu, Hawaii   96813

    Attorneys for Defendants and Third-Party Plaintiff
    SIMON MATTRESS MANUFACTURING COMPANY
    dba SERTA MATTRESS COMPANY dba
    COYNE MATTRESS MANUFACTURING COMPANY

DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813-3917

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.

DATED:  Honolulu, Hawaii, January 25, 2006.

                                                      */s/ Chris Bouslog*
                                                      CHRIS BOUSLOG
                                                      Attorney for Plaintiffs