**ORIGINAL**

CHRISTOPHER S. BOUSLOG 3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorney for Plaintiffs



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 25 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>    Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>    Defendants. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: "Plaintiff Charles Eugene Gendrow, III's Response to Defendant and Third-Party Defendant James Cash Machine Co.'s Second Request for Answers to Interrogatories to Plaintiff Charles Eugene Gendrow, III dated December 5, 2005"]<br><br>**TRIAL WEEK: MAY 16, 2006** |

| | |
|---|---|
| SIMON MATTRESS MANUFAC-<br>TURING COMPANY, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Third-Party Defendant. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Fourth-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| A & B ELECTRIC, | )<br>) |
| Fourth-Party Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the within will be duly served on the following via hand delivery:

JAMES T. ESTES, JR., ESQ.
DAVID Y. SUZUKI, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Mauka Tower, Suite 3100
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant, Third-Party Defendant and
Fourth-Party Plaintiff
JAMES CASH MACHINE CO.

The undersigned hereby certifies that a copy of the within will be duly served on the following via hand delivery:

STEPHEN B. MacDONALD, ESQ.
RALPH J. O'NEILL, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
ASB Tower, Suite 2650
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants and Third-Party Plaintiff
SIMON MATTRESS MANUFACTURING COMPANY
dba SERTA MATTRESS COMPANY dba
COYNE MATTRESS MANUFACTURING COMPANY

DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813-3917

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.


DATED:  Honolulu, Hawaii, January 25, 2006.


_____
CHRIS BOUSLOG
Attorney for Plaintiffs