ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE                    2162-0
dlouie@rlhlaw.com
JAMES SHIN                        6333-0
jshin@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 7 2006

at _____ o'clock and _____ min. ____M
SUE BEITIA, CLERK

Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,　　　　　　　　　　Plaintiffs,　　　vs.　　SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; | Civil No. CV03 00034 DAE BMK (Other Non-Vehicle Tort)　NOTICE OF HEARING MOTION; FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION AND TO AMEND THE AMENDED RULE 16 ORDER; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JAMES SHIN; CERTIFICATE OF SERVICE　HEARING DATE: _____ TIME: _____ JUDGE: _____ |

Defendants,                )
                           )
       and                 )        Trial Date:  May 16, 2006
                           )
SIMON MATTRESS             )
MANUFACTURING COMPANY,     )
                           )
       Third-Party Plaintiff,  )
                           )
vs.                        )
                           )
JAMES CASH MACHINE CO., a  )
Kentucky Corporation,      )
                           )
       Third-Party Defendant,  )
                           )
       and                 )
                           )
JAMES CASH MACHINE CO., a  )
Kentucky Corporation,      )
                           )
       Fourth-Party Plaintiff,  )
                           )
vs.                        )
                           )
A & B ELECTRIC CO., INC., a  )
Hawaii Corporation,        )
                           )
       Fourth-Party Defendant.  )
                           )

1465-356/p.motion.rule16.wpd

## NOTICE OF HEARING MOTION

TO:    CHRISTOPHER S. BOUSLOG, ESQ.
4 Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, HI  96813-4908
        Attorney for Plaintiffs DENISE GENDROW, Individually and
        as Personal Representative of THE ESTATE OF CHARLES
        EUGENE GENDROW, JR.; and CHARLES E. GENDROW III

STEPHEN B. MacDONALD, ESQ.
RALPH J. O'NEILL, ESQ.
JULIA H. PARK, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
2650 American Savings Bank Tower
1001 Bishop Street
Honolulu, HI  96813
        Attorneys for Defendant and Third-Party Plaintiff SIMON
        MATTRESS MANUFACTURING COMPANY dba SERTA
        MATTRESS COMPANY dba COYNE MATTRESS
        MANUFACTURING COMPANY

JAMES T. ESTES, JR., ESQ.
Burke McPheeters Bordner & Estes
737 Bishop Street, Suite 3100
Honolulu, HI  96813
        Attorney for Defendant, Third-Party Defendant and Fourth-
        Party Plaintiff JAMES CASH MACHINE CO.

**NOTICE IS HEREBY GIVEN** that Fourth-Party Defendant A & B

Electric Co., Inc.'s Motion for Leave to File Dispositive Motion and to Amend the

Amended Rule 16 Order shall come on for hearing before the Honorable Barry M.

Kurren, United States Magistrate, in his courtroom in the Prince Jonah Kuhio

Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai'i

96850, at _____, ____.m. on_____, 2006 or as soon

thereafter as counsel can be heard.

DATED:    Honolulu, Hawai'i, _____ JAN 2 7 2006 _____.

_____
DAVID M. LOUIE
JAMES SHIN
Attorneys for Fourth-Party Defendant
A&B ELECTRIC CO., INC.

-4-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

DENISE GENDROW, Individually          )
and as Personal Representative of     )
THE ESTATE OF CHARLES                 )
EUGENE GENDROW, JR.; and              )
CHARLES E. GENDROW III,               )
                                      )
          Plaintiffs,          )
                                      )
      vs.                       )
                                      )
SIMON MATTRESS                        )
MANUFACTURING COMPANY                 )
dba SERTA MATTRESS                    )
COMPANY dba COYNE                     )
MATTRESS MANUFACTURING                )
COMPANY; JAMES CASH                   )
MACHINE CO.;                          )
                                      )
          Defendants,          )
                                      )
      and                       )
                                      )
SIMON MATTRESS                        )
MANUFACTURING COMPANY,                )
                                      )
          Third-Party Plaintiff, )
                                      )
      vs.                       )
                                      )
JAMES CASH MACHINE CO., a             )
Kentucky Corporation,                 )
                                      )
          Third-Party Defendant, )
                                      )
      and                       )

Civil No. CV03 00034 DAE BMK
(Other Non-Vehicle Tort)

FOURTH-PARTY DEFENDANT
A&B ELECTRIC CO., INC.'S
MOTION FOR LEAVE TO FILE
DISPOSITIVE MOTION AND TO
AMEND THE AMENDED RULE 16
ORDER

JAMES CASH MACHINE CO., a        )
Kentucky Corporation,            )
                                 )
            Fourth-Party Plaintiff,    )
                                 )
     vs.                         )
                                 )
A & B ELECTRIC CO., INC., a      )
Hawaii Corporation,              )
                                 )
            Fourth-Party Defendant.  )
_____  )

571-3/p.motion.rule16.wpd

### FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION AND TO AMEND THE AMENDED RULE 16 ORDER

Fourth-Party Defendant A&B ELECTRIC CO., INC. (hereinafter

"A&B") hereby moves this court for an order granting leave to file a dispositive

motion in this case beyond the disposition motions deadline and to amend the

Amended Rule 16 Order to provide for a new deadline for A&B to file dispositive

motions in this matter and to change the other Rule 16 Deadlines as to A&B

accordingly.  This Motion is brought pursuant to Rule 16(b) of the Federal Rules

of Civil Procedure and 7.2(c) of the Federal Rules of Civil Procedure, supported

by the attached declaration and the pleadings and files contained herein.

DATED: Honolulu, Hawaii _____ JAN 2 7 2006 _____.

_____

DAVID M. LOUIE
JAMES SHIN
Attorneys for Fourth-Party Defendant A&B
ELECTRIC CO., INC.

-3-