IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>        Defendants,<br><br>    and<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>        Third-Party Defendant,<br><br>    and | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>DECLARATION OF JAMES SHIN |

| | |
|---|---|
| JAMES CASH MACHINE CO., a Kentucky Corporation, | ) )  ) |
| Fourth-Party Plaintiff, | ) ) |
| vs. | ) ) ) |
| A & B ELECTRIC CO., INC., a Hawaii Corporation, | ) ) ) ) |
| Fourth-Party Defendant. | ) ) ) |

571-3/p.motion.rule16.wpd

## DECLARATION OF JAMES SHIN

I, James Shin declare that:

1.   I am one of the attorneys for Fourth-Party Defendant A&B ELECTRIC CO., INC. (hereinafter "A&B") and I have personal knowledge of the facts set forth in this declaration, except where facts are alleged upon information and belief.

2.   According to the Amended Rule 16 Order in this case, the deadline to file dispositive motions was on December 14, 2005.

3.   On January 9, 2006 our office received notice of this matter when it was requested by A&B's insurer to represent A&B in the proceedings.

4. On January 11, 2006, our office received a Copy of the Fourth-Party Complaint and A&B's answer to the Complaint from A&B's prior counsel.

5. A Withdrawal and Substitution of Counsel was immediately circulated for signature and filing with the court.

6. On January 23, 2006 our office received the file stamped and approved copy of the Withdrawal and Substitution of Counsel

7. Looking at the allegations contained in the Fourth-Party Complaint it appears that there are issues related to whether or not an indemnification agreement existed between Simon Mattress and A&B. Furthermore, it appears that absent such an agreement, there would be no valid claim against A&B as such a claim would be barred by the workers compensation exclusivity clause.

8. Based on the above, A&B respectfully requests that the court grant its motion for leave to file its dispositive motion and to Amend the Amended Rule 16 Order to provide a new deadline to file the dispositive motions in this case as soon as practicable after the hearing on said motion and to extend the other deadlines as to A&B.

DATED: Honolulu, Hawaii _____ JAN 27 2006 _____.

_____
JAMES SHIN

-3-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>Defendants,<br><br>and<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>Third-Party Defendant,<br><br>and | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| JAMES CASH MACHINE CO., a Kentucky Corporation, | ) ) ) |
| Fourth-Party Plaintiff, | ) ) |
| vs. | ) ) |
| A & B ELECTRIC CO., INC., a Hawaii Corporation, | ) ) ) |
| Fourth-Party Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of same on __JAN 2 7 2006__ :

    CHRISTOPHER S. BOUSLOG, ESQ.    ( HD )
    4 Waterfront Plaza, Suite 480
    500 Ala Moana Boulevard
    Honolulu, HI   96813-4908
        Attorney for Plaintiffs DENISE GENDROW, Individually and as
        Personal Representative of THE ESTATE OF CHARLES EUGENE
        GENDROW, JR.; and CHARLES E. GENDROW III

STEPHEN B. MacDONALD, ESQ.   ( HD )
RALPH J. O'NEILL, ESQ.
JULIA H. PARK, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
2650 American Savings Bank Tower
1001 Bishop Street
Honolulu, HI   96813
    Attorneys for Defendant and Third-Party Plaintiff SIMON
    MATTRESS MANUFACTURING COMPANY dba SERTA
    MATTRESS COMPANY dba COYNE MATTRESS
    MANUFACTURING COMPANY

JAMES T. ESTES, JR., ESQ.   ( HD )
Burke McPheeters Bordner & Estes
737 Bishop Street, Suite 3100
Honolulu, HI   96813

SARAH CRONAN, ESQ.   ( M )
Stites & Harbison, PLLC
400 W Market Street, Suite 1800
Louisville, KY 40207-3352
    Attorney for Defendant, Third-Party Defendant and Fourth-Party
    Plaintiff JAMES CASH MACHINE CO.

DATED:  Honolulu, Hawaii, _____JAN 2 7 2006_____.

_____
DAVID M. LOUIE
JAMES SHIN
Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.