ORIGINAL

CHRISTOPHER S. BOUSLOG 3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 7 2006

at 11 o'clock and 14 min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>              Plaintiffs,<br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>              Defendants. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: "Notice of Taking Deposition Upon Oral Examination Pursuant to F.R.C.P. Rule 30(b)(6) re: A&B Electric Co."]<br><br><br><br>**TRIAL WEEK: MAY 16, 2006** |

| | |
|---|---|
| SIMON MATTRESS MANUFAC-<br>TURING COMPANY, | )<br>) |
| | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Third-Party Defendant. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Fourth-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| A & B ELECTRIC, | )<br>) |
| Fourth-Party Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

|  | Mailed | Delivered |
|---|---|---|
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>ASB Tower, Suite 2650<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br><br>Attorneys for Defendants<br>and Third-Party Plaintiff<br>SIMON MATTRESS MANUFACTURING<br>COMPANY dba SERTA MATTRESS<br>COMPANY dba COYNE MATTRESS<br>MANUFACTURING COMPANY |  | (X) |
| JAMES T. ESTES, JR., ESQ.<br>DAVID Y. SUZUKI, ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center<br>Mauka Tower, Suite 3100<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant,<br>Third-Party Defendant and<br>Fourth-Party Plaintiff<br>JAMES CASH MACHINE CO. |  | (X) |

|  | **Mailed** | **Delivered** |
|---|---|---|

DAVID M. LOUIE, ESQ.                                                       (X)
JAMES SHIN, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813-3917

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.

DATED: Honolulu, Hawaii,   January 27, 2006  .

*[signature]*

CHRIS BOUSLOG
Attorney for Plaintiffs