3. Also attached within Exhibit "B" is a true and accurate copy of my supplemental report dated January 20, 2006.

4. Exhibit "B" is incorporated herein by reference;

5. I have been previously qualified in both Federal and State Courts to testify as an expert in the field of industrial safety and health.

6. I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 20, 2006.

_____
GARY L. BUFFINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, <br><br>         Plaintiffs, <br><br>    vs. <br><br> SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; <br><br>         Defendants. | CIVIL NO. CV03 00034 BMK <br> (Other Non-Vehicle Tort) <br><br> **CERTIFICATE OF SERVICE** |
| SIMON MATTRESS MANUFAC-TURING COMPANY, <br><br>         Third-Party Plaintiff, <br><br>    vs. <br><br> JAMES CASH MACHINE CO., <br><br>         Third-Party Defendant. | |

| | |
|---|---|
| JAMES CASH MACHINE CO., | ) |
| | ) |
| Fourth-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| A & B ELECTRIC, | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

|  | **Mailed** | **Delivered** |
|---|---|---|
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>ASB Tower, Suite 2650<br>1001 Bishop Street<br>Honolulu, Hawaii  96813 |  | (X) |

    Attorneys for Defendants
    and Third-Party Plaintiffs
    SIMON MATTRESS MANUFACTURING
    COMPANY dba SERTA MATTRESS
    COMPANY dba COYNE MATTRESS
    MANUFACTURING COMPANY

|  | Mailed | Delivered |
|---|---|---|
| JAMES T. ESTES, JR., ESQ.<br>DAVID Y. SUZUKI, ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center<br>Mauka Tower, Suite 3100<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>　　Attorneys for Defendant,<br>　　Third-Party Defendant and<br>　　Fourth-Party Plaintiff<br>　　JAMES CASH MACHINE CO. |  | (X) |
| DAVID M. LOUIE, ESQ.<br>JAMES SHIN, ESQ.<br>Roeca Louie & Hiraoka<br>Davies Pacific Center, Suite 900<br>841 Bishop Street<br>Honolulu, Hawaii 96813-3917<br><br>　　Attorneys for Fourth-Party Defendant<br>　　A & B ELECTRIC CO., INC. |  | (X) |

DATED: Honolulu, Hawaii, _____January 30, 2006_____.

_____/s/ Chris Bouslog_____
CHRIS BOUSLOG
Attorney for Plaintiffs

3