ORIGINAL

CHRISTOPHER S. BOUSLOG 3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2006

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>Defendants. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFFS DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III'S SUBMISSION OF ORIGINAL SIGNATURE PAGE TO GARY L. BUFFINGTON'S DECLARATION ATTACHED TO PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT AND THIRD-PARTY PLAINTIFF SIMON MATTRESS MANUFACTURING COMPANY'S MOTION FOR SUMMARY JUDGMENT FILED 12/05/05, FILED 01/20/06; DECLARATION OF COUNSEL, EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br>TRIAL WEEK: MAY 16, 2006 |

| | |
|---|---|
| SIMON MATTRESS MANUFAC-<br>TURING COMPANY, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Third-Party Defendant. | ) |
| JAMES CASH MACHINE CO., | )<br>) |
| Fourth-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| A & B ELECTRIC, | )<br>) |
| Fourth-Party Defendant. | )<br>) |

**PLAINTIFFS DENISE GENDROW, Individually and
as Personal Representative of THE ESTATE OF
CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III'S
SUBMISSION OF ORIGINAL SIGNATURE PAGE TO
GARY L. BUFFINGTON'S DECLARATION ATTACHED TO
PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF FACTS IN
OPPOSITION TO DEFENDANT AND THIRD-PARTY PLAINTIFF
SIMON MATTRESS MANUFACTURING COMPANY'S MOTION FOR
<u>SUMMARY JUDGMENT FILED 12/05/05</u>, FILED 01/20/06**

Plaintiffs DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, by and through their attorney undersigned, hereby submit the original signature page to Gary L. Buffinton's Declaration attached to Plaintiffs' Separate and Concise Statement of Facts in Opposition to Defendant and Third-Party Plaintiff Simon Mattress Manufacturing Company's Motion for Summary Judgment filed 12/05/05, filed January 20, 2006.

The original signature page is attached hereto and made a part hereof as Exhibit "A".

DATED: Honolulu, Hawaii, January 30, 2006

CHRIS BOUSLOG
Attorney for Plaintiffs