IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>             Plaintiffs,<br><br>  vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>             Defendants.<br><br>SIMON MATTRESS MANUFAC-TURING COMPANY,<br><br>             Third-Party Plaintiff,<br><br>  vs.<br><br>JAMES CASH MACHINE CO.,<br><br>             Third-Party Defendant. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**DECLARATION OF COUNSEL, EXHIBIT "A"** |

```
JAMES CASH MACHINE CO.,        )
                               )
       Fourth-Party Plaintiff, )
                               )
vs.                            )
                               )
A & B ELECTRIC,                )
                               )
       Fourth-Party Defendant. )
_____)
```

## DECLARATION OF CHRIS BOUSLOG

```
STATE OF HAWAII                )
                               ) SS:
CITY AND COUNTY OF HONOLULU    )
```

1.  I am the attorney for Plaintiffs in the above-entitled lawsuit. I make this Declaration based upon my own personal knowledge of and/or belief in the matters herein set forth. This unsworn Declaration is made in lieu of an affidavit per Rule 7(g) of the Rules of the Circuit Court of the State of Hawaii (as amended by the Hawaii Supreme Court in its Order entered May 22, 1994).

2. Attached as Exhibit "A" is the true and accurate original signature page to Gary L. Buffinton's Declaration attached to Plaintiffs' Separate and Concise Statement of Facts in Opposition to Defendant and Third-Party Plaintiff Simon Mattress Manufacturing Company's Motion for Summary Judgment filed 12/05/05, filed January 20, 2006.

3. I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Executed on    January 30, 2006    .

_____
CHRIS BOUSLOG