3.  Also attached within Exhibit "A" is a true and accurate copy of my supplemental report dated January 20, 2006.

4.  Exhibit "A" is incorporated herein by reference;

5.  I have been previously qualified in both Federal and State Courts to testify as an expert in the field of industrial safety and health.

6.  I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 20, 2006.

_____
GARY L. BUFFINGTON

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, <br><br> Plaintiffs, <br><br> vs. <br><br> SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; <br><br> Defendants. | CIVIL NO. CV03 00034 BMK <br> (Other Non-Vehicle Tort) <br><br> **CERTIFICATE OF SERVICE** |
| SIMON MATTRESS MANUFAC-TURING COMPANY, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> JAMES CASH MACHINE CO., <br><br> Third-Party Defendant. | |

| | |
|---|---|
| JAMES CASH MACHINE CO., | ) |
| | ) |
| Fourth-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| A & B ELECTRIC, | ) |
| | ) |
| Fourth-Party Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

|  | Mailed | Delivered |
|---|---|---|
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>ASB Tower, Suite 2650<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | | (X) |

    Attorneys for Defendants
    and Third-Party Plaintiffs
    SIMON MATTRESS MANUFACTURING
    COMPANY dba SERTA MATTRESS
    COMPANY dba COYNE MATTRESS
    MANUFACTURING COMPANY

|  | Mailed | Delivered |
|---|---|---|

JAMES T. ESTES, JR., ESQ.  (X)
DAVID Y. SUZUKI, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Mauka Tower, Suite 3100
737 Bishop Street
Honolulu, Hawaii 96813

    Attorneys for Defendant,
    Third-Party Defendant and
    Fourth-Party Plaintiff
    JAMES CASH MACHINE CO.


DAVID M. LOUIE, ESQ.  (X)
JAMES SHIN, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813-3917

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.


DATED: Honolulu, Hawaii, __January 30, 2006__.

                                                _/s/ Chris Bouslog_
                                              CHRIS BOUSLOG
                                              Attorney for Plaintiffs