ORIGINAL

CHRISTOPHER S. BOUSLOG 3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 02 2006

at \_\_\_ o'clock and \_\_\_ min \_\_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>Defendants. | ) CIVIL NO. CV03 00034 BMK<br>) (Other Non-Vehicle Tort)<br>)<br>) **PLAINTIFFS DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III'S STATEMENT OF NO OBJECTIONS AS TO FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION AND TO AMEND THE AMENDED RULE 16 ORDER, FILED ON 01/27/06; CERTIFICATE OF SERVICE**<br>)<br>) Date: February 8, 2006<br>) Time: 9:00 a.m.<br>)<br>) **TRIAL WEEK: MAY 16, 2006** |

| | |
|---|---|
| SIMON MATTRESS MANUFAC-<br>TURING COMPANY, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| JAMES CASH MACHINE CO., | )<br>) |
| Third-Party Defendant. | ) |
| JAMES CASH MACHINE CO., | )<br>) |
| Fourth-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| A & B ELECTRIC, | )<br>) |
| Fourth-Party Defendant. | ) |

**PLAINTIFFS DENISE GENDROW, Individually and as
Personal Representative of THE ESTATE OF CHARLES EUGENE
GENDROW, JR.; and CHARLES E. GENDROW III'S
STATEMENT OF NO OBJECTIONS AS TO
FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S
MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION AND
TO AMEND THE AMENDED RULE 16 ORDER, FILED ON 01/27/06**

Plaintiffs DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, by and through their attorney, the Law Offices of Chris Bouslog, hereby have no objections with respect to Fourth-Party Defendant A&B Electric Co., Inc.'s Motion for Leave to File Dispositive Motion and to Amend the Amended Rule 16 Order filed on January 27, 2006.

DATED: Honolulu, Hawaii, February 2, 2006.

_____
CHRIS BOUSLOG
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

|  | **Mailed** | **Delivered** |
|---|---|---|
| STEPHEN B. MacDONALD, ESQ.<br>RALPH J. O'NEILL, ESQ.<br>MacDonald Rudy Byrns O'Neill & Yamauchi<br>ASB Tower, Suite 2650<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br><br>    Attorneys for Defendants<br>    and Third-Party Plaintiffs<br>    SIMON MATTRESS MANUFACTURING<br>    COMPANY dba SERTA MATTRESS<br>    COMPANY dba COYNE MATTRESS<br>    MANUFACTURING COMPANY |  | (X) |
| JAMES T. ESTES, JR., ESQ.<br>DAVID Y. SUZUKI, ESQ.<br>Burke McPheeters Bordner & Estes<br>Pacific Guardian Center<br>Mauka Tower, Suite 3100<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>    Attorneys for Defendant,<br>    Third-Party Defendant and<br>    Fourth-Party Plaintiff<br>    JAMES CASH MACHINE CO. |  | (X) |

|  | **Mailed** | **Delivered** |
|---|---|---|

DAVID M. LOUIE, ESQ.                                          (X)
JAMES SHIN, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813-3917

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.


    DATED: Honolulu, Hawaii, February 2, 2006.


                                        CHRIS BOUSLOG
                                        Attorney for Plaintiffs