# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00034BMK |
| CASE NAME: | Denise Gendrow v. Coyne Mattress |
| ATTYS FOR PLA: | Christopher S. Bouslog |
| ATTYS FOR DEFT: | Stephen B. MacDonald, Sarah Cronan, William A. Bordner, James Shin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 2/8/2006 | TIME: | 9:22 - 2:45 |

COURT ACTION:  EP:

Defendant and Third-Party Plaintiff Simon Mattress Manufacturing Company's Motion for Summary Judgment - DENIED.  Court to prepare order.

Defendant, Third-Party Defendant and Fourth Party Plaintiff James Cash Machine Co.'s Motion for Summary Judgment - DENIED.  Court to prepare order.

Fourth-Party Defendant A&B Electric Co., Inc.'s Motion for Leave to File Dispositive Motion and to Amend the Amended Rule 16 Order - GRANTED.  James Shin to prepare order.  Discovery deadline to remain at 3-17-06.  A & B's expert disclosure moved to 3-1-06.

10:18 - 2:45 Settlement Conference - held.  No settlement at this time.

Submitted by Richlyn Young, Courtroom Manager