ORIGINAL

BURKE MCPHEETERS BORDNER & ESTES
ATTORNEYS AT LAW

WILLIAM A. BORDNER 1371-0
JAMES T. ESTES, JR. 2000-0
3100 Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-9833
Facsimile: (808) 528-1656
jestes@bmbe-law.com

JOHN L. TATE
SARAH G. CRONAN
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone: (502) 681-0543
Facsimile: (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant/
Third Party Defendant
and Fourth-Party Plaintiff,
JAMES CASH MACHINE COMPANY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2006

at 11 o'clock and 15 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III; and JEANNE SMITH,<br><br>　　　　　　Plaintiffs, | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE**<br><br>(RE: DEFENDANT, THIRD- |

| | |
|---|---|
| vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO., a Kentucky Corporation;<br><br>    Defendants. | PARTY DEFENDANT AND FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE COMPANY INC.'S INTERROGATORIES TO DEFENDANT AND THIRD-PARTY PLAINTIFF SIMON MATTRESS MANUFACTURING COMPANY) |

| |
|---|
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>    Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky corporation,<br><br>    Third-Party Defendant. |
| JAMES CASH MACHINE CO., a Kentucky corporation<br><br>    Defendant and<br>    Fourth-Party Plaintiff,<br><br>vs.<br><br>A & B ELECTRIC CO., INC., a Hawaii Corporation<br><br>    Fourth-Party<br>    Defendant. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2006, a true copy of Defendant, Third-Party Defendant and Fourth-Party Plaintiff James Cash Machine Company,

-3-

Inc.'s Interrogatories to Defendant and Third-Party Plaintiff, Simon Mattress Manufacturing Company was duly served upon the following persons at their respective addresses by hand-delivery, addressed as follows:

>CHRISTOPHER S. BOUSLOG, ESQ.
>Law Offices of Chris Bouslog
>Four Waterfront Plaza, Suite 480
>500 Ala Moana Boulevard
>Honolulu, Hawaii 96813-4908
>Attorney for Plaintiffs
>
>STEPHEN B. MacDONALD, ESQ.
>RALPH J. O'NEILL, ESQ.
>JULIA H. PARK, ESQ.
>MacDonald Rudy Byrns O'Neill & Yarnauchi
>Suite 2650, Pacific Tower
>1001 Bishop Street
>Honolulu, Hawaii 96813
>Attorneys for Defendant and
>Third-Party Plaintiff SIMON MATTRESS
>MANUFACTURING COMPANY

-4-

DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813


DATED: Honolulu, Hawaii, February 8, 2006

_____
WILLIAM A. BORDNER
JAMES T. ESTES, JR.
JOHN L. TATE
SARAH G. CRONAN
Attorneys for Defendant/Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE
COMPANY, INC.