ORIGINAL

BURKE MCPHEETERS BORDNER & ESTES
ATTORNEYS AT LAW

WILLIAM A. BORDNER 1371-0
JAMES T. ESTES, JR. 2000-0
3100 Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-9833
Facsimile: (808) 528-1656
jestes@bmbe-law.com

JOHN L. TATE
SARAH G. CRONAN
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone: (502) 681-0543
Facsimile: (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant/
Third Party Defendant
and Fourth-Party Plaintiff,
JAMES CASH MACHINE COMPANY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2006

at 1 o'clock and 17 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III; and JEANNE SMITH,<br><br>        Plaintiffs,<br><br>vs. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE (RE: DEFENDANT, THIRD-PARTY DEFENDANT AND FOURTH-PARTY PLAINTIFF |

| | |
|---|---|
| SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO., a Kentucky Corporation;<br><br>            Defendants.<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>            Defendant and Third-Party Plaintiff,<br><br>   vs.<br><br>JAMES CASH MACHINE CO., a Kentucky corporation,<br><br>            Third-Party Defendant.<br><br>JAMES CASH MACHINE CO., a Kentucky corporation<br><br>            Defendant and Fourth-Party Plaintiff,<br><br>   vs.<br><br>A & B ELECTRIC CO., INC., a Hawaii Corporation<br><br>            Fourth-Party Defendant. | JAMES CASH MACHINE COMPANY, INC.'S REQUESTS FOR PRODUCTION TO DEFENDANT AND THIRD-PARTY PLAINTIFF SIMON MATTRESS MANUFACTURING COMPANY) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2006, a true copy of Defendant, Third-Party Defendant and Fourth-Party Plaintiff James Cash Machine Company, Inc.'s Requests for Production to Defendant and Third-Party Plaintiff Simon

Mattress Manufacturing Company was duly served upon the following persons at their respective addresses by hand-delivery, addressed as follows:

    CHRISTOPHER S. BOUSLOG, ESQ.
    Law Offices of Chris Bouslog
    Four Waterfront Plaza, Suite 480
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813-4908

    Attorney for Plaintiffs


    STEPHEN B. MacDONALD, ESQ.
    RALPH J. O'NEILL, ESQ.
    JULIA H. PARK, ESQ.
    MacDonald Rudy Byrns O'Neill & Yarnauchi
    Suite 2650, Pacific Tower
    1001 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Defendant and
    Third-Party Plaintiff SIMON MATTRESS
    MANUFACTURING COMPANY

DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813


Attorneys for Fourth-Party Defendant
A&B ELECTRIC CO., INC.


DATED: Honolulu, Hawaii, February 8, 2006

_____
WILLIAM A. BORDNER
JAMES T. ESTES, JR.
JOHN L. TATE
SARAH G. CRONAN

Attorneys for Defendant/Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE
COMPANY, INC.