ORIGINAL

BURKE MCPHEETERS BORDNER & ESTES
ATTORNEYS AT LAW

WILLIAM A. BORDNER  1371-0
JAMES T. ESTES  2000-0
3100 Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-9833
Facsimile:   (808) 528-1656
jestes@bmbe-law.com

JOHN L. TATE
SARAH G. CRONAN
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone:  (502) 681-0543
Facsimile:   (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant/
Third Party Defendant
and Fourth-Party Plaintiff,
JAMES CASH MACHINE COMPANY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 8 2006

at 11 o'clock and 16 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III; and JEANNE SMITH,<br><br>        Plaintiffs,<br><br>  vs.<br><br>SIMON MATTRESS MANUFACTURING | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE RE:  JAMES CASH MACHINE COMPANY, INC.'S RULE 30(b)(6) NOTICE OF DEPOSITION OF SIMON |

|  |  |
|---|---|
| COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO., a Kentucky Corporation;<br><br>               Defendants. | MATTRESS MANUFACTURING COMPANY |
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>               Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky corporation,<br><br>               Third-Party Defendant. |  |
| JAMES CASH MACHINE CO., a Kentucky corporation<br><br>               Defendant and Fourth-Party Plaintiff,<br><br>vs.<br><br>A & B ELECTRIC, a Hawaii Corporation<br><br>               Fourth-Party Defendant. |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2006, a true copy of JAMES CASH MACHINE COMPANY, INC.'S RULE 30(b)(6) NOTICE OF DEPOSITION OF SIMON MATTRESS MANUFACTURING COMPANY was duly served upon the following persons at their respective addresses by hand-delivery, addressed as follows:

CHRISTOPHER S. BOUSLOG, ESQ.
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908

Attorney for Plaintiffs


STEPHEN B. MacDONALD, ESQ.
RALPH J. O'NEILL, ESQ.
JULIA H. PARK, ESQ.
MacDonald Rudy Byrns O'Neill & Yarnauchi
Suite 2650, Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant and
Third-Party Plaintiff SIMON MATTRESS
MANUFACTURING COMPANY

DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813


Attorneys for Fourth-Party Defendant
A&B ELECTRIC CO., INC.


DATED: Honolulu, Hawaii, February 8, 2006

_____
WILLIAM A. BORDNER
JAMES T. ESTES, JR.
JOHN L. TATE
SARAH G. CRONAN

Attorneys for Defendant/Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE
COMPANY, INC.