IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR., et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY, et al.;<br><br>Defendants.<br>_____ | CV. NO. 03-00034 BMK |

ORDER DENYING DEFENDANT, THIRD-PARTY
DEFENDANT AND FOURTH-PARTY PLAINTIFF JAMES CASH
<u>MACHINE CO.'S MOTION FOR SUMMARY JUDGMENT</u>

      Defendant, Third-Party Defendant and Fourth-Party Plaintiff James Cash Machine Co.'s Motion For Summary Judgment was heard on February 8, 2006.  The Court incorporates herein its opinion, orally delivered at the conclusion of the February 8, 2006 hearing.  For the reasons stated therein, the Court DENIES Defendant, Third-Party Defendant and Fourth-Party Plaintiff James Cash Machine Co.'s Motion For Summary Judgment.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: February 13, 2006

GENDROW, ET AL. VS. SIMON MATTRESS MANUFACTURING COMPANY DBA COYNE MATTRESS MANUFACTURING COMPANY, ET AL.; CV. NO. 03-00034 BMK; ORDER DENYING DEFENDANT, THIRD-PARTY DEFENDANT AND FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO.'S MOTION FOR SUMMARY JUDGMENT