ORIGINAL

2179-1

Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
JAMES T. ESTES, JR. 2000-0
DAVID Y. SUZUKI 6761-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656
bborder@bmbe-law.com
jestes@bmbe-law.com
dsuzuki@bmbe-law.com

STITES & HARBISON, PLLC

JOHN L. TATE
SARAH G. CRONAN
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone No. (502) 681-0543
Fax No. (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE COMPANY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 5 2006

at 3 o'clock and 41 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES | CIVIL NO. CV03 00034 BMK (Other Non-Vehicle Tort) |

| | |
|---|---|
| EUGENE GENDROW, JR.;<br>CHARLES E. GENDROW, III,<br><br>          Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS<br>MANUFACTURING COMPANY dba<br>SERTA MATTRESS COMPANY dba<br>COYNE MATTRESS<br>MANUFACTURING COMPANY;<br>JAMES CASH MACHINE CO.,<br><br>          Defendants. | DEFENDANT, THIRD PARTY<br>DEFENDANT AND FOURTH<br>PARTY PLAINTIFF, JAMES<br>CASH MACHINE COMPANY,<br>INC.'S MOTION TO EXCLUDE<br>PROPOSED TESTIMONY BY<br>GARY L. BUFFINGTON;<br>MEMORANDUM IN SUPPORT<br>OF MOTION; AFFIDAVIT OF<br>WILLIAM A. BORDNER;<br>EXHIBITS "A" – "G";<br>CERTIFICATE OF SERVICE<br><br>HRG DATE: _____<br>     TIME: _____<br>   JUDGE: The Honorable<br>                Barry M. Kurren |
| SIMON MATTRESS<br>MANUFACTURING COMPANY,<br><br>          Defendant and<br>          Third-Party<br>          Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a<br>Kentucky Corporation,<br><br>          Third-Party<br>          Defendant. | JUDGE:<br>Magistrate Judge Barry M.<br>Kurren<br><br>TRIAL DATE:<br>May 16, 2006 |
| JAMES CASH MACHINE CO., a<br>Kentucky Corporation,<br><br>          Defendant and<br>          Fourth-Party<br>          Plaintiff, | |

vs.

A & B ELECTRIC CO., INC., a Hawaii Corporation,

    Fourth-Party Defendant.

## DEFENDANT, THIRD-PARTY DEFENDANT AND FOURTH-PARTY PLAINTIFF, JAMES CASH MACHINE COMPANY, INC.'S MOTION TO EXCLUDE PROPOSED TESTIMONY BY GARY L. BUFFINGTON

Defendant, Third-Party Defendant and Fourth-Party Plaintiff, James Cash Machine Company, Inc. ("JCM"), by counsel, STITES & HARBISON, PLLC and BURKE MCPHEETERS BORDNER & ESTES, moves this Court pursuant to Federal Rule of Evidence 702 to exclude the proposed opinion testimony of Gary L. Buffington.

A supporting memorandum and proposed order are attached.

DATED: Honolulu, Hawaii, February 15, 2006.

_____
WILLIAM A. BORDNER
JAMES T. ESTES, JR.
DAVID Y. SUZUKI
JOHN L. TATE
SARAH G. CRONAN
Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE COMPANY, INC.