IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>           Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>           Defendants. | CIVIL NO. CV03 00034 BMK (Other Non-Vehicle Tort)<br><br>AFFIDAVIT OF WILLIAM A. BORDNER |
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>           Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>           Third-Party Defendant. | |

JAMES CASH MACHINE CO., a Kentucky Corporation,

          Defendant and Fourth-Party Plaintiff,

vs.

A & B ELECTRIC CO., INC., a Hawaii Corporation,

          Fourth-Party Defendant.

## AFFIDAVIT OF WILLIAM A. BORDNER

STATE OF HAWAII            )
                                    ) SS.
CITY AND COUNTY OF HONOLULU  )

      WILLIAM A. BORDNER (hereinafter referred to as "Affiant"), being first duly sworn upon oath, deposes and says that:

      1.    Affiant is an attorney licensed to practice law in the State of Hawaii and is one of the attorneys representing Defendant, Third-Party Defendant and Fourth-Party Plaintiff JAMES CASH MACHINE COMPANY, INC. in the above-entitled matter.

2

2. Attached hereto as Exhibit A is a true and correct copy of the report dated November 14, 2005 prepared by Gary L. Buffington, CSP, CRSP, CSHM, WSO-CSE/CSM/CS, PI.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs Denise Gendrow, Individually and as Personal Representative of the Estate of Charles Eugene Gendrow, Jr. and Charles E. Gendrow, III's Second Supplemental Exhibit To Disclosure of Expert Witnesses Filed 11/14/05; Exhibit "A"; Certificate of Service with the supplemental report dated January 20, 2006 prepared by Gary L. Buffington, CSP, CRSP, CSHM, WSO-CSE/CSM/CS, PI attached as Exhibit "A."

4. Attached hereto as Exhibit C is a true and correct copy of the report dated December 14, 2005 prepared by Peter J. Schwaljie, P.E.

5. Attached as Exhibit D is a true and correct copy of the report dated December 13, 2005 prepared by Richard T. Gill, Ph.D., CHFP, CXLT.

6. Attached as Exhibit E is a true and correct copy of the report dated February 6, 2006 prepared by Richard T. Gill, Ph.D., CHFP, CXLT.

7. Attached as Exhibit F is a true and correct copy of *Noskowiak v. Bobst SA*, 2005 U.S. Dist. LEXIS 19536, *15 (E.D. Wis. 2005).

8. Attached as Exhibit G is a true and correct copy of *Arrendondo v. The Uniroyal Goodrich Tire Co.*, 1995 U.S. Dist. LEXIS 19943, *7 (D. Ariz. 1995).

Further Affiant sayeth naught.

_____
WILLIAM A. BORDNER

Subscribed and sworn to before me
this 15th day of February, 2006

_____
Notary Public, State of Hawaii

Printed Name of Notary: Dyane R. Jarman

My commission expires: 4/23/08