ORIGINAL

Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

| | |
|---|---|
| DAVID M. LOUIE | 2162-0 |
| dlouie@rlhlaw.com | |
| JAMES SHIN | 6333-0 |
| jshin@rlhlaw.com | |

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>Defendants, | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>NOTICE OF HEARING MOTION; FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO.; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>HEARING DATE: _____<br>TIME: _____<br>JUDGE: _____ |

|  |  |  |
|---|---|---|
| and | ) | Trial Date: May 16, 2006 |
|  | ) |  |
| SIMON MATTRESS MANUFACTURING COMPANY, | ) ) |  |
|  | ) |  |
| Third-Party Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| JAMES CASH MACHINE CO., a Kentucky Corporation, | ) ) |  |
|  | ) |  |
| Third-Party Defendant, | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| JAMES CASH MACHINE CO., a Kentucky Corporation, | ) ) |  |
|  | ) |  |
| Fourth-Party Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| A & B ELECTRIC CO., INC., a Hawaii Corporation, | ) ) |  |
|  | ) |  |
| Fourth-Party Defendant. | ) |  |
|  | ) |  |

1465-356/p.msj.js.wpd

## NOTICE OF HEARING MOTION

TO:      CHRISTOPHER S. BOUSLOG, ESQ.
4 Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, HI 96813-4908
    Attorney for Plaintiffs DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III

STEPHEN B. MacDONALD, ESQ.
RALPH J. O'NEILL, ESQ.
JULIA H. PARK, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
2650 American Savings Bank Tower
1001 Bishop Street
Honolulu, HI 96813
    Attorneys for Defendant and Third-Party Plaintiff SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY

JAMES T. ESTES, JR., ESQ.
Burke McPheeters Bordner & Estes
737 Bishop Street, Suite 3100
Honolulu, HI 96813
    Attorney for Defendant, Third-Party Defendant and Fourth-Party Plaintiff JAMES CASH MACHINE CO.

SARAH CRONAN, ESQ.
Stites & Harbison, PLLC
400 W Market Street, Suite 1800
Louisville, KY 40207-3352
    Attorney for Defendant, Third-Party Defendant and Fourth-Party Plaintiff JAMES CASH MACHINE CO.

**NOTICE IS HEREBY GIVEN** that Fourth-Party Defendant A & B Electric Co., Inc.'s Motion for Summary Judgment against Fourth-Party Defendant

3

James Cash Machine Co., shall come on for hearing before the Honorable

_____, in his courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai'i 96850, at _____, ___.m. on_____, 2006 or as soon thereafter as counsel can be heard.

      DATED:   Honolulu, Hawai'i, _____FEB 17 2006_____.

                                            _____
                                            DAVID M. LOUIE
                                            JAMES SHIN
                                            Attorneys for Fourth-Party Defendant
                                            A&B ELECTRIC CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, | ) ) ) ) ) ) | Civil No. CV03 00034 DAE BMK (Other Non-Vehicle Tort) FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO. |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| SIMON MATTRESS MANUFACTURING COMPANY, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| JAMES CASH MACHINE CO., a Kentucky Corporation, | ) ) ) | |
| Third-Party Defendant, | ) ) | |
| and | ) | |

| | |
|---|---|
| JAMES CASH MACHINE CO., a Kentucky Corporation, | ) ) ) |
| Fourth-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| A & B ELECTRIC CO., INC., a Hawaii Corporation, | ) ) ) ) |
| Fourth-Party Defendant. | ) ) |

571-3/p.msj.js.wpd

## FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASE MACHINE CO. ("JCM").

Fourth-Party Defendant A&B Electric Co., Inc.'s ("A&B") moves for entry of summary judgment in its favor and against Third-Party Defendant and Fourth-Party Plaintiff James Cash Machine Co. ("JCM"), on the grounds that there is no genuine issue as to any material fact and that A&B is entitled to judgment as a matter of law.

This motion is brought pursuant to Fed. R. Civ. P. 56, Hawaii Revised Statutes Section 386-5 and is based upon the memorandum, the separately filed

concise statement of facts, affidavit and exhibits attached hereto, the record and files herein, and such other and further matters as may be presented to the Court.

DATED: Honolulu, Hawaii, _____FEB 1 7 2006_____.

_____
DAVID M. LOUIE
JAMES SHIN
Attorneys for Fourth-Party Defendant A&B ELECTRIC CO., INC.

3