CC.Date

ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

**DAVID M. LOUIE**    2162-0
dlouie@rlhlaw.com
**JAMES SHIN**    6333-0
jshin@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, | ) ) ) ) ) ) | Civil No. CV03 00034 DAE BMK (Other Non-Vehicle Tort) |
| Plaintiffs, | ) ) ) | **FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S SEPARATE CONCISE** |
| vs. | ) ) ) | **STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY** |
| SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; | ) ) ) ) ) ) ) ) ) | **JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO.; DECLARATION OF JAMES SHIN; DECLARATION OF MALCOLM BARCARSE; EXHIBITS "A" - "B"; CERTIFICATE OF SERVICE** |

Defendants,                    )     Trial Date: None
                               )
        and                    )
                               )
SIMON MATTRESS                 )
MANUFACTURING COMPANY,         )
                               )
        Third-Party Plaintiff, )
                               )
    vs.                        )
                               )
JAMES CASH MACHINE CO., a      )
Kentucky Corporation,          )
                               )
        Third-Party Defendant, )
                               )
        and                    )
                               )
JAMES CASH MACHINE CO., a      )
Kentucky Corporation,          )
                               )
        Fourth-Party Plaintiff,)
                               )
    vs.                        )
                               )
A & B ELECTRIC CO., INC., a    )
Hawaii Corporation,            )
                               )
        Fourth-Party Defendant.)
                               )
_____)

1465-356

**FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S SEPARATE CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO.**

Pursuant to Rule LR 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Fourth-Party Defendant A&B Electric Co., Inc.'s ("A&B") hereby submits its separate concise statement of material facts in support of its Motion for Summary Judgment against Fourth-Party Plaintiff James Cash Machine Co., which is being filed contemporaneously.

DATED:     Honolulu, Hawaii, _____ FEB 1 7 2006 _____.

_____
DAVID LOUIE
JAMES SHIN
Attorneys for Fourth-Party Defendant A&B
ELECTRIC CO., INC.

–3–

| FACTS | EVIDENCE |
|---|---|
| On January 15, 2001, Charles Eugene Gendrow was an employee of A&B Electric Co. Inc. ("A&B") | Declaration of Malcolm L. Barcarse at ¶ 6-7 |
| On Janaury 15, 2001, Charles Eugene Gendrow was involved in an accident while in the course and scope of his employment with A&B. | Declaration of Malcolm L. Barcarse at ¶ 6 and Exhibit "A" |
| As a result of the accident, A&B filed a W-C 1 Employers Report of Industrial Injury | Declaration of Malcolm L. Barcarse at ¶ 8 and Exhibit "A" |
| At the time of the accident, A&B's workers compensation insurer was HEMIC. | Declaration of Malcolm L. Barcarse at ¶ 9 and Exhibit "A" |
| HEMIC paid workers compensation benefits to or on behalf of the Survivors of Charles Eugene Gendrow. | Declaration of Malcolm L. Barcarse at ¶ 10 and Exhibit "B" |
| A& B has never entered into any indemnity contracts or any indemnity agreements with Serta Mattress Co., or Coyne Mattress Manufacturing Company or Simon Mattress Manufacturing Company. | Declaration of Malcolm L. Barcarse at ¶ 5. |
| A&B has never entered into any contracts and/or agreement with James Cash Machine Co..   In fact, A&B never heard of the James Cash Machine Co., until this lawsuit was filed. | Declaration of Malcolm L. Barcarse at ¶ 11. |