IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>        Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>        Defendants,<br><br>and<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>        Third-Party Defendant,<br><br>and | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>**DECLARATION OF JAMES SHIN** |

| | |
|---|---|
| JAMES CASH MACHINE CO., a Kentucky Corporation, | ) ) ) |
| Fourth-Party Plaintiff, | ) ) |
| vs. | ) ) |
| A & B ELECTRIC CO., INC., a Hawaii Corporation, | ) ) ) |
| Fourth-Party Defendant. | ) ) |

1465-356/

## DECLARATION OF JAMES SHIN

I, James Shin declare that:

1.  I am counsel for Fourth-Party Defendant A & B Electric Co., Inc. and I have personal knowledge of the facts set forth in this affidavit, except where facts are alleged upon information and belief.

2.  Attached hereto is an executed facsimile copy of the Declaration of Malcolm Barcarse. The original executed Declaration of Malcolm Barcarse will be submitted to the Court upon receipt.

I, JAMES SHIN, do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, _____FEB 17 2006_____.

_____
JAMES SHIN