Every work injury to an employee causing absence for one day or more or which requires medical services other than first aid treatment must be reported within 7 working days after the injury. Failure to report promptly is a misdemeanor punishable by not more than a $5,000 fine. (Sec. 386-95, H.R.S. NOTIFY THE DIVISION IMMEDIATELY IF INJURY RESULTS IN DEATH.) EVERY QUESTION MUST BE ANSWERED FULLY TO AVOID FURTHER CORRESPONDENCE.

The law requires the employer to furnish the injured employee a copy of this report.

## WC-1 EMPLOYER'S REPORT OF INDUSTRIAL INJURY
(NOTE: DO NOT WRITE IN SHADED BLOCKS)

**IDENTIFICATION SECTION**

- EMPLOYEE NAME - LAST: GENDROW
- FIRST: CHARLES
- M.I.: E.
- SOC SEC NO: 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
- DATE OF BIRTH: 03/21/39
- SEX: MALE
- MARITAL STATUS: MARRIED
- ADDRESS: 84-707 Kiana Pl., #105B
- CITY: Waianae
- STATE: HI
- ZIP CODE: 96792
- PHONE: 695-9395
- OCCUPATION: Field Supervisor
- HOW LONG EMPLOYED BY YOU AT THIS OCCUPATION: 10 years
- REGISTERED EMPLOYER: A & B ELECTRIC CO., INC.
- ADDRESS: 91-607 Malakole Road
- CITY: Kapolei
- STATE: HI
- ZIP CODE: 96707
- PHONE: 682-4024
- NATURE OF BUSINESS: Electrical Contractors
- DATE INJURY/ILLNESS REPORTED: 01/15/01
- DATE OF INJURY/ILLNESS: 01/15/01

**DETAIL OF INJURY/ILLNESS**

- TIME OF INJURY/ILLNESS: 2:45 PM
- PLACE OF INJURY IF DIFFERENT FROM EMPLOYERS MAILING ADDRESS: Serta Mattress
- CITY: Waipahu
- STATE: HI
- ON EMPLOYER'S PREMISES: NO

HOW DID THIS ACCIDENT OCCUR?: Table was in a vertical position and dropped flat onto head.

WHAT WAS EMPLOYEE DOING WHEN INJURED?: Employee was replacing defective motor.

OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE: Table

DESCRIBE IN DETAIL THE NATURE OF THE INJURY, ILLNESS AND PART OF THE BODY AFFECTED: Blow to the head

**TIME LOST INFORMATION**

- WAS EMPLOYEE PAID IN FULL FOR DAY OF INJURY/ILLNESS?: YES
- IF EMPLOYEE DIED GIVE DATE: 01/15/01
- HOURLY WAGE: 32.12
- HRS WKD PER WK: 40

**TREATMENT**

- NAME OF PHYSICIAN: Kathryn S. Bob, Medical Examiner
- ADDRESS: 835 Iwilei Rd.

**INSURANCE**

- NAME OF WC INSURANCE CARRIER: HEMIC
- POLICY NO: WC100-0006698-2000A
- POLICY PERIOD: 12/01/00 -- 11/30/01

**SIGNATURE**: Malcolm L. Bercane, President
DATE: 01/16/01

AB 0015

EXHIBIT "A"