

*Hawai'i Employers' Mutual
Insurance Company, Inc.*

August 31, 2005

Christopher S. Bouslog, Esq.
Four Waterfront Plaza
500 Ala Moana Boulevard, Suite 480
Honolulu, Hawaii 96813

    Re:    Claimant  :  Survivors of Charles E. Gendrow, Jr.
            Employer  :  A & B Electric Company, Inc.
            D/Injury  :  01/15/2001
            Claim No.  :  HEM-0003442
            Case No.  :  2-01-00020

Dear Mr. Bouslog:

      Please contact the insured directly to obtain information regarding the value of health insurance premiums and the amount of any payments into any retirement fund for Mr. Gendrow. My file shows the contact person as Mr. Malcolm Barcarse, President, 682-4024.

      We show $141,208.27 in workers' compensation death benefits paid in this case.

      Please keep me apprised as to the status of your action against Serta. Has Judge Ahn assigned a trial date?

                            Very truly yours,

                            CARLTON W. T. CHUN

CWTC:khm
cc: Malcom Barcarse

EXHIBIT "B"

1001 Bishop Street, Suite 1000, Pauahi Tower, Honolulu, Hawaii 96813
Telephone: (808) 524-3642    Facsimile: (808) 524-0421

AB 0016