IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>   Plaintiffs,<br><br> vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>   Defendants,<br><br> and<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>   Third-Party Plaintiff,<br><br> vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>   Third-Party Defendant,<br><br> and | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| JAMES CASH MACHINE CO., a Kentucky Corporation, | ) ) ) |
| Fourth-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| A & B ELECTRIC CO., INC., a Hawaii Corporation, | ) ) ) ) |
| Fourth-Party Defendant. | ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of same on

_____FEB 17 2006_____ :

| | Mail | Hand Delivery |
|---|---|---|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>4 Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, HI  96813-4908 | ( ) | (✓) |

   Attorney for Plaintiffs DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III

STEPHEN B. MacDONALD, ESQ.        ( )        (✓)
RALPH J. O'NEILL, ESQ.
JULIA H. PARK, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
2650 American Savings Bank Tower
1001 Bishop Street
Honolulu, HI  96813
    Attorneys for Defendant and Third-Party Plaintiff SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY

JAMES T. ESTES, JR., ESQ.        ( )        (✓)
Burke McPheeters Bordner & Estes
737 Bishop Street, Suite 3100
Honolulu, HI  96813

SARAH CRONAN, ESQ.        (✓)        ( )
Stites & Harbison, PLLC
400 W Market Street, Suite 1800
Louisville, KY 40207-3352
    Attorney for Defendant, Third-Party Defendant and Fourth-Party Plaintiff JAMES CASH MACHINE CO.

DATED:  Honolulu, Hawaii, _____FEB 1 7 2006_____.


_____
DAVID M. LOUIE
JAMES SHIN
Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.