ORIGINAL

2179-1

Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
JAMES T. ESTES, JR. 2000-0
DAVID Y. SUZUKI 6761-0
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656
bbordner@bmbe-law.com
jestes@bmbe-law.com
dsuzuki@bmbe-law.com

**STITES & HARBISON, PLLC**

JOHN L. TATE
SARAH G. CRONAN
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone No. (502) 681-0543
Fax No. (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE COMPANY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2006

at 3 o'clock and 10 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE | CIVIL NO. CV03 00034 BMK (Other Non-Vehicle Tort) |

| | |
|---|---|
| GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>           Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>           Defendants. | DEFENDANT, THIRD-PARTY DEFENDANT AND FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE COMPANY, INC.'S EXPERT DISCLOSURE IN REBUTTAL TO GARY BUFFINGTON'S SUPPLEMENTAL EXPERT DISCLOSURE OF JANUARY 24, 2006; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| SIMON MATTRESS MANUFACTURING COMPANY,<br><br>           Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>           Third-Party Defendant. | JUDGE:<br>**Magistrate Judge Barry M. Kurren**<br><br>TRIAL DATE:<br>May 16, 2006 |
| JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>           Defendant and Fourth-Party Plaintiff, | |

vs.

A & B ELECTRIC CO., INC., a Hawaii Corporation,

            Fourth-Party Defendant.

## DEFENDANT, THIRD PARTY DEFENDANT AND FOURTH PARTY PLAINTIFF JAMES CASH MACHINE COMPANY, INC.'S EXPERT DISCLOSURE IN REBUTTAL TO GARY BUFFINGTON'S SUPPLEMENTAL EXPERT DISCLOSURE OF JANUARY 24, 2006

Defendant, Third-Party Defendant and Fourth-Party Plaintiff JAMES CASH MACHINE COMPANY, INC. ("JCM"), by counsel, Stites & Harbison, PLLC and Burke McPheeters Bordner & Estes, attaches as Exhibit "A" the supplemental report of Peter J. Schwalje, in rebuttal to the Supplemental Expert Disclosure of Gary Buffington filed by Plaintiffs on January 24, 2006. JCM reserves the right to amend and/or supplement this disclosure if additional opinions are offered by the parties and/or new information becomes available.

DATED:   Honolulu, Hawaii, February 22, 2006.

            _____
            WILLIAM A. BORDNER
            JOHN L. TATE
            SARAH G. CRONAN
            Attorneys for Defendant, Third-Party Defendant and Fourth-Party Plaintiff JAMES CASH MACHINE COMPANY, INC.