ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE            2162-0
dlouie@rlhlaw.com
JAMES SHIN                6333-0
jshin@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2006

at __11__ o'clock and __09__ min. __A__ M
SUE BEITIA, CLERK

Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>　　　　　　Defendants, | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>SUBMISSION OF ORIGINAL DECLARATION OF MALCOLM L. BARCARSE REGARDING FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO. FILED ON FEBRUARY 17, 2006; CERTIFICATE OF SERVICE<br><br>Trial Date: May 16, 2006 |

|  |  |
|---|---|
| and | ) |
|  | ) |
| SIMON MATTRESS | ) |
| MANUFACTURING COMPANY, | ) |
|  | ) |
|     Third-Party Plaintiff, | ) |
|  | ) |
|   vs. | ) |
|  | ) |
| JAMES CASH MACHINE CO., a | ) |
| Kentucky Corporation, | ) |
|  | ) |
|     Third-Party Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| JAMES CASH MACHINE CO., a | ) |
| Kentucky Corporation, | ) |
|  | ) |
|     Fourth-Party Plaintiff, | ) |
|  | ) |
|   vs. | ) |
|  | ) |
| A & B ELECTRIC CO., INC., a | ) |
| Hawaii Corporation, | ) |
|  | ) |
|     Fourth-Party Defendant. | ) |
|  | ) |

1465-356/p.SubmissionOrigDecBarcarse.js.ke.wpd

SUBMISSION OF ORIGINAL DECLARATION OF MALCOLM L. BARCARSE REGARDING FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO.
FILED ON FEBRUARY 17, 2006

Fourth-Party Defendant A&B Electric Co., Inc., by and through its attorneys, hereby submits Malcolm L. Barcarse's original executed Declaration replacing the fax copy previously attached to Defendant's Separate Concise Statement of Facts in support of Defendant's Motion for Summary Judgment Against Fourth-Party Plaintiff James Cash Machine Co. filed on February 17, 2006.

DATED: Honolulu, Hawaii _____ FEB 2 2 2006 _____.

_____
DAVID M. LOUIE
JAMES SHIN
Attorneys for Fourth-Party Defendant
A&B ELECTRIC CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‛I

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>Defendants,<br><br>and<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>Third-Party Defendant,<br><br>and | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>**DECLARATION OF MALCOLM L. BARCARSE** |

| | |
|---|---|
| JAMES CASH MACHINE CO., a Kentucky Corporation, | )<br>)<br>) |
| Fourth-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| A & B ELECTRIC CO., INC., a Hawaii Corporation, | )<br>)<br>) |
| Fourth-Party Defendant. | )<br>) |

1465-356/

## DECLARATION OF MALCOLM L. BARCARSE

I, **MALCOLM L. BARCARSE**, upon declaration and oath states:

1. I am the President of A & B Electric Co., Inc. and have been the president since the inception of A&B Electric Co., Inc. in 1986.

2. I have personal knowledge of and am competent to testify as to the matters contained herein, except as to matters stated upon information and belief.

3. Since 1990, A&B Electric Co., Inc. has been called out to the premises of Serta Mattress Co., for various jobs.

2

4. To the best of my knowledge, no contracts or agreements of indemnity were ever entered into between A&B Electric Co., Inc., and Serta Mattress Co., or Coyne Mattress Manufacturing Company or Simon Mattress Manufacturing Company.

5. On or about January 9, 2001, Charles Eugene Gendrow, an employee of A&B Electric Co., Inc. went out to Serta Mattress Co., to troubleshoot a motor on a cutting table located on Serta Mattress Co., premises.

6. On or about January 15, 2001, I was informed that there had been an accident involving Mr. Gendrow on the subject cutting table.

7. As a result of the accident, I submitted a WC-1 Employer's Report of Industrial Injury. Attached hereto as Exhibit "A" is a true and correct copy of the WC-1 Employer's Report of Industrial Injury which is kept in the regular course of business.

8. At the time of the accident, A&B's workers compensation insurer was HEMIC.

9. As a result of the accident, I was informed that HEMIC paid benefits to the Survivors of Charles WE. Gendrow, Jr. Attached hereto as Exhibit "B" is a true and correct copy of a letter from Carlton W.T. Chun to Christopher S. Bouslog, Esq., a copy of which was sent to my office.

10. Prior to this lawsuit, I had never heard of the name of James Cash Machine Co., nor was I even aware of the manufacturer of the subject cutting table. A&B has never entered into any contracts and/or agreements with James Cash Machine Co..

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief and understanding at this time.

Executed in Kapolei, Hawaii on _____.

_____
**MALCOLM L. BARCARSE**

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>        Defendants,<br><br>    and<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>        Third-Party Defendant,<br><br>    and | Civil No. CV03 00034 DAE BMK<br>(Other Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

```
JAMES CASH MACHINE CO., a      )
Kentucky Corporation,          )
                               )
         Fourth-Party Plaintiff, )
                               )
  vs.                          )
                               )
A & B ELECTRIC CO., INC., a    )
Hawaii Corporation,            )
                               )
         Fourth-Party Defendant. )
_____)
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of same on

FEB 2 2 2006 :

|  | Mail | Hand Delivery |
|---|---|---|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>4 Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813-4908<br>    Attorney for Plaintiffs DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III | ( ) | (✓) |

STEPHEN B. MacDONALD, ESQ.    (  )    (✓)
RALPH J. O'NEILL, ESQ.
JULIA H. PARK, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
2650 American Savings Bank Tower
1001 Bishop Street
Honolulu, HI  96813
    Attorneys for Defendant and Third-Party Plaintiff SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY

JAMES T. ESTES, JR., ESQ.    (  )    (✓)
Burke McPheeters Bordner & Estes
737 Bishop Street, Suite 3100
Honolulu, HI  96813

SARAH CRONAN, ESQ.    (✓)    (  )
Stites & Harbison, PLLC
400 W Market Street, Suite 1800
Louisville, KY 40207-3352
    Attorney for Defendant, Third-Party Defendant and Fourth-Party Plaintiff JAMES CASH MACHINE CO.

DATED: Honolulu, Hawaii, _____FEB 2 2 2006_____.

_____
DAVID M. LOUIE
JAMES SHIN
Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

3