```
CHRISTOPHER S. BOUSLOG  3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii  96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996
```

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Indivi-dually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GEN-DROW, JR.; and CHARLES E. GENDROW III,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SIMON MATTRESS MANU-FACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MA-NUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>        Defendants.<br>_____ | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFFS DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III'S STATEMENT OF NO OBJECT-IONS AS TO FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO., FILED ON 02/17/06; CERTIFICATE OF SERVICE**<br><br>**Hearing Date: March 29, 2006**<br>**Time: 2:00 p.m.**<br><br>**TRIAL WEEK: MAY 16, 2006** |

```
SIMON MATTRESS MANUFAC-    )
TURING COMPANY,            )
                           )
        Third-Party        )
Plaintiff,                 )
                           )
    vs.                    )
                           )
JAMES CASH MACHINE CO.,    )
                           )
        Third-Party        )
Defendant.                 )
_____)
JAMES CASH MACHINE CO.,    )
                           )
        Fourth-Party       )
Plaintiff,                 )
                           )
    vs.                    )
                           )
A & B ELECTRIC,            )
                           )
        Fourth-Party       )
Defendant.                 )
_____)
```

**PLAINTIFFS DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III'S STATEMENT OF NO OBJECTIONS AS TO FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO. FILED ON 02/17/06**

Plaintiffs DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, by and through their attorney, the Law Offices of Chris Bouslog, hereby have no objections with respect to Fourth-Party Defendant A & B Electric Co., Inc.'s Motion for Summary Judgment Against Fourth-Party Plaintiff James Cash Machine Co. filed on February 17, 2006.

DATED:  Honolulu, Hawaii, February 28, 2006.

/s/ CHRISTOPHER S. BOUSLOG
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, | CIVIL NO. CV03 00034 BMK (Other Non-Vehicle Tort) **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; | |
| Defendants. | |
| SIMON MATTRESS MANUFACTURING COMPANY, | |
| Third-Party Plaintiff, | |
| vs. | |
| JAMES CASH MACHINE CO., | |
| Third-Party Defendant. | |

```
JAMES CASH MACHINE CO.,      )
                             )
    Fourth-Party             )
    Plaintiff,               )
                             )
    vs.                      )
                             )
A & B ELECTRIC,              )
                             )
    Fourth-Party             )
    Defendant.               )
_____ )
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served via hand delivery on March 1, 2006**:

STEPHEN B. MacDONALD, ESQ.
RALPH J. O'NEILL, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
ASB Tower, Suite 2650
1001 Bishop Street
Honolulu, Hawaii  96813

    Attorneys for Defendants and Third-Party
    Plaintiffs
    SIMON MATTRESS MANUFACTURING COMPANY dba SERTA
    MATTRESS COMPANY dba COYNE MATTRESS
    MANUFACTURING COMPANY

**Served Electronically through CM/ECF**:

WILLIAM A. BORDNER, ESQ.
JAMES T. ESTES, JR., ESQ.
DAVID Y. SUZUKI, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Mauka Tower, Suite 3100
737 Bishop Street
Honolulu, Hawaii 96813

    Attorneys for Defendant, Third-Party Defendant
    and Fourth-Party Plaintiff
    JAMES CASH MACHINE CO.

**To: bbordner@bmbe-law.com, turcia@bmbe-law.com
    jestes@bmbe-law.com, djarman@bmbe-law.com
    scronan@stites.com**

**On:** February 28, 2006.

DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813-3917

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.

**To: dlouie@rlhlaw.com**

**On:** February 28, 2006.

                                        /s/ CHRISTOPHER S. BOUSLOG
                                        Attorney for Plaintiffs