```
CHRISTOPHER S. BOUSLOG  3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii  96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996
```

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>    Defendants. | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**PLAINTIFFS DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III'S JOINDER TO FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO. FILED 02/17/06; CERTIFICATE OF SERVICE**<br><br>**Hearing Date: March 29, 2006**<br>**Time: 2:00 p.m.**<br><br>**TRIAL WEEK: MAY 16, 2006** |

```
SIMON MATTRESS MANUFAC-     )
TURING COMPANY,             )
                            )
        Third-Party         )
        Plaintiff,          )
                            )
    vs.                     )
                            )
JAMES CASH MACHINE CO.,     )
                            )
        Third-Party         )
        Defendant.          )
_____)
JAMES CASH MACHINE CO.,     )
                            )
        Fourth-Party        )
        Plaintiff,          )
                            )
    vs.                     )
                            )
A & B ELECTRIC,             )
                            )
        Fourth-Party        )
        Defendant.          )
_____)
```

**PLAINTIFFS DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III'S JOINDER TO FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF <u>JAMES CASH MACHINE CO. FILED 02/17/06</u>**

Plaintiffs DENISE GENDROW, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES EUGENE GENDROW, JR.; AND CHARLES E. GENDROW III's, by

and through their attorney undersigned, hereby join in Fourth-Party Defendant A & B Electric Co., Inc.'s Motion for Summary Judgment against Fourth-Party Plaintiff James Cash Machine Co. filed on February 17, 2006 and additionally request attorney's fees and costs incurred.

    DATED:  Honolulu, Hawaii, <u>March 3, 2006</u>.

                                              <u>/s/ CHRISTOPHER S. BOUSLOG</u>
                                              Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III,<br><br>      Plaintiffs,<br><br>  vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.;<br><br>      Defendants.<br>_____<br>SIMON MATTRESS MANUFAC-TURING COMPANY,<br><br>      Third-Party Plaintiff,<br><br>  vs.<br><br>JAMES CASH MACHINE CO.,<br><br>      Third-Party Defendant.<br>_____ | CIVIL NO. CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |

```
JAMES CASH MACHINE CO.,      )
                             )
      Fourth-Party           )
      Plaintiff,             )
                             )
   vs.                       )
                             )
A & B ELECTRIC,              )
                             )
      Fourth-Party           )
      Defendant.             )
_____ )
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served via U.S. Mail on March 3, 2006**:

STEPHEN B. MacDONALD, ESQ.
RALPH J. O'NEILL, ESQ.
MacDonald Rudy Byrns O'Neill & Yamauchi
ASB Tower, Suite 2650
1001 Bishop Street
Honolulu, Hawaii   96813

    Attorneys for Defendants and Third-Party
    Plaintiffs
    SIMON MATTRESS MANUFACTURING COMPANY dba SERTA
    MATTRESS COMPANY dba COYNE MATTRESS
    MANUFACTURING COMPANY

**Served Electronically through CM/ECF on March 3, 2006:**

WILLIAM A. BORDNER, ESQ.
JAMES T. ESTES, JR., ESQ.
DAVID Y. SUZUKI, ESQ.
Burke McPheeters Bordner & Estes
Pacific Guardian Center
Mauka Tower, Suite 3100
737 Bishop Street
Honolulu, Hawaii 96813

    Attorneys for Defendant, Third-Party Defendant
    and Fourth-Party Plaintiff
    JAMES CASH MACHINE CO.

    **To: bbordner@bmbe-law.com, turcia@bmbe-law.com**
        **jestes@bmbe-law.com, djarman@bmbe-law.com**
        **scronan@stites.com**


DAVID M. LOUIE, ESQ.
JAMES SHIN, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813-3917

    Attorneys for Fourth-Party Defendant
    A & B ELECTRIC CO., INC.

    **To: dlouie@rlhlaw.com**
        **jshin@rlhlaw.com**


                                        /s/ CHRISTOPHER S. BOUSLOG
                                        Attorney for Plaintiffs