ORIGINAL

MacDONALD RUDY BYRNS
O'NEILL & YAMAUCHI

STEPHEN B. MacDONALD    1545-0
RALPH J. O'NEILL    4705-0
1001 Bishop Street
Suite 2650, ASB Tower
Honolulu, Hawaii 96813
Telephone: (808) 523-3080
sbmacdonald@macrudylaw.com
ralphoneill@macrudylaw.com
Attorneys for Defendant and Third-Party
Plaintiff SIMON MATTRESS
MANUFACTURING COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 02 2006

at 4 o'clock and 05 min  PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW III AND JEANNE SMITH; <br><br> Plaintiffs, <br><br> vs. <br><br> SIMON MATTRESS MANUFACTURING COMPANY DBA SERTA MATTRESS COMPANY dba COYNCE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO., a Kentucky Corporation; <br><br> Defendants. | Civil No. CV03 00034 DAE BMK <br><br> DEFENDANT AND THIRD-PARTY PLAINTIFF SIMON MATTRESS MANUFACTURING COMPANY'S STATEMENT OF NO OPPOSITION TO FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO., FILED ON FEBRUARY 17, 2006; CERTIFICATE OF SERVICE <br><br> HEARING: <br> Date:   March 29, 2006 <br> Time:   2:00 P.M. <br> Judge:  Magistrate Barry M. Kurren |