| | |
|---|---|
| SIMON MATTRESS MANUFACTURING COMPANY, )<br>)<br>    Defendant and )<br>    Third-Party Plaintiff )<br>)<br>vs. )<br>)<br>JAMES CASH MACHINE CO., a )<br>Kentucky Corporation. )<br>)<br>    Third-Party )<br>    Defendant. )<br>)<br>_____ ) | Trial:     May 16, 2006 |

**DEFENDANT AND THIRD-PARTY PLAINTIFF SIMON MATTRESS MANUFACTURING COMPANY'S STATEMENT OF NO OPPOSITION TO FOURTH-PARTY DEFENDANT A & B ELECTRIC CO., INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST FOURTH-PARTY PLAINTIFF JAMES CASH MACHINE CO., FILED ON FEBRUARY 17, 2006**

Defendant and Third-Party Plaintiff SIMON MATTRESS MANUFACTURING COMPANY hereby states that it has no opposition to Fourth-Party Defendant A & B ELECTRIC CO., INC.'s Motion for Summary Judgment Against Fourth-Party Plaintiff JAMES CASH MACHINE CO. filed on February 17, 2006.

DATED: Honolulu, Hawaii, MAR - 2 2006     .

_____
STEPHEN B. MacDONALD
RALPH J. O'NEILL

Attorneys for Defendant and
Third-Party Plaintiff
SIMON MATTRESS
MANUFACTURING COMPANY

- 3 -