IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III;<br><br>     Plaintiffs,<br><br> vs.<br><br>SIMON MATTRES MANUFACTURING COMPANY DBA SERTA MATTRESS COMPANY dba COYNCE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO., a Kentucky Corporation;<br><br>     Defendants.<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>    Defendant and<br>    Third-Party Plaintiff<br><br> vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation.<br><br>    Third-Party<br>    Defendant. | Civil No. CV03 00034 DAE BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a true and correct copy of Defendant and Third-party Plaintiff Simon Mattress Manufacturing Company's First Request for Answers to Interrogatories to Third-Party Defendant James Cash Machine Co.; Exhibit "A" was duly served by hand delivery to the following at his last known addresses:

>CHRISTOPHER S. BOUSLOG, ESQ.
>Law Offices of Chris Bouslog
>Four Waterfront Plaza, Suite 480
>500 Ala Moana Boulevard
>Honolulu, Hawaii 96813
>    Attorney for Plaintiffs
>
>JAMES T. ESTES, JR., ESQ.
>Burke McPheeters Bordner & Estes
>Suite 3100 - Mauka Tower
>Pacific Guardian Center
>737 Bishop Street
>Honolulu, Hawaii 96813
>    Attorney for Defendant and Third-Party Defendant
>    and Fourth-Party Plaintiff JAMES CASH
>    MACHINE CO.

DAVID M. LOUIE, ESQ.
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Attorney for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

DATED: Honolulu, Hawaii, _____MAR - 2 2006_____.

_____
STEPHEN B. MacDONALD
RALPH J. O'NEILL
Attorneys for Defendant and Third-Party
Plaintiff SIMON MATTRESS
MANUFACTURING COMPANY