ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
JAMES SHIN              6333-0
jshin@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

LODGED

MAR 0 3 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2006

at 9 o'clock and 10 min
SUE BEITIA, CLERK

Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, <br><br> Plaintiffs, <br><br> vs. <br><br> SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; | Civil No. CV03 00034 DAE BMK (Other Non-Vehicle Tort) <br><br> ORDER GRANTING FOURTH-PARTY DEFENDANT  A&B ELECTRIC CO., INC.'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION AND TO AMEND THE AMENDED RULE 16 ORDER <br><br> HEARING DATE: February 8, 2006 <br> TIME: 9:30 a.m. <br> JUDGE: Magistrate Barry M. Kurren |

|                                                   |   |                          |
|---------------------------------------------------|---|--------------------------|
| Defendants,                                       | ) | Trial Date:  May 16, 2006 |
|                                                   | ) |                          |
| and                                               | ) |                          |
|                                                   | ) |                          |
| SIMON MATTRESS MANUFACTURING COMPANY,             | ) |                          |
|                                                   | ) |                          |
| Third-Party Plaintiff,                            | ) |                          |
|                                                   | ) |                          |
| vs.                                               | ) |                          |
|                                                   | ) |                          |
| JAMES CASH MACHINE CO., a Kentucky Corporation,   | ) |                          |
|                                                   | ) |                          |
| Third-Party Defendant,                            | ) |                          |
|                                                   | ) |                          |
| and                                               | ) |                          |
|                                                   | ) |                          |
| JAMES CASH MACHINE CO., a Kentucky Corporation,   | ) |                          |
|                                                   | ) |                          |
| Fourth-Party Plaintiff,                           | ) |                          |
|                                                   | ) |                          |
| vs.                                               | ) |                          |
|                                                   | ) |                          |
| A & B ELECTRIC CO., INC., a Hawaii Corporation,   | ) |                          |
|                                                   | ) |                          |
| Fourth-Party Defendant.                           | ) |                          |
|                                                   | ) |                          |

1465-356/p.order.rule16.js.wpd

ORDER GRANTING FOURTH-PARTY DEFENDANT A&B ELECTRIC CO.,
INC.'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION AND TO
<u>AMEND THE AMENDED RULE 16 ORDER</u>

Fourth-Party Defendant A&B Electric Co., Inc.'s ("A&B") Motion

For Leave to File Dispositive Motion and to Amend the Amended Rule 16 Order

was heard at 9:30 a.m. on February8, 2006, by the Honorable Magistrate Barry M.

Kurren.  James Shin, Esq. appeared for Fourth-Party Defendant A&B, Steven B.

MacDonald, Esq., appeared for Defendant and Third-Party Plaintiff Simon

Mattress Manufacturing Company dba Serta Mattress Company dba Coyne

Mattress Manufacturing Company ("SIMON"), Sarah Cronan, Esq., and William

A. Bordner, Esq., appeared for Third-Party Defendant and Fourth-Party Plaintiff

James Cash Machine Co. ("JCM") and Christopher S. Bouslog, Esq., appeared for

Plaintiffs Denise Gendrow, Individually and as Personal Representative of The

Estate of Charles Eugene Gendrow, Jr.; and Charles E. Gendrow, III ("Plaintiffs").

The Court, having considered the written and oral submissions of

counsel and the record and files in the case, and being otherwise fully advised,

orders as follows;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

Fourth-Party Defendant A&B's Motion for Leave to File Dispositive Motion and

to Amend the Amended Rule 16 Order is hereby GRANTED as follows:

-3-

1)      A&B is allowed to file a dispositive motion past the deadline established by the Amended Rule 16 Order and the hearing on said motion shall be set for a date to allow completion of discovery necessary to respond to the motion;

2)      A&B's new deadline for expert disclosures is March 1, 2006;

3)      All other deadlines in the Amended Rule 16 Order will be enforced.

DATED: Honolulu, Hawaii, _____ MAR 03 2006 _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT

_____
CHRISTOPHER S. BOUSLOG
Attorney for Plaintiffs Denise Gendrow,
Individually and as Personal Representative
of The Estate of Charles Eugene Gendrow, Jr.;
and Charles E. Gendrow III ("Plaintiffs").

=================================================================

Denise Gendrow, et al. v Simon Mattress Manufacturing Company dba Serta Mattress  Civil No. 03-00334-DAE-BMK; In the United States District Court, District of Hawai'i.; **ORDER GRANTING** FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION AND TO AMEND THE AMENDED RULE 16 ORDER

WILLIAM A. BORDNER
SARAH CRONAN, ESQ.
Attorneys for Third-Party Defendant
and Fourth-Party Plaintiff James Cash Machine Co.

STEPHEN B. MacDONALD, ESQ.
Attorney for Third-Party Plaintiff
Simon Mattress Manufacturing Company
dba Serta Mattress Company dba
Coyne Mattress Manufacturing Company

=======================================================================

Denise Gendrow, et al. v Simon Mattress Manufacturing Company dba Serta
Mattress  Civil No. 03-00334-DAE-BMK; In the United States District Court,
District of Hawai'i.; **ORDER GRANTING** FOURTH-PARTY DEFENDANT
A&B ELECTRIC CO., INC.'S MOTION FOR LEAVE TO FILE DISPOSITIVE
MOTION AND TO AMEND THE AMENDED RULE 16 ORDER