# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00034BMK |
| CASE NAME: | Denise Gendrow, et al. v. Coyne Mattress Manufacturing Co., et al. |
| ATTYS FOR PLA: | Christopher S. Bouslog |
| ATTYS FOR DEFT: | Ralph J. O'Neill, William A. Bordner, James Shin, Carlton Chun, Paul Hoshino |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 3/8/2006 | TIME: | 10:35 - 12:05 |

COURT ACTION:  EP: Status/Settlement Conference - case settled.

At the agreement of the parties, the Final Pretrial Conference and all pending motions are vacated and withdrawn ([193] Defendant, Third Party Defendant and Fourth Party Plaintiff, James Cash Machine Company, Inc.'s Motion to Exclude Proposed Testimony by Gary L. Buffington and [196]Fourth-Party Defendant A & B Electric Co., Inc.'s Motion for Summary Judgment Against Fourth-Party Plaintiff James Cash Machine Co.).

Parties to submit a Stipulation for Dismissal within 30 days.

Submitted by Richlyn Young, Courtroom Manager