**ORIGINAL**

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
JAMES SHIN              6333-0
jshin@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 7 2006

at 11 o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Fourth-Party Defendant
A & B ELECTRIC CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; and CHARLES E. GENDROW III, <br><br> Plaintiffs, <br><br> vs. <br><br> SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.; <br><br> Defendants, | Civil No. CV03 00034 DAE BMK <br> (Other Non-Vehicle Tort) <br><br> CERTIFICATE OF SERVICE <br><br> (RE: ORDER GRANTING FOURTH-PARTY DEFENDANT A&B ELECTRIC CO., INC.'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION AND TO AMEND THE AMENDED RULE 16 ORDER FILED ON MARCH 6, 2006) <br><br> Trial Date: May 16, 2006 |