2179-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
JAMES T. ESTES, JR. 2000-0
DAVID Y. SUZUKI 6761-0
Suite 3100 - Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656
bbordner@bmbe-law.com
jestes@bmbe-law.com
dsuzuki@bmbe-law.com

STITES & HARBISON, PLLC

JOHN L. TATE
SARAH G. CRONAN
400 West Market Street, Suite 1800
Louisville, Kentucky  40202-3352
Telephone No. (502) 681-0543
Fax No. (502) 779-8278
scronan@stites.com
jtate@stites.com

Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE COMPANY, INC.,
DRC CORPORATION and DAVID R. CASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR.; CHARLES E. GENDROW, III,<br><br>Plaintiffs, | CIVIL NO.  CV03 00034 BMK<br>(Other Non-Vehicle Tort)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER |

|  |  |
|---|---|
| vs.<br><br>SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY; JAMES CASH MACHINE CO.,<br><br>　　　　　Defendants.<br><br>SIMON MATTRESS MANUFACTURING COMPANY,<br><br>　　　　　Defendant and<br>　　　　　Third-Party<br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>　　　　　Third-Party<br>　　　　　Defendant.<br><br>JAMES CASH MACHINE CO., a Kentucky Corporation,<br><br>　　　　　Defendant and<br>　　　　　Fourth-Party<br>　　　　　Plaintiff,<br><br>vs. | JUDGE:<br>Magistrate Judge Barry M. Kurren<br><br>TRIAL DATE:<br>May 16, 2006 |

2

| | |
|---|---|
| A & B ELECTRIC CO., INC., a Hawaii Corporation,<br><br>            Fourth-Party<br>            Defendant.<br>_____ | |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by all parties herein, through their respective counsel, that pursuant to Rule 41(a)(1)(B) and Rule 41(c) of the Federal Rules of Civil Procedure, all claims asserted by Plaintiffs in the Complaint and any Amended Complaints, all Cross-Claims, all Third-Party Complaints, all Fourth-Party Complaints, all pending or threatened claims for sanctions, and the claims previously dismissed without prejudice against DRC Corporation and David R. Cash[1] be and are hereby dismissed with prejudice, each party to bear his, her or its own attorneys' fees and costs.

Plaintiff Jeanne Smith was previously dismissed by Stipulation For Partial Dismissal With Prejudice As To All Claims Of Plaintiff Jeanne Smith, filed on July 26, 2004.

All parties herein have signed this stipulation. There are no remaining parties and/or issues.

---

[1] See Order Granting Defendant and Third-Party Plaintiff Simon Mattress Manufacturing Company's Motion for Leave to File First Amended Third-Party Complaint; Exhibit A, filed March 31, 2005.

DATED:  Honolulu, Hawaii,  _____  .

    /s/ Christopher S. Bouslog
CHRISTOPHER S. BOUSLOG
Attorney for Plaintiffs
DENISE GENDROW, Individually and as Personal Representative of THE ESTATE OF CHARLES EUGENE GENDROW, JR., and CHARLES E. GENDROW, III


    /s/ Ralph J. O'Neill
STEPHEN B. MacDONALD
RALPH J. O'NEILL
Attorneys for Defendant and
Third-Party Plaintiff
SIMON MATTRESS MANUFACTURING COMPANY dba SERTA MATTRESS COMPANY dba COYNE MATTRESS MANUFACTURING COMPANY

---

Denise Gendrow, Individually and as Personal Representative of the Estate of Charles Eugene Gendrow, Jr., et al vs. Simon Mattress Manufacturing Company dba Serta Mattress Company dba Coyne Mattress Manufacturing Company, et al.
Civ. No. CV03-00034 BMK; United States District Court for the District of Hawaii

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER

    /s/ William A. Bordner
WILLIAM A. BORDNER
JAMES T. ESTES, JR.
DAVID Y. SUZUKI
JAMES L. TATE
SARAH G. CRONAN
Attorneys for Defendant, Third-Party
Defendant and Fourth-Party Plaintiff
JAMES CASH MACHINE COMPANY,
INC., DRC CORPORATION and
DAVID R. CASH


    /s/ James Shin for
DAVID M. LOUIE
Attorney for Fourth-Party Defendant
A&B ELECTRIC O., INC.


APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 17, 2006

---

Denise Gendrow, Individually and as Personal Representative of the Estate of Charles Eugene Gendrow, Jr., et al vs. Simon Mattress Manufacturing Company dba Serta Mattress Company dba Coyne Mattress Manufacturing Company, et al.
Civ. No. CV03-00034 BMK; United States District Court for the District of Hawaii

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER